Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC., a California corporation; PACIFIC BREAST PATHOLOGY MEDICAL CORPORATION, a California corporation; HUNTER LABORATORIES, LLC, a California corporation, and SURGICAL PATHOLOGY ASSOCIATES, a California partnership,

Plaintiff(s),

BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California corporation; BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois corporation; AETNA, INC., a Pennsylvania corporation; QUEST DIAGNOSTICS INCORPORATED, a Delaware corporation; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., a Delaware corporation; and DOES 1-100, inclusive,

Defendant(s).

Case No: 12-5847 (PSG)

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Jason Bradford, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Blue Cross and Blue Shield Association in the above-entitled action. My local co-counsel in this case is Kenneth K. Lee, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Jenner & Block LLP | Jenner & Block LLP |
| 353 N. Clark Street, Chicago, IL 60654-3456 | 633 West 5th Street, Suite 3600, LA, CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 840-7225 | (213) 239-5152 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jbradford@jenner.com | klee@jenner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6302455.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jason Bradford is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Jason Michael Bradford

*Northern District of Illinois*

    I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Jason Michael Bradford was duly admitted to practice in said Court on (06/13/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/11/2012 )

    Thomas G. Bruton, Clerk,

    By: Crystal Turner
        Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Jason Michael Bradford

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 2010 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, December 11, 2012.

*Carolyn Taft Grosboll*
Clerk