NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
DEMETRIUS X. LAMBRINOS (SBN 246027)
dlambrinos@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California  94010
Tel:  (650) 697-6000 / Fax:  (650) 692-3606

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC.**, et al. | Case No. 3:12-cv-05847-WHO |
| Plaintiffs, | **ORDER REGARDING JOINT STIPULATION** |
| v. | |
| **AETNA, INC.**, et. al. , | |
| Defendants. | |

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

**ORDER**

The Court hereby modifies its Standing Order for Civil Cases to permit the Parties to submit one joint letter brief covering all four of their pending discovery disputes totaling no more than 14 pages and to submit declarations and exhibits as set forth below.

1. Plaintiffs may submit pages from Mr. Halbout's deposition transcript, and two short exhibits (excerpts from QDI internal documents), relating to QDI's instructions not to answer.

2. Plaintiffs may submit the Declaration of Chris Riedel relating to QDI's Attorneys Eyes Only ("AEO") designations.

3. Plaintiffs may submit two charts listing their objections to QDI's AEO designations. The first chart relates to testimony designated at AEO, and the second relates to documents designated as AEO. Plaintiffs will submit the referenced documents and transcripts for *in camera* inspection only if the Court requests them.

4. Each Party may submit a search term hit report.

5. Defendants may submit a declaration on the AEO issue and one additional exhibit.

Plaintiffs may submit up to 30 total pages, and Defendants may submit up to 12 total pages.[1]

**IT IS SO ORDERED.**

Dated:  September 30, 2014                    _____

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

---

[1] These page limits are made without prejudice to discovery requests and responses which the Parties are permitted to submit under this Court's Standing Order.