UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AETNA, INC., et al., <br><br> Defendants. | Case No. 12-cv-05847-WHO <br><br> **ORDER SETTING HEARING ON DISCOVERY DISPUTES** <br><br> Re: Dkt. Nos. 193, 195, 197, 199 |

In light of the multitude of discovery disputes raised by the parties in the past week, defendants' request for a short, in-person hearing is GRANTED. A hearing regarding the McKinsey issue (Dkt. Nos. 193, 195, and 197) and the various issues covered in the parties' joint letter brief (Dkt. No. 199) is set for November 21, 2014 at 10:00 AM. The parties should proceed with all previously scheduled, agreed-upon depositions scheduled between now and the hearing.

**IT IS SO ORDERED**.

Dated: November 18, 2014

WILLIAM H. ORRICK  
United States District Judge