Richard D. Raskin (admitted *pro hac vice*)
rraskin@sidley.com
Scott D. Stein (admitted *pro hac vice*)
sstein@sidley.com
Menesh S. Patel (SBN 241072)
mpatel02@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Ryan M. Sandrock (SBN 2511011)
rsandrock@sidley.com
Naomi A. Igra (SBN 269095)
nigra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Defendants
QUEST DIAGNOSTICS INCORPORATED
QUEST DIAGNOSTICS CLINICAL LABORATORIES INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PHYSICIANS' SERVICE d/b/a/ BLUE SHIELD OF CALIFORNIA, et al., <br><br> Defendants. | Case No.:  3:12-cv-05847-WHO <br><br> **DEFENDANTS QUEST DIAGNOSTICS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR MOTION FOR SUMMARY JUDGMENT AND EXHIBITS PURSUANT TO LOCAL RULE 79-5** |

## ADMINISTRATIVE MOTION TO SEAL DOCUMENTS

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5 Defendants Quest Diagnostics Incorporated and Quest Diagnostics Clinical Laboratories Incorporated (collectively, "QDI") seek court approval to file portions of Motion for Summary Judgment, and declarations and certain exhibits in support thereof, under seal.

QDI hereby certifies that it has reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to Seal, effective June 20, 2014.

QDI hereby certifies that it has reviewed and complied with Local Rule 79-5.

The parties have entered into a Stipulated Protective Order in this litigation, which was signed by Judge Orrick on September 20, 2013 (Dkt. 101). The Stipulated Protective Order provides, in part:

> 12.3 Filing Protected Material. Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5 and General Order 62.

Stipulated Protective Order (Dkt. 101).

QDI moves to seal portions of its Motion for Summary Judgment that reference or otherwise disclose information designated by the parties as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the Stipulated Protective Order.  QDI further moves to seal the following declarations and exhibits, either in their entirety or in part, which are being filed in support of QDI's Motion for Summary Judgment:

| Exhibit No. | Description of Material to be Sealed | Basis for Sealing | Party who has Designated Material/Will Support Sealing |
|---|---|---|---|
|  | Appendix A to the Motion for Summary Judgment | See attached Declaration Of Ryan M. Sandrock On Behalf Of QDI In Support Of QDI's Administrative Motion To File Documents Under Seal ("Declaration in Support of Sealing"). | Plaintiffs |

| | | Declaration of Robert Moverley | See attached Declaration in Support of Sealing. | QDI |
|---|---|---|---|---|
| | | Declaration of Gary McCabe | See attached Declaration in Support of Sealing. | QDI |
| | | Declaration of Carlos Ruiz | See attached Declaration in Support of Sealing | Diagnostic Laboratories |
| | 3 | Excerpts from the transcript of the deposition of Chris Riedel, taken in this case on September 9, November 11, and December 19, 2014 | Designated, in part, as "CONFIDENTIAL-ATTORNEYS' EYES ONLY" | Hunter Laboratories ("Hunter") |
| | 5 | Document produced by RDL listing its "lost accounts," Bates labeled RDL000955 | Designated as "ATTORNEYS' EYES ONLY" | RDL |
| | 6 | October 1, 2009 Managed Care Laboratory Services Agreement between Partnership Health Plan and QDI, Bates labeled QDIRDL0001730 | See attached Declaration in Support of Sealing. | QDI |
| | 8 | Document produced by Hunter, entitled "CPA Report Summaries," and Bates labeled PLAINTIFF-HUNTER LABS0012236 | Designated as "CONFIDENTIAL" | Hunter |
| | 9 | Excerpts from the transcript of the deposition of Marcia Riedel, taken in this case on November 10, 2014 | Designated as "CONFIDENTIAL-ATTORNEYS' EYES ONLY" | Hunter |
| | 10 | Excerpts from the transcript of the deposition of Richard Prendergast, taken in this case on October 28, 2014 and December 19, 2014 | Designated as "CONFIDENTIAL-ATTORNEYS' EYES ONLY" | Hunter |
| | 12 | Excerpts from the transcript of the deposition of Gerald Weiss, taken in this case on June 13, 2014 | Designated as "CONFIDENTIAL" | Surgical Pathology Associates ("SPA") |
| | 15 | Excerpts from the transcript of the deposition of Sam Morris, taken in this case on June 25, 2014 and January 5, 2015 | Designated as "CONFIDENTIAL" | Rheumatology Diagnostics Laboratory, Inc. ("RDL") |
| | 16 | Excerpts from the transcript of the deposition of William Nichols, taken in this case on October 8, 2014 | Designated as "CONFIDENTIAL" | RDL |
| | 18 | Excerpts from the transcript of the deposition of Phil Dutt, M.D., taken in this case on July 25, 2014 | Designated as "CONFIDENTIAL-ATTORNEYS' EYES ONLY" | Pacific Breast Pathology Medical Corporation |

| 20 | QDI's pricing policy from January 2012 Compliance Policy Handbook, Bates labeled QDIRDL0000271 | See attached Declaration in Support of Sealing. | QDI |
|---|---|---|---|
| 21 | Excerpts from the transcript of the deposition of Robert Moverley, taken in this case on July 23, 2014 | See attached Declaration in Support of Sealing. | QDI |
| 22 | January 17, 2014 email from Eugene Karayev to William Nichols, Barbara Morris, Barbara Rao, Sam Morris, Dr. Robert Morris, Rick Kazdan, Dr. Allan Metzger, and Dr. Dmitry Karayev, which was produced by RDL and is Bates labeled RDL000988 | Designated as "CONFIDENTIAL" | RDL |
| 23 | Document produced by QDI, entitled "Blue Shield California Historical Financials," and Bates labeled QDIRDL0467891 | See attached Declaration in Support of Sealing. | QDI |
| 24 | Document produced by QDI, entitled "Aetna 2012 Proposal Financials Summary – Final_v2," and Bates labeled QDIRDL0467892 | See attached Declaration in Support of Sealing. | QDI |
| 25 | Excerpts from the rough transcript of the deposition of Gary McCabe, taken in this case on January 13, 2014. | See attached Declaration in Support of Sealing. | QDI |
| 26 | QDI's October 1, 2012 Client/Patient Pricing Controls Policy, Bates labeled QDIRDL0001555 | See attached Declaration in Support of Sealing. | QDI |
| 27 | QDI's IPA Capitated Pricing Guidelines, effective July 1, 2006 and Bates labeled QDIRDL0001584 | See attached Declaration in Support of Sealing. | QDI |
| 28 | QDI's "IPA Project Plan," which was Exhibit 100 to the deposition of Mark Hayes, taken on August 13, 2014 | See attached Declaration in Support of Sealing. | QDI |
| 29 | Excerpts from the transcript of the deposition of Bruce Farley, taken in this case on October 29, 2014 | See attached Declaration in Support of Sealing. | QDI |
| 30 | Excerpts from the transcript of the deposition of Randy Funk, taken in this case on October 2, 2014 | See attached Declaration in Support of Sealing. | QDI |
| 31 | Excerpts from the transcript of the deposition of Mark Hayes, taken in this case on August 14, 2014 | See attached Declaration in Support of Sealing. | QDI |

Pursuant to Local Rule 79-5(d)(1)(A), QDI has attached the Declaration of Ryan M.

Sandrock, and an associated [Proposed] Order, in support of sealing the QDI-designated materials

3

above.  Pursuant to Local Rule 79-5(e), the attached declaration also identifies the materials above

that Plaintiffs designated as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under

the Stipulated Protective Order.

Dated:  January 16, 2015                    Respectfully Submitted,


SIDLEY AUSTIN LLP

By:  /s/  Ryan M. Sandrock_____

       Attorney for Defendants

       QUEST DIAGNOSTICS INCORPORATED
       QUEST DIAGNOSTICS CLINICAL
       LABORATORIES INCORPORATED