1
2
3
4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    RHEUMATOLOGY DIAGNOSTICS               Case No. 12-cv-05847-WHO
     LABORATORY, INC, et al.,
8                                           **ORDER REGARDING**
              Plaintiffs,                   **ADMINISTRATIVE MOTION TO FILE**
9                                           **UNDER SEAL MOTION FOR**
          v.                                **SUMMARY JUDGMENT AND**
10                                          **EXHIBITS**
     AETNA, INC., et al.,
11                                          Re: Dkt. No. 215
              Defendants.
12

13          On January 16, 2015, defendants Quest Diagnostics Incorporated and Quest Diagnostics

14   Clinical Laboratories Incorporated (collectively, "QDI") filed an administrative motion to file

15   under seal dozens of portions of their motion for summary judgment, as well as several

16   declarations and exhibits submitted in support of the motion.  Dkt. No. 215.

17          The motion is DENIED WITHOUT PREJUDICE.  QDI's sealing requests are overbroad.

18   For example, QDI seeks to seal the entirety of the declarations of Robert Moverley and Gary

19   McCabe and all exhibits attached to these exhibits.  A party seeking to seal material related to a

20   dispositive motion must "articulate compelling reasons supported by specific factual findings,"

21   identifying the particular interests favoring secrecy and showing how those interests outweigh the

22   "strong presumption" favoring disclosure.  *Kamakana v. City & Cnty. of Honolulu,* 447 F.3d 1172,

23   1178-81 (9th Cir. 2006).  In general, compelling reasons sufficient to justify sealing exist when the

24   materials may "become a vehicle for improper purposes, such as . . . to gratify private spite,

25   promote public scandal, . . . or release trade secrets."  *Id.* at 1179.  But "[t]he mere fact that the

26   production of records may lead to a litigant's embarrassment, incrimination, or exposure to further

27   litigation will not, without more, compel the court to seal its records."  *Id.*  QDI has not articulated

28   specific facts demonstrating compelling reasons for sealing the entirety of each of the items it

United States District Court
Northern District of California

1  seeks to file under seal.

2          Accordingly, QDI's sealing motion, Dkt. No. 215, is DENIED WITHOUT PREJUDICE.

3  QDI shall file an amended sealing motion on or before March 3, 2015 narrowing its sealing

4  requests, specifically identifying the documents or portions of documents it seeks to have sealed,

5  and articulating specific facts demonstrating compelling reasons for sealing.

6          **IT IS SO ORDERED**.

7  Dated: February 24, 2015



8

9  WILLIAM H. ORRICK
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2