NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
DEMETRIUS X. LAMBRINOS (SBN 246027)
dlambrinos@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California  94010
Tel:  (650) 697-6000 / Fax:  (650) 692-3606

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC.**, et al. | Case No. 3:12-cv-05847-WHO |
| Plaintiffs, | |
| v. | **DECLARATION OF GREG REGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| **AETNA, INC.**, et. al. , | |
| Defendants. | |

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

**DECLARATION OF GREG REGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; Case No. 3:12-cv-05847-WHO**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF GREG REGAN

I, GREG REGAN, declare as follows:

1.       My name is Greg Regan. I am over the age of 18 and am qualified to make this declaration. I have been retained as an expert in this matter by the Plaintiffs. I am being compensated at a rate of $440/hr.

2.       Attached hereto as <u>Exhibit 1</u> is a true and correct copy of my preliminary expert report and its exhibits.  This identical report was also submitted with Plaintiffs' Opposition to Quest's Motion for Summary Judgment as Ex. 46 to the Lambrinos Declaration.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.  Executed on this 27th day of March, 2015, at _San Mateo, California_.

GREG REGAN

DECLARATION OF GREG REGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT; Case No. 3:12-cv-05847-WHO

1

# Exhibit 3

REDACTED - DOCUMENT FILED UNDER SEAL