Richard D. Raskin (admitted *pro hac vice*)
rraskin@sidley.com
Scott D. Stein (admitted *pro hac vice*)
sstein@sidley.com
Menesh S. Patel (SBN 241072)
mpatel@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
Naomi A. Igra (SBN 269095)
nigra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

*Attorneys for Defendants*

Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Anne Marie Murphy (SBN 202540)
amurphy@cpmlegal.com
Demetrius X. Lambrinos (SBN 246027)
dlambrinos@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000
Facsimile: (650) 692-3606

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC.**, et al. | Case No. 3:12-cv-05847-WHO |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER REGARDING SCHEDULE** |
| **AETNA, INC.**, et. al., | |
| Defendants. | |

ACTIVE 207079735v.1

1

## STIPULATION

2      Pursuant to Civil Local Rules 6-2 and 7-12, the parties respectfully request that the Court

3    enter the amended schedule set forth below.  The proposed schedule will provide additional time

4    for expert discovery and briefing on Plaintiffs' motion for summary judgment without impacting

5    the trial date or any pre-trial dates.

6

7

| Event | Set By Dkt. | Current Date | Proposed Date |
|---|---|---|---|
| Opening Expert Reports | 186 | April 10, 2015 | April 22, 2015 |
| Defendants' SJ Response | 154[1] | April 15, 2015 | May 19, 2015 |
| Plaintiffs' SJ Reply | 154 | April 22, 2015 | May 29, 2015 |
| Hearing on Plaintiffs' SJ Motion | 154 | May 6, 2015 | June 10, 2015 |
| Rebuttal Expert Reports | 186 | May 8, 2015 | May 19, 2015 |
| Mediation | 264 | May 11, 2015 | Same |
| Close of Expert Discovery | 186 | June 5, 2015 | Same |
| Motions in Limine | 154 | June 15, 2015 | Same |
| Pre-Trial Conference Meet and Confer | 154 | June 15, 2015 | Same |
| Joint Pre-Trial Conference Statement Due | 154 | June 29, 2015 | Same |
| Joint Pre-Trial Conference | 154 | July 13, 2015 | Same |
| Trial | 154 | August 17, 2015 | Same |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Dkt. 154 sets May 6, 2015 as the deadline for hearing motions prior to trial.  Plaintiffs filed their summary judgment motion on April 1, 2015, triggering the April 15, 2015 response and April 22, 2015 reply deadlines.

ACTIVE 207079735v.1

1

2

Respectfully Submitted,

3    Dated:  April 9, 2015              **SIDLEY AUSTIN LLP**

4                                       By: */s/  Ryan M. Sandrock*

5                                             RYAN M. SANDROCK

6                                       *Attorneys for Defendants Quest Diagnostics*
                                        *Incorporated and Quest Diagnostics Clinical*
7                                       *Laboratories Incorporated*

8

9    Dated:  April 9, 2015              **COTCHETT, PITRE & McCARTHY, LLP**

10

11                                      By: */s/Demetrius X. Lambrinos*
                                              DEMETRIUS X. LAMBRINOS

12                                      *Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ACTIVE 207079735v.1

1

2                                          **<u>ORDER</u>**

3          The Court enters the following amended schedule:

4

5      | **Event** | **Date** |
       | --- | --- |
       | Opening Expert Reports | April 22, 2015 |
6      | Defendants' SJ Response | May 19, 2015 |
       | Plaintiffs' SJ Reply | May 29, 2015 |
7      | Hearing on Plaintiffs' SJ Motion | June 10, 2015 |
       | Rebuttal Expert Reports | May 19, 2015 |
8      | Mediation | May 11, 2015 |
9      | Close of Expert Discovery | June 5, 2015 |
       | Motions in Limine | June 19, 2015 |
10     | Pre-Trial Conference Meet and Confer | June 19, 2015 |
       | Joint Pre-Trial Conference Statement Due | July 3, 2015 |
11     | Pre-Trial Conference | July 17, 2015 |
       | Trial | August 17, 2015 |
12

13

14          Note that I have moved the Pre-Trial Conference to July 17, 2015. It will be held at 9:00 a.m. in

15   Courtroom 12, 19th floor. I shifted the other pre-trial conference-related dates back four days as well.

16   **IT IS SO ORDERED.**

17

18
                                          _____
19   Dated:  April 10, 2015
                                          THE HONORABLE WILLIAM H. ORRICK
20                                         UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28