United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA, INC., et al.,<br><br>Defendants. | Case No. 12-cv-05847-WHO<br><br>**ORDER REGARDING PLAINTIFFS' COMMUNICATIONS WITH FAIR LABORATORY PRACTICES ASSOCIATES**<br><br>Re: Dkt. Nos. 308, 311 |

Quest Diagnostics Incorporated raises ethical concerns regarding certain communications described in plaintiffs' privilege log. Both parties suggest that I review the communications *in camera*. I agree. Plaintiffs shall lodge a copy of each disputed communication with the Court no later than Tuesday, June 30, 2015. A telephonic hearing will be scheduled for the following week.

**IT IS SO ORDERED**.

Dated: June 26, 2015



WILLIAM H. ORRICK
United States District Judge