UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AETNA, INC., et al., <br><br> Defendants. | Case No. 12-cv-05847-WHO <br><br> **ORDER REGARDING UPCOMING TELEPHONIC HEARING ON PLAINTIFFS' COMMUNICATIONS WITH FAIR LABORATORY PRACTICES ASSOCIATES** |

At the upcoming telephonic hearing, plaintiffs should be prepared to discuss, in addition to the other issues raised by the parties in connection with this dispute, the basis for withholding communications involving Karen Hinton, including the following communications submitted for in camera review:

- CTRL00132336-37
- CTRL00128093-96
- CTRL00128089-92
- CTRL00128085-88
- CTRL00128081-84
- CTRL00128076-80

The telephonic hearing remains set for July 10, 2015 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: July 8, 2015

WILLIAM H. ORRICK
United States District Judge