# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC., et al.

Plaintiffs,

v.

AETNA, INC., et. al. ,

Defendants.

Case No. 3:12-cv-05847-WHO

**EXPERT REPORT OF GREG J. REGAN**

# Table of Contents

1.  Background ........................................................................................................................... 1

    a.  Introduction ................................................................................................................ 1

    b.  General Nature of Allegations .................................................................................. 1

    c.  Quest Measures of Profitability ............................................................................... 1

    d.  Assignment and Summary of Opinions .................................................................. 2

    e.  Description of Plaintiffs' Businesses ....................................................................... 2

        i.  Hunter Laboratories (Hunter) ........................................................................ 2

        ii.  Surgical Pathology ............................................................................................ 3

    f.  Qualifications ............................................................................................................. 3

    g.  Evidence Considered ................................................................................................ 4

    h.  Quest's Below-Cost Pricing Is Consistent With the Plaintiffs' Allegations ........ 4

        i.  Quest's Data Demonstrates That It Performed Certain Tests on a Below-Cost Basis
            ............................................................................................................................ 4

        ii.  Quest Made Exceptions to Approved Pricing That Resulted in Below-Cost Testing . 7

        iii.  The Aetna Fee Schedule Reflects Instances of Below-Cost Pricing ............... 7

        iv.  Quest Pricing Generally Decreased from 2009 to 2013 ................................. 8

2.  Analysis of Hunter's Lost Profits ..................................................................................... 8

    a.  Quest Considered Hunter to be a Top Competitor in the Northern California Market 9

    b.  Hunter's Lost Revenues .......................................................................................... 11

    c.  Measurement of Hunter's Avoided Costs ............................................................. 11

    d.  Summary of Hunter Lost Profits ........................................................................... 13

3.  Hunter's Lost Business Value .......................................................................................... 13

    a.  Hunter's Sale of Assets and Certain Operating Liabilities to BioReference ....... 13

    b.  Lost Business Value – Discounted Cash Flow Method ........................................ 14

        i.  Valuation Methodology ................................................................................. 14

        ii.  Earning Base – Incremental Free Cash Flow to Equity ................................ 16

        iii.  Discount Rate Estimation Using the Build-Up Method ............................... 17

        iv.  But-for Hunter Growth Rate for the Growth Period, 2014-2018 ............... 18

        v.  But-for Hunter Growth Rate during the Terminal Period ........................... 19

vi.   Avoided Variable Cost...................................................................................... 20

vii.  Marginal Tax Rate............................................................................................. 20

viii. Avoided Non-Cash Charges............................................................................. 20

ix.   Avoided New Debt Principal and Avoided Debt Repayment........................... 20

x.    Avoided Incremental Working Capital to Support Growth.............................. 21

xi.   Avoided Anticipated Capital Expenditures to Support Growth ...................... 21

xii.  Hunter's Lost Business Value............................................................................ 21

c.   Lost Business Value – Guideline Merged and Acquired Company Method ................... 21

i.    Description........................................................................................................ 21

ii.   Application and Lost Business Value ................................................................ 22

d.   Reconciliation of Hunter's Lost Business Value as estimated under the Discounted
Cash Flow and Guideline Merged and Acquired Company Methods............................ 23

4.   SPA's Lost Profits.................................................................................................... 23

## 1. Background

### a. Introduction

The opinions expressed in this Expert Report and information presented in the accompanying exhibits are my present opinions. Amendments or supplements may be required because of developments prior to or at trial, including, but not limited to, the discovery of new evidence, expert discovery, and the testimony of other witnesses in deposition or at trial. I anticipate using documents reviewed in connection with preparing this report, and additional graphics illustrating concepts described herein, in any future reports, and at trial.

### b. General Nature of Allegations

The Plaintiffs have alleged that Quest violated the California's Unfair Practices Act (UPA) and Unfair Competition Law (UCL). Specifically, the Plaintiffs allege that Quest has engaged in improper below-cost sales and the use of loss leaders. The Plaintiffs also allege that Quest's actions have caused the Plaintiffs to experience lost revenues and related lost profits or lost business value.

### c. Quest Measures of Profitability

Quest's pricing policy identifies three test-related "profitability measures."[1] These measures and their corresponding cost allocations are summarized below:

| Measure | Calculated as: | Additional Costs Included: |
|---|---|---|
| Gross Margin (GM) | Revenue minus Cost of Testing (COT) | Lab Supplies, Lab Equipment, Direct Labor, PSC Draws [2] |
| Contribution Margin (CM) | GM minus Other Variable Costs | Bad Debt, Client Supplies, Logistics, Phlebotomy, Connectivity |
| Operating Margin (OM) | CM minus Fixed Costs | Admin, Client Services, Salaries-Wages-Benefits (SWB), Other Overhead |

---

[1] Ex. 54 at QDIRDL0001512, Quest *Client/Patient Pricing Controls Policy* (11/29/2010 revision).

[2] Ex. 56 at DQIRDL0001558, Quest *Client/Patient Pricing Controls Policy* (10/12 version). COT is defined as "Cost of Testing (which is used to arrive at the Gross Margin and Gross Profit per Requisition) includes direct costs related to accessioning and performing the test. This includes laboratory supplies (reagents and other supplies utilized in the laboratory), lab equipment costs, direct labor (processor, technician) in both the specimen processing area and laboratory. Cost of testing also includes the cost of a PSC draw, where applicable…"

d.  <u>Assignment and Summary of Opinions</u>

I have been retained on behalf of the Plaintiffs, in the above-referenced matter by their legal counsel, Cotchett, Pitre and McCarthy LLP to testify about the matters set forth in Figure 1. For purposes of my analysis, I understand, and have been asked to assume, that the appropriate method to determine whether Quest's prices are below-cost is to compare Quest's fully-allocated costs of testing to the prices that Quest received for performing the related testing (*i.e.*, Operating Margin in the figure above).[3]

Figure 1

| # | Assignment [4] | Opinion (§ Reference)[5] |
|---|---|---|
| 1 | Is there evidence that Quest used below-cost pricing? | Yes. *See* § 1.h for further discussion. |
| 2 | Did Hunter incur lost profits as a result of Quest's below-cost pricing? | Yes. Hunter's lost profits are $0.14 million. *See* § 2 for further discussion. |
| 3 | Did Hunter incur lost business value as a result of Quest's below-cost pricing? | Yes. Hunter's lost business value is $0.47 million. *See* § 3 for further discussion. |
| 4 | Did SPA incur lost profits as a result of Quest's below-cost pricing? | Yes. SPA's lost profits are $0.32 million. *See* § 4 for further discussion. |

I am performing this expert witness engagement in accordance with the American Institute of Certified Public Accountants' (AICPA) *Statement on Standards for Consulting Services* and *Statement on Standards for Valuation Services*. These standards require me to be impartial, intellectually honest, and free of conflicts of interest.

e.  <u>Description of Plaintiffs' Businesses</u>

I have described below the general nature of the two remaining plaintiffs' businesses (the Plaintiffs).

i.  *Hunter Laboratories (Hunter)*

Hunter focused on the California physician market with a particular emphasis on Northern California.[6] Hunter had three primary methods to generate revenue: the regional

---

[3] Order Granting In Part and Denying In Part Defendants' Motion for Summary Judgment (ECF No. 283) p. 3, n.2.

[4] I have been asked by Plaintiffs' counsel to attach my declaration in this matter dated March 27, 2015.  That declaration (attached as <u>Exhibit C</u> hereto) includes my report dated February 11, 2015 and the exhibits.  The February 11 report sets forth my analysis of economic damages pursuant to the Plaintiffs' claims remaining at that time.

[5] The findings summarized in this table are preliminary and may change based on further investigation.

[6] Chris Riedel Tr., Vol I, 32:10-33:11. *See also*, Ex. 146 (Riedel), Provident Healthcare Partners Confidential Descriptive Memorandum, p.5, "Hunter believes healthcare if best served at the local/regional level, and provides Northern California physicians and patients with a service oriented alternative to the two national laboratories." I understand that this is the only offering memorandum supplied to potential acquirers of Hunter (Chris Riedel Tr., Vol I, 316:19-23).

outpatient clinical laboratory market in Northern California, a national cardiovascular offering, and technical collaborations.[7]

### ii.   Surgical Pathology

Surgical Pathology Associates Medical Group (SPA) is a commercial reference laboratory business in Northern California. SPA performed biopsy and cytology testing within a C Corporation known as San Jose Pathology Medical Group (SJP).[8] SPA was affiliated with Hunter from 2006 to August 2013.[9] SPA obtained approximately 50% of its test work through Hunter. Pursuant to that relationship, SPA used Hunter infrastructure for couriers, marketing, and sales. SPA also operated in Hunter's laboratory in Campbell, Northern California.[10]  After the Hunter sale, SPA continued to operate in affiliation with BioReference.[11]

### f.   Qualifications

I am a Certified Public Accountant (CPA), licensed in California and New York. I hold the Certified in Financial Forensics (CFF) certification from the AICPA and the Certified Fraud Examiner (CFE) certification.

My work in the accounting profession includes experience as an auditor at Ernst & Young LLP, as the Controller of a publicly traded company, and as a consultant. I have worked on many complex litigation matters. My work has involved analysis of lost profits, lost business value, and other forms of economic damage involving entities across a diverse range of industries, such as high technology companies, retail, real estate, and manufacturing.

I am a member of the AICPA, where I currently serve on the Forensic & Valuation Services Executive Committee. This nine-member committee establishes professional standards for practitioners performing consulting services that require the application of forensic accounting or valuation-related methodologies. I was the Chair of the AICPA's Economic Damages Task Force from 2010-2013 and continue to serve as a member of this task force. In 2012, I received the AICPA's Forensic Services Volunteer of the Year. I am also a member of the California Society of Certified Public Accountants (CalCPA) and serve as an officer of its statewide Forensic Services Committee.

I am also an Adjunct Professor at Golden Gate University where I teach graduate accounting courses. My expert qualifications, including my testimony in the last four years and the publications I have authored, are described in my C.V. attached hereto as Exhibit A.[12] My firm is being compensated for my review and analysis in this matter at my standard

---

[7] Ex. 146, p.5.
[8] Gerald Weiss Tr. Vol. I, 70:7-16.
[9] Gerald Weiss Tr. Vol. I, 58:23-59:20.
[10] Gerald Weiss Tr. Vol. I, 14:21-15:7, 43:15-19.
[11] Gerald Weiss Tr. Vol. I, 49:20-50:13.
[12] Unless otherwise specified, all exhibits referred to herein are attached to my Expert Report.

hourly rate, which is currently $440 per hour. My compensation is not contingent on the outcome of this matter.

      g.   <u>Evidence Considered</u>

I have studied and evaluated documents that were provided to me by counsel, by the Plaintiffs, as well as documents obtained from the public domain. I have also interviewed principals and employees of the Plaintiffs, including Mr. Riedel, Mr. Kazdan, Mr. Morris, Dr. Weiss and Dr. Dutt. I have also had frequent interactions with Joseph Plandowski, who Plaintiffs' Counsel has retained to offer expert testimony on practices in the diagnostic laboratory market. I understand that Mr. Plandowski has simultaneously submitted an expert report in this matter (the Plandowski Report).

      h.   <u>Quest's Below-Cost Pricing Is Consistent With the Plaintiffs' Allegations</u>

Quest's development of its pricing guidelines did not take into consideration cost of testing.[13] Indeed, Mr. Hayes testified that Quest did not have controls in place to ensure an account does not result in negative contribution margin.[14] Mr. Hayes testified, however, that when an account with negative contribution margin is identified, Quest considers the associated fee-for-service business in evaluating the overall account profitability.[15] The analyses presented below are consistent with the Plaintiff's causation allegations.[16]

      *i.   Quest's Data Demonstrates That It Performed Certain Tests on a Below-Cost Basis*



---

[13] Miller Tr., 12:9-11, 18:4-10.

[14] Hayes Tr., 43:8-11.

[15] Hayes Tr., 43:14-20.

[16] I understand that the Court issued an order on Quest's motion for summary judgment that was granted as to certain categories of damages addressed in my report dated February 11, 2015.  I understand that the Plaintiffs may appeal this order.

[17] QDIRDL0467939 and QDIRDL0467940 (includes COT data). COT is also identifiable using Quest Fee Schedule 70. *See* Miller Tr. 78:1-9.

[18] Northern California is comprised of three Quest business units; NCS, NCA, and NCJ (*see* Miller Tr., 72:23-25, 396:9-14 and 396:20-25).

[19] As noted above, COT includes only a fraction of Quest's total variable cost of testing.



This figure illustrates how Quest's contemporaneous data allowed for the identification of below-cost pricing even at the Gross Margin level (*i.e.*, before all variable costs were included). This figure also illustrates that Quest's Top 100 Testing data for Northern California exhibits a significant anomaly in periods prior to 2012. ████████████████ ████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ █████████████████████████████████████████████ For example, Figure 3 summarizes the AWR and COT for the three tests with the highest Northern California revenue in the fourth quarter of 2011 as compared to the first quarter of 2012:[22]

---

[20] The use of average data could lead to the observation that a test was always performed profitably, when, in fact, instances of below-cost testing occurred. Accordingly, this analysis is likely to understate the degree to which Quest's testing occurred on a below-cost basis.

[21] This data was based on the data in the business unit summary tabs of Quest's data.

[22] Source is QDIRDL0467940 for the NCS region (BL_ORG_ID).



The data in the figure immediately above and the accompanying exhibit provides a foundation for the computation of the Plaintiffs' lost revenues as described in further detail in this Expert Report.

---

[23] QDIRDL0469441, which contains Quest's analysis of "FUNCTIONAL DETAILED COSTS PER REQUISITION" for each of the years from 2008 to 2013. *See also*, Exhibit 2.3.3 to my February 11, 2015 report.

## ii.  Quest Made Exceptions to Approved Pricing That Resulted in Below-Cost Testing

Quest also produced data it refers to as eAccount.[24] eAccount was used by Quest to monitor pricing that did not meet certain thresholds.[25] The eAccount system contains a field for "Approved_Amt" as well as the relevant "Service_DC" (test code) at issue. The eAccount data does not, however, include related COT or any other cost measure.



## iii.  The Aetna Fee Schedule Reflects Instances of Below-Cost Pricing

Quest asserts that the overall operating margin on its Aetna contract was profitable.[30] There is evidence, however, of testing prices that Quest offered to Aetna that are below-cost even at the gross margin level. I analyzed Quest's Fee Schedule applicable to Aetna.[31] I initially selected the Aetna Fee Schedule that was applicable from April 2011 to June 2012 because the underlying data was available electronically.

The Aetna Fee Schedule was detailed on a CPT Code basis. Because Quest's COT data (i.e., within the Top 100 Test data) was on a Service Code basis, I mapped the Service Code to CPT Code using Quest's website. This detail is provided in Exhibit 2.3.2. Using this method, I was able to identify Quest's COT data for at least 130 of the tests included on the Aetna Fee Schedule.

I then linked the Quest COT data to the Aetna price data. This process matched approximately 113 test with COT data to tests with an Aetna price. I then used data from Quest's profitability analysis associated with Aetna to determine the additional costs that should be included so that a fully-allocated cost analysis could be performed (see Exhibit 2.2). Finally, I compared the fully-allocated Quest cost of each test to the Aetna price. This

---

[24] QDIRDL0467940.
[25] Miller Tr., 48:7-49:9.
[26] Ex. 309 (Albert Miller) contains one version of Fee Schedule 70.
[27] To date, Quest has only produced eAccount data for its WHC or Southern California business unit.
[28] Quest's website maintains a lookup feature whereby test codes can be traced to CPT Codes. See e.g., http://www.questdiagnostics.com/testcenter/TestDetail.action?ntc=395 (accessed January 29, 2015).
[29] See Exhibit 2.7.2 to my February 11, 2015 report, which is included herein as Exhibit C.
[30] QDI's Notice of Motion and Motion for Summary Judgment, 10:22-11:6.
[31] AET-SUBP0000171 (AEO).

analysis identified approximately 40 tests, or 35% of tests, where the Aetna price was below Quest's fully-allocated cost.[32]

Next, I compared these results to the Aetna Fee Schedule that became effective July 1, 2012.[33] This data was only produced in a PDF-format that was not easily convertible to machine-readable format. Therefore, I manually associated the tests that I had identified as being priced below fully-allocated cost as of June 30, 2012 to the prices on those same tests subsequent to that time. ███████████████████████████████████████████████ ██████████████████████████████████████ In other words, the analysis that I performed was conservative because it is likely the case that additional tests would also be below cost following Quest's price reduction for Aetna effective on July 1, 2012 (shortly before the termination of Hunter's in-network status).

*iv.   Quest Pricing Generally Decreased from 2009 to 2013*

I also used the Top 100 Test data to address Quest's assertion that its "strategy was to *increase* prices where market conditions permitted, not decrease them."[34] ████████ ██████████████████████████████████████████████████████For example, Figure 5 summarizes the frequency that the AWR for Quest's Top 100 Tests in Northern California decreased:[35]

███████

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

This analysis is consistent with the observation above that Quest's ability to have a higher percent of tests be above-cost (measured using COT only) subsequent to 2011 appears to result from a shifting of variable costs to fixed costs rather than increased pricing.

## 2.   Analysis of Hunter's Lost Profits

---

[32] The price percentage varies by quarter due to fluctuation in Quest's COT, but this percentage is typical during the relevant periods of 3Q12 to 2Q13 (*i.e.*, the period after the termination of the Aetna contract but before the acquisition of Hunter by BioReference).
[33] AET-SUBP0000136 (AEO).
[34] QDI's Notice of Motion and Motion for Summary Judgment, 15:8-9. (emphasis in original)
[35] QDIRDL0467940. *See* Miller Tr., 56:7-8 for definition of AWR.
[36] The "NC_" regions represent Northern California. The transaction data is generally limited to these periods for these entities (*i.e.*, Quest migrated the regions in which the Northern California data was maintained).

The following sub-section of this Expert Report addresses my calculation of Hunter's lost profits attributable to the Plaintiff's allegations.

   a.  <u>Quest Considered Hunter to be a Top Competitor in the Northern California Market</u>

Mr. Moverly identified several factors that are critical to effective competition in clinical laboratory services.[37] These factors include price, quality, location, and access to insurance networks.[38] Quest's contemporaneous documents clearly identify Hunter as a principal competitor in the Northern California market. For example, when Quest listed its competitors in "rank order" in Northern California, it listed 1) Sutter Health, 2) small regional labs including Hunter, and 3) Lab Corp.[39] ████████████████████████████

████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

██████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████

I have reviewed numerous other contemporaneous Quest documents that specifically identify Hunter as a top competitor in Northern California, and in some instances, set forth strategies to target Hunter. For example:



---

[37] QDI's Notice of Motion and Motion for Summary Judgment, 9:23-10:7.
[38] *Id.*
[39] QDIRDL0106272 at tab "LabOps & Major Mkt Dynamics."
[40] QDIRDL0106272 at tab "Competitor Detail- Physician."
[41] McCabe Tr., 68:14-69:21 referencing Ex. 652, "'A. Our diagnostic testing information improves patient outcomes and reduced total cost of healthcare. We work hard to deliver higher quality and better service there by earning fees commensurate to the value we bring. We set our fees to be [highly] competitive versus hospital and small regional or boutique labs and at a modest premium to other select national competitors.' Q. And what do you take that last sentence to mean? [Objection]...A. Yeah, I would call it guiding principle, yes.
██ ██████████████████████████████████████████████
████████████████████████████████████████████████
██████████
[43] QDIRDL0106272 at tab "Competitor Detail- Physician."
[44] QDIRDL0106272 at tab "Competitor Detail- Physician."
[45] QDIRDL0050615.
[46] *Id.*



---

[47] QDIRDL0050776. This document estimated that "Hunter exclusion from Blues in NorCal" generated approximately $500,000 of 2010 revenue (see tab "PacNorth").

[48] QDIRDL0051002.

[49] QDIRDL0106272; LabOps & Major Mkt Dynamics Tab

[50] QDIRDL0050211. See the entries associated with the "Client_NM"; Pacific Ave Medical Lab, Santa Lucia Med Grp Inc, Erasmus,Bina Md\Mowry, Petersen\Hawkins\Foote, Diep,Claire Md, and Robinson,Curtis Md.

[51] QDIRDL0126162 at 70.

[52] QDIRDL0063348; 2012 Tab, DOCTORS ON DUTY\MARINA "MA in office prefers Hunter, work is split."

[53] QDIRDL0242021. NoCal Data tab.

[54] QDIRDL0126162 at 99.

[55] QDIRDL0094836 at Detail_West tab. The "Info Discussed Comment" field reported "Have 2 Hunter phleb on site. Still use quest for some patients. Couldn't speak to doctors. Will follow up to understand when the contract ends with Hunter and to help client unserstand (sic) the costs associated with using hunter vs. a preferred provider." *See also*, QDIRDL0409609, Sheet 1 Tab, which contains a Special Pricing Request Form with a "justification" comment "Client will give us ALL cash business from HUNTER.  I can supply a pricing list for HUNTER labs.  Client is feeling pressure from competitive labs for business due to patients loosing (sic) insureance (sic).  Client was a lost account but wants to come back if we can price competitively."

Other Quest documents discuss reasons why Hunter was successful in directly competitive situations. Certain of these accounts are summarized in Figure 6 below:

Figure 6

| Account | Reason for Loss to Hunter |
|---------|---------------------------|
| Pacific Asian Medical Cen | "Service: Customer Service" and reason is "Customer Service/Problem Resolution (P1)," comment states "Doc insists he is sending patients our way but they choose to go to hunter or hospital becuase (sic) of wait times."[56] |
| Bay Area OBGYN Medical GR | "Service: Logistics / Lab Operations," reason is "TAT (general, Nichols, STAT) (Q5)," comments show "Turn around time on PAP.  They said they are getting from Hunter in 2-3 days and for less expensive."[57] |
| McDougall, Beth MD | "Have IOP employed by physician but generally use Hunter due to better pricing unless patients insurance prefers quest."[58] |

For all of the reasons listed above, Quest appears to have concluded that Hunter exhibited attributes of an effective competitor in Northern California.

### b. Hunter's Lost Revenues

During 2012,  Quest and Aetna entered into an amended contract.[59] As part of the negotiations for this contract, I understand that Aetna agreed to Quest's demand that several laboratories be removed from in-network status with Aetna.[60] I further understand that Hunter was one of those laboratories.[61] Indeed, Hunter was terminated by Aetna in September 2012.[62] Based on this evidence as well as the existence of below cost pricing in the Aetna contract,[63] Hunter's lost revenue from the Aetna contract appears to have been caused by Quest's conduct.[64] Hunter's related revenue and lost revenue are summarized in Exhibit 2.1.

### c. Measurement of Hunter's Avoided Costs

---

[56] QDIRDL0051109; Sheet 1 tab.
[57] *Id.*
[58] QDIRDL0094854, Detail_West tab.
[59] Ex. 461.
[60] Ex. 464.
[61] AET-SUBP0000064 (AEO).
[62] Chris Riedel Tr., Vol I, 130:3-16.
[63] Hunter directly competed with Quest related to the provision of tests within these CPT codes. For example, Quest's data production is limited to only the Top 100 Tests (out of the 1,000+ tests in the Aetna Fee Schedule). Nevertheless, approximately 7% of Hunter's 2012 revenue was generated from tests within these CPT codes.
[64] Ex. 461 at AET000008 refers to the narrowing network of participating laboratories.

Lost profits are computed, in general, by estimating the gross revenue that would have been earned but for the wrongful act as reduced by avoided costs. Avoided costs are incremental costs that were not incurred because of the loss of the revenue.[65]

A generally accepted approach to analyze the costs that the Plaintiff would have incurred to generate the but-for revenues is to categorize costs as either fixed or variable.[66] I have obtained and analyzed Hunter's financial statements for the period from 2005 through 2013. My analysis of Hunter's variable costs also included various interviews with Mr. Riedel. It is my understanding that Hunter had excess capacity at the time of its sale to BioReference in August 2013.[67] For example, two significant cost categories for Hunter were characterized as "Chem Labor" and "Hema Labor." On average, from 2010 to 2013, the cost associated with these two categories was $1.04 and $1.06 per requisition, respectively. In the but-for analysis, the total amount of these costs would not be expected to vary significantly because the same number of people would have been able to perform substantially more testing. Further, in 2013, a robot was implemented to perform certain of these services.

I have also considered Quest's calculations of its "Functional Detailed Costs per Requisition."[68] ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████ ████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ████████████████ I have compared Quest's assessment of its variable costs for providing comparable testing to Hunter's variable costs in Figure 7.[71]



---

[65] AICPA, *Calculating Lost Profits*, ¶ 4.

[66] *See e.g.*, Reference Manual on Scientific Evidence, Reference Guide on Estimation of Economic Damages, 3rd Edition, pp.449-450.

[67] Mr. Riedel estimated that the instruments were operating at approximately 30% of capacity. Contemporaneous documents are consistent with the availability of excess testing capacity (*see* Ex. 146).

[68] *See e.g.*, QDIRDL046099 (Beaver Medical Group for the three months ending April 30, 2010) at tab "Cost."

[69] *Id.*

█ ██████████████████████████████████████████ ████████████████████████

[71] *See* Exhibit 2.2.

This table is consistent with Quest's disclosures in its regulatory filings with the Securities and Exchange Commission that small changes in testing volume can have significant positive impacts on profitability.[72] The financial disclosures made by Quest's competitors are similar in this regard, including BioReference.[73] Thus, it is reasonable to conclude that Hunter, or any other plaintiff, would likely have benefitted in the form of higher profitability as a result of increased testing volume.

Altogether, in consideration of the volume of lost revenue, I have estimated that Hunter would have incurred variable costs at a rate of approximately $0.33 for each $1.00 of incremental revenue it generated. ███████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████

   d.   Summary of Hunter Lost Profits

Hunter's lost profits based upon the analyses described above is presented in Exhibit 2.0 This amount is approximately $138,000.[74]

### 3.  Hunter's Lost Business Value

   a.   Hunter's Sale of Assets and Certain Operating Liabilities to BioReference

On August 7, 2013, BioReference purchased substantially all the operating assets and certain of the operating liabilities of Hunter, at an implied equity value of $12.2 million and an implied enterprise value of $15.2 million.[75] The difference of $3 million was deferred to cover anticipated pre-closing liabilities.[76]

---

[72] *See e.g.*, Quest 2012 Form 10-K, p.47, "In addition, performing diagnostic testing involves significant fixed costs for facilities and other infrastructure required to obtain, transport and test specimens. Therefore, relatively small changes in volume can have a significant impact on profitability in the short-term."

[73] LabCorp 2012 Form 10-K, p.19, "Because a significant portion of the Company's costs are relatively fixed, Medicare, Medicaid and other government program payment reductions could have a direct adverse effect on the Company's net earnings and cash flows."
BioReference 2013 Form 10-K, p.2, "Commencing with the advent of managed care cost containment in the 1990s, the industry has been impacted by the rapid growth of managed care arrangements, increasingly stringent government regulation and escalating numbers of investigations into fraud and abuse. Among other things, these factors have led to revenue and profit declines for many smaller and mid-sized clinical laboratories, and industry consolidations. As a result, fewer but larger commercial clinical laboratories have emerged with greater economies of scale, more effective compliance with government billing regulations and other laws and a better approach to pricing their services. These changes have resulted in improved profitability for these larger commercial laboratories. In addition, new and emerging technologies continue to provide greater testing opportunities for clinical laboratories."

[74] I have limited my calculation of Hunter's lost profits to the period ended August 2013, when most of Hunter's business was sold to BioReference.

[75] After its transaction with BioReference, Hunter continued to operate with certain operating assets under the name Hunter Heart. Hunter Heart represented less than 10% of Hunter's revenues prior to the transaction with BioReference. I have, however, excluded cash flow attributable to Hunter Heart from my analysis of lost business value. *See* Exhibits 3.1.1 and 3.1.2.

[76] Capital IQ Hunter Laboratories Inc. Consideration Detail Report and BioReference 2013 Form 10-K, p. 62.

But for Quest's alleged illegal conduct, an acquisition of Hunter at the same date would have reasonably yielded a higher transaction price, as Hunter would have had higher revenues and net income. I have estimated the lost business value suffered by Hunter when it sold its business without the benefit of the but-for revenue and cash flow. I have done so using two generally accepted valuation methods, the Discounted Cash Flow Method and the Guideline Merged and Acquired Company Method as described in the sections of my analysis below.

### b.  Lost Business Value – Discounted Cash Flow Method

#### i.  *Valuation Methodology*

The discounted cash flow method is a valuation method within the income approach[77] This method applies the theory that the total value of a business is the present value of its forecasted future cash flows. As such, this method requires the projection of the future cash flows of the business at-issue.  The multistage approach is a generally accepted application of the Discounted Cash Flow Method.[78]  I have selected the two-stage variation, which projects economic income for a finite number of periods (the Growth Period), and then determines a terminal value at the end of the discrete projection period (the Terminal Period), at which point the company expects a normalized level of growth.[79]

I have selected a Growth Period of 5 years, from 2014 to 2018. The Terminal Period extends from 2019 into the future.  The terminal value is estimated using the Gordon Growth Model, which requires an estimation of the long-term growth of the company during the Terminal Period (see further discussion below regarding the applicable growth rate).The forecasted incremental net cash flow to equity projected during the Growth Period and the terminal value are then discounted to present using an appropriate discount rate (see further discussion below regarding the discount rate).[80]

---

[77] The income approach is a "general way of determining a value indication of a business, business ownership interest, security, or intangible asset using one or more methods that convert anticipated economic benefits into a present single amount." Shannon P. Pratt and Roger J. Grabowski, "Cost of Capital, Applications and Examples," 4th Ed., Wiley, 2010, App. III, p. 742.
Consideration of the income approach is required by the AICPA's Statement on Standards for Valuation Services No.1, *Valuation of a Business Ownership Interest, Security, or Intangible Asset*, issued by the American Institute of Certified Public Accountants in June 2007 (SSVS No. 1).  SSVS No. 1 includes the discounted cash flow method as one of two frequently used valuation methods under the income approach.  SSVS No. 1, p. 16-17. SSVS No.1 also recommends use of the market approach, including the guideline company transactions method, which is discussed in a later section of this Expert Report. SSVS No. 1, p. 18-19.
[78] Pratt, p. 219.
[79] Pratt, p. 219.The terminal value is "the present value of the stabilized benefit stream capitalized into the future." Aaron Rotkowski and Evan Clough, *How to Estimate the Long-Term Growth Rate in the Discounted Cash Flow Method*, Insights, Spring 2013, www.willamette.com, p. 9
[80] Shannon P. Pratt and Roger J. Grabowski, "Cost of Capital, Applications and Examples," 4th Ed., Wiley, 2010, Appendix III, p. 740.

The discounted economic income method formula is:[81]

$$PV = \sum_{i=1}^{n} \frac{E^i}{(1+k)^i}$$

Where:

PV   =   Present value.

$\sum$   =   Sum of

$n$   =   The last period for which economic income is expected; $n$ may equal infinity (i.e.,$\infty$) if the economic income is expected to continue in perpetuity

$E_i$   =   Expected economic income in the $i$th period in the future (paid at the end of the period)

$k$   =   Discount rate (the cost of capital, i.e. the expected rate of return available in the market for other investments that are comparable in terms of risk and other investment characteristics)

$I$   =   The period (usually stated as a number of years) in the future in which the prospective economic income is expected to be received

This formula is expanded as follows:

$$PV = \frac{E_1}{(1+k)} + \frac{E_2}{(1+k)^2} + \frac{E_3}{(1+k)^3} + \cdots + \frac{E_n}{(1+k)^n}$$

Where:

$E_{1,2,3,\text{etc.}}$   =   Expected economic income in the 1st period, 2nd period, 3rd period, and so on

$E_n$   =   Expected economic income in the $n$th or last period in which an element of income is expected (An investment with an expected perpetual life can be assumed to terminate at some point, since income in the remotely distant future will have only negligible impact when discounted to present value).

---

[81] Pratt, p. 177-179.

| | | |
|---|---|---|
| *k* | = | Discount rate |
| 1,2,3,etc. | = | 1st period, 2nd period, 3rd period, and so on |

The terminal value is determined by capitalizing ongoing economic income in perpetuity.[82]  This requires applying the Gordon Growth Model to the projected incremental net cash flow to equity in the last period of the Growth Period.  The formula for the Gordon Growth Model is:

$$PV = \frac{FCFo * (1+g)}{k-g}$$

| Where PV | = | Present value. |
|---|---|---|
| FCF | = | Free cash flow in the last year of discrete forecast period. |
| o | = | Last period of discrete forecast period. |
| g | = | Expected long-term growth rate. |
| k | = | Discount rate. |

Typically, the terminal value is generated by cash flow occurring in the first 10 to 20 years of the Terminal Period,[83] as changes in the growth rate have little or no impact thereafter.[84]

### ii.   Earning Base – Incremental Free Cash Flow to Equity

As I am attempting to estimate lost business value as of the time of Hunter's sale to BioReference, I applied the Discounted Cash Flow Method to incremental net cash flows to equity.[85] These are the cash flows that would have occurred, but-for Quest's conduct as alleged in § 1 above. The Company's incremental free cash flow to equity was determined as follows:

---

[82] Pratt, pp. 220 and 240. SSVS No. 1 requires consideration of a terminal value under the discounted cash flow method.  SSVS No. 1, p. 17.
[83] Rotkowski and Clough, p. 11.
[84] Pratt, p. 248.
[85] The Hunter Heart business was not sold to BioReference. Subsequent to the sale of assets to BioReference, Hunter Heart did not consider Quest to be a competitor (*see* Declaration of Chris Riedel in Support of Plaintiffs' Motion to Cancel Quest's Attorney's Eyes Only Designations, ¶ 4). Therefore, I have excluded cash flows from Hunter Heart from my analysis.

| | Lost Revenue |
|---|---|
| - | Avoided Variable Costs |
| = | Lost Net Income Before Depreciation and Amortization |
| - | Avoided Depreciation |
| = | Lost Net Income Before Income Tax |
| **-** | Avoided Taxes |
| **=** | Lost Net Income After Income Tax |
| **+** | Avoided Non-Cash Charges (Depreciation, Amortization, Deferred Tax Assets) |
| **+** | Avoided New Debt Principal |
| **-** | Avoided Debt Repayment |
| **-** | Avoided Incremental Working Capital to Support Growth |
| **-** | Avoided Anticipated Capital Expenditures to Support Growth |
| **=** | Lost Net Cash Flow to Equity |

### iii. Discount Rate Estimation Using the Build-Up Method

The cost of common equity represents the expected (market required) rate of return to equity for an investment ($k_e$). Thus, the cost of common equity is the appropriate discount rate to be used a damage analysis. The cost of common equity is determined using the following inputs:[86]

- A risk-free rate ($R_f$).
- A premium for risk, including any or all of these subcomponents:
  - A general equity risk premium ($RP_m$).
  - A small-company risk premium ($RP_s$).
  - An industry risk premium ($RP_i$).
  - A company-specific risk premium ($RP_u$).

The following formula is used to estimate cost of capital using the build-up method:[87]

$$k_e = R_f + RP_m + RP_s + RP_i + RP_u$$

My estimate of the expected rate of return to equity $k_e$, or discount rate, is based on the following data:

- The risk-free rate ($R_f$) uses the rate of the 20-year U.S. government bond as the date of sale of Hunter to BioReference.[88]

---

[86] Pratt and Grabowski, pp. 87-88 and 438.
[87] Pratt and Grabowski, p. 88.
[88] See Exhibit 3.7.  Pratt and Grabowski, pp. 88-94, at 89.

- The general equity risk premium ($RP_m$) was estimated using the long-horizon expected equity risk premium (supply side), as calculated in the Ibbotson SBBI 2013 Valuation Yearbook.[89]

- The small-company risk premium ($RP_s$) was estimated using the size premium for the tenth decile ("10-Smallest") of companies, as calculated in the Ibbotson SBBI 2013 Valuation Yearbook.[90]  The small-company risk premium reflects the additional risk inherent to small company stocks and the additional return required by the market.[91]

- The industry risk premium ($RP_i$) was estimated using the industry premium for SIC Code 8071 (Medical Laboratories), as calculated in the Ibbotson SBBI 2013 Valuation Yearbook.[92]

- A company-specific risk premium ($RP_u$), which was estimated based on my experience and analysis of Hunter's financial history, the market, the industry, and discussion with Mr. Riedel.[93]

The results of this analysis are summarized below:

|  |  | Rate |
|---|---|---|
| Rate of return on risk-free rate security | $R_f$ | 3.5% |
| General equity risk premium | $RP_m$ | 6.1% |
| Small-company risk premium | $RP_s$ | 6.0% |
| Industry risk premium | $RP_i$ | -2.2% |
| Company-specific risk premium | $RP_u$ | 5% |
| Expected rate of return to equity | $k_e$ | 18.5% |

Exhibit 3.7 contains a complete presentation of this analysis and the related data sources.

### iv.  But-for Hunter Growth Rate for the Growth Period, 2014-2018

I have analyzed the growth rates achieved by Medical Laboratory Services industry participants over the period 2005-2014, using data provided by Capital IQ.[94] This data

---

[89] See Exhibit 3.7.  Pratt and Grabowski, pp. 429-433.
[90] See Exhibit 3.7.  Pratt and Grabowski, pp. 433-438.
[91] Ibbotson SBBI 2013 Valuation Yearbook, p. 27.
[92] See Exhibit 3.7.  Pratt and Grabowski, pp. 438-439.
[93] Pratt and Grabowski, pp. 94-98.

includes companies such as Quest, Lab Corp and BioReference, among others. The 7- and 10-year compound annual growth rates (CAGR), weighted by market capitalization, for these companies, were 4.4% and 5.9%, respectively, as summarized in Exhibit 3.6. For the Growth Period, I have selected the 10-year weighted average industry CAGR of 5.9%. This analysis is presented in Exhibit 3.6.

*v.  But-for Hunter Growth Rate during the Terminal Period*

The growth rate applied to Hunter's revenues during the Terminal Period is reflective of the Company's long-term growth prospects.[95]  The growth rate considers the long-term growth prospect of the economy, including both inflation and real growth.[96] Long-term growth can be generated through organic or inorganic growth strategies:[97]

- Growth of existing assets,
- Growth related to new internally developed assets, or
- Growth by acquisition.

Of the above, based on discussion with Hunter management, I only expect growth to occur through the development of existing or newly internally developed assets.

I have also given consideration to Hunter's historical performance, industry growth and management projections.  As discussed above, during its history, Hunter has demonstrated strong revenue growth. That growth is an indication of a competent management team. In addition, the industry has high long-term growth prospects.

Another consideration is the rate of inflation and the long-term growth prospect of the economy, measured by Gross Domestic Product (GDP).  Selection of a long-term growth rate below the long-term of inflation will result in positive nominal growth but negative real growth.  Selection of long-term growth rate below the real rate of GDP growth would indicate that the subject company is expected to grow below the rate of the economy.[98] The average rate of inflation in the United States over the period 2001 to 2014 was 2.3%.[99]  The average growth rate of U.S. real GDP (CAGR), in 2009 dollars, was 1.8% over the period 2001 to 2013 and 2.8% over the period 1970 to 2013.  Collectively, this data indicates that to grow at the rate of the U.S. economy, a company would have to grow by 4% to 5% a year.

---

[94] S&P Capital IQ is a leading provider of real-time data, research and analytics to institutional investors, investment and commercial banks, investment advisors and wealth managers, corporations and universities worldwide. It provides a broad suite of capabilities designed to help track performance, generate alpha, identify new trading and investment ideas, and perform risk analysis and mitigation strategies
[95] Rotkowski and Clough, p. 13.
[96] Pratt, p. 248.
[97] Rotkowski and Clough, p. 13.
[98] Rotkowski and Clough, p. 19.
[99] This average rate of inflation is higher if it were to include years preceding 2001, as shown in Exhibit 3.4.

Accordingly, I have selected a long-term growth rate for Hunter in the Terminal Period of 4.5%.

### vi.   Avoided Variable Cost

I have used the variable cost percentage estimated in my estimation of Hunter's lost revenues, as discussed above.

### vii.   Marginal Tax Rate

Ibbotson provides marginal tax rate (MTR) data on a sector basis. Analyzing such data for the healthcare sector, to which Hunter belongs, shows MTRs varying from 15.7% for companies in the largest decile to 5.2% in the smallest decile, with an average MTR of 8.0% and an average MTR weighted by market capitalization of 20.05%, as shown in Exhibit 3.5.

The more specific MTRs of Hunter's peers Quest, BioReference and LabCorp were 38.1%, 43.2% and 38.1%, respectively, over the 5 years leading to 2013.[100]

I have thus selected a MTR of 35%, lower than the corporate tax rate of 40%, yet conservative in light of the MTRs of small health care sector companies as reported by Ibbotson.

### viii.   Avoided Non-Cash Charges

To adjust Lost Net Income Before Income Tax to Lost Net Cash Flow to Equity, it is necessary to add back Avoided Non-Cash Charges.  These are generally composed of depreciation, amortization and deferred tax assets. As described above, I have included an adjustment for incremental capital equipment-related expenditures in the lost profits period. Consequently, Hunter had available capacity at the time it was sold, and I have not included additional investment in production capacity to support growth prior to 2018. During the Terminal Period however, additional production capacity would likely be required.  I have calculated the ratio of depreciation and amortization to revenue using Hunter's historical financial. This analysis is presented in Exhibit 3.2.  I then applied this ratio to 2018 Lost Revenue, Excluding Revenue Attributable to Hunter Heart, to estimate Avoided Non-Cash Charges in the Terminal Period.  This estimate is conservative, as it was derived using a period during which Hunter was operating with excess capacity and thus excess depreciation and amortization.  It is reasonable to assume that Hunter would not generate any additional deferred tax assets during the Terminal Period.

### ix.   Avoided New Debt Principal and Avoided Debt Repayment

---

[100] Capital IQ WACC Analyses for Quest, BioReference and LabCorp, as of August 2013

During the Growth Period 2014-2018, it is reasonable to assume that Hunter would not have borrowed any additional debt principal.  In the Terminal Period, any new debt principal would likely be counterbalanced by debt repayment.  Thus no adjustment is required for either category.

### x.   Avoided Incremental Working Capital to Support Growth

Working capital is defined as the amount by which a company's current assets exceed its current liabilities.[101]  Firms with insufficient working capital will experience difficulty paying creditors, as cash is consumed in inventory or accounts receivable.  I have estimated Incremental Working Capital using the ratio of Hunter's historical working capital to revenue over the period 2008 to 2012. This analysis is presented in Exhibit 3.3.  I then applied this ratio to Lost Revenue, Excluding Revenue Attributable to Hunter Heart, in both the Growth and Terminal Periods to estimate the required adjustment to Lost Net Income in those periods.

### xi.   Avoided Anticipated Capital Expenditures to Support Growth

As described above, during the Terminal Period, Hunter would be growing in perpetuity. As capital expenditures are depreciated and amortized over time, I have used the same ratio of depreciation and amortization to revenue over the period 2008-2013 of 1.6% used to estimate Avoided Non-Cash Charges in § viii above.  I have applied this ratio to 2018 Lost Revenue, Excluding Revenue Attributable to Hunter Heart, in the Terminal Period to estimate the required adjustment to Lost Net Income.

### xii.   Hunter's Lost Business Value

The discounted cash flow analysis leads to an estimate of Hunter's lost business value as of August 2013 of approximately $0.47 million. This analysis is presented in Exhibit 3.1.

### c.   Lost Business Value – Guideline Merged and Acquired Company Method

#### i.   Description

The Guideline Merged and Acquired Company Method is a market approach.  This method values a company by comparison with transactions in similar businesses, business interests, or securities.[102]  To achieve this, data from past transactions is generally used.  Specifically, transactional databases maintain information on certain market multiples associated with reported transaction.[103] For example, "the market value of a company's

---

[101] Pratt and Grabowski, p. 741.
[102] Pratt, p. 310.
[103] I researched transaction concerning companies in the SIC Code 8071, Medical Laboratories, to which Hunter and its competitor's Quest, BioReference and LabCorp belong, in the following databases: Pratt's Stats, Capital IQ, Done Deals and Public Stats.

stock of invested capital divided by a company measure," such as revenue or earnings.[104] Frequently, it is appropriate to consider transactions which have occurred over a long time horizon.[105]  The initial value derived from using this method generally represents transaction prices of major ownership interests.

> ii.  *Application and Lost Business Value*

The ownership interest in Hunter to be valued is a controlling, non-marketable interest, similar to the transacted ownership interest reported in transaction databases. In this instance, price-to-revenue (or a revenue multiple) was used contemporaneously to evaluate Hunter's value.

The first step in my analysis was to exclude transactions for which insufficient data was reported. Next, I analyzed each transaction for comparability, using items such size and company activity, to identify those transactions most similar to a but-for sale of Hunter at the time of its transaction with BioReference, in August 2013. This yielded 28 transactions, as shown in Exhibit 3.8.2. I then recalculated the revenue multiple for each transaction to understand the basis on which they were calculated.  For stock transactions, I recalculated the revenue multiple for each transaction by adding liabilities assumed to the numerator, as liabilities assumed are similar to consideration transferred in an acquisition. These calculations are presented in Exhibit 3.8.2.

I then excluded several further transactions for the following reasons:

- Transactions marked "A": reflect high multiples likely indicative of unusual synergies between the buyer and the seller which are not present in but-for Hunter transaction we are contemplating. The inclusion of such transactions in my analysis would have otherwise have had the effect of increasing the applied multiple, and accordingly, Hunter's value.
- Transactions marked "B":  the revenue of the acquired interests are too low to be comparable to the interest acquired in the but-for Hunter transaction.
- Transactions marked "C":  the revenue of the acquired interests are too high to be comparable to the interest acquired in the but-for Hunter transaction.

The remaining 17 transactions, marked "Y," have an average revenue multiple of 2.09, with a standard deviation of 1.47 and a median revenue multiple of 1.82. *See* Exhibit 3.8.2. Given this standard deviation, I organized the transaction multiples into quartiles, as show in Exhibit 3.8.1. The revenue multiples range from 0.93 in the first quartile to 3.09 in the third quartile, with a median of 1.82.

---

[104] Pratt, p. 1072.
[105] Pratt, p. 310.

This range of revenue multiples is reasonable considering the Small Composite revenue multiple (Enterprise Value / Sales) of 2.3 reported by Ibbotson for SIC Code 8071, Medical Laboratories (*see* Exhibit 3.9). It is also reasonable when compared to the revenue multiples of 2.16 and 2.18 identified by Haverford Healthcare Advisors in April 2013.[106]

Finally, I multiplied the identified revenue multiple range by Hunter's but-for revenue in 2013, less the portion of the revenue attributable to Hunter Heart, to estimate a range of Hunter's lost business value using the Guideline Merged and Acquired Company Method as of August 2013. This leads to an estimate of lost business value ranging from $0.17 million to $0.55 million, with a median of $0.33 million. This analysis is presented in Exhibit 3.1.

  d.   <u>Reconciliation of Hunter's Lost Business Value as estimated under the Discounted Cash Flow and Guideline Merged and Acquired Company Methods</u>

The estimate of Hunter lost business value obtained using the Discounted Cash Flow Method, at $0.47 million, falls within the range obtained using the Guideline Merged and Acquired Company Method. This confirms the reasonableness of the estimate of Hunter lost business value using the Discounted Cash Flow Method.

**4.  SPA's Lost Profits**

As described above, approximately 50% of SPA's business was procured through Hunter. Consequently, any loss of revenue by Hunter has a corollary impact on SPA.[107] Specifically, Hunter and SPA estimate that approximately 8% to 10% of Hunter's testing volume results in testing volume for SPA.

In addition to the direct loss of sales, SPA also generated revenue from medical directorship and cytology fees paid by Hunter. The medical directorship fee was tied to laboratory testing volumes and was calculated on a full-time employee (FTE) pro-rata basis on $360,000.[108] As volumes increased over the period from 2007 to 2010, this FTE share

---

[106] Haverford Health Advisors, Overview of 2013-2013 Laboratory Industry Transactions, April 30, 2013, p. 12.

[107] Gerald Weiss Tr. Vol. I, 55:9-21:  "That was the result of a number of excluded contracts, Blue Cross -- I'm sorry, Blue Shield, Aetna, I don't know all the other plans.  Again, this was -- this primarily through our involvement with Hunter…  Hunter provided us with the sales force and the couriers, and so when -- when they were excluded from a given office, we were excluded as well.  So as Hunter went, so went we."
*Id.* 56:1-3:  "… if Hunter was out of network or could not compete in a given arena, we were excluded essentially as well."
*Id.* 45:23-46-9:  "It's a direct impact because the specimens that are collected by Hunter include both blood work and biopsies and pap smears, and in any given office, the tendency is for all of those types of specimens to be picked up by the same courier and to flow to the same laboratory.  So as Hunter finds it difficult to compete -- compete in the market place, so does SPA."

[108] The fees associated with this income stream were characterized as "Hunter Lab" in SPA's financial data. This characterization is adopted in Exhibit 5.1.

---

increased from one quarter to one third to one half.[109]  Thus, any impact of Quest's allegedly illegal conduct on Hunter's growth would similarly affect the growth of the medical directorship fee paid to SPA.[110]  The same is true of the cytology fee of $8,333 per month, which was directly related to testing volume growth.[111]

SPA's financial data is maintained by its parent entity SJP. Thus, for purposes of analyzing SPA's specific financial data, it is relevant to exclude certain data related to other SJP entities. I then allocated SJP data related to all of SJP's affiliates as shown in Exhibit 4.3. In addition, in certain years, the financial data was produced for the eleven months ended November 30. As such, I annualized financial data for those years as shown in Exhibit 4.4.

As described above, a damage calculation is performed on an incremental cost basis. In Exhibit 4.2, I classified expenses as fixed or variable. I also normalized data in instances in which it appeared necessary. SPA's principal variable costs were associated with billing and a technical component fee related to non-Hunter business.[112] As SPA is a partnership and thus is a pass-through entity, I excluded compensation paid to the partners, which I understand is comprised of all pathologists.[113] Using this data, I calculated SPA's contribution margin for the years 2008 to 2013, as shown in Exhibit 4.1.

I have been asked to calculate SPA's lost revenues that would have been derived by SPA from Hunter's 1) Partnership-related accounts, 2) Aetna accounts, and 3) Blue Shield accounts.[114] SPA's lost profits from the Partnership accounts are approximately $0.27 million. SPA's lost profits from the Aetna accounts are approximately $10,000. SPA's lost profits from the Blue Shield accounts are approximately $37,000. Cumulatively, these calculations yield SPA's estimated lost profits over the period from 2010 to mid-August 2013, inclusive, in the amount of $0.32 million. I have presented these calculations separately for each revenue source for each year in Exhibit 4.0.[115]

---

[109] Gerald Weiss Tr. Vol. I, 47:7-13.  Also Interview of Dr. Weiss.
[110] Gerald Weiss Tr. Vol. I, 149:24-150:2.
[111] Interview of Dr. Weiss.
[112] Interview of Dr. Weiss and review of SPA financial statements (*see* Exhibit 5.2 and 5.3).  *See also*, Gerald Weiss Tr. Vol. I, 124:2-9 and 175:14-25.
[113] Interview of Dr. Weiss. Stated differently, I understand that SPA did not expect to incur additional employee-related costs to perform the incremental testing volume associated with the lost revenue.
[114] Specifically, it is my understanding that the Court has granted Quest's summary judgment related to Hunter's lost revenue from Blue Shield and Partnership due to a settlement agreement. This analysis assumes that the Court's order does not apply to SPA's lost revenue from these accounts.
[115]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 22nd day of April, 2015, at San Mateo, California.

_____
**Greg J. Regan**
April 22, 2015

**HEMMING MORSE, LLP**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# Greg Regan, CPA/CFF, MBA

## Profile

Greg Regan is a Partner in the Forensic and Financial Consulting Services Group in the San Francisco office of Hemming Morse, LLP. In 2013, Greg was appointed to the American Institute of CPA's ("AICPA") Forensic and Valuation Services Executive Committee. This 9-member committee establishes professional standards for practitioners performing consulting services that require the application of forensic or valuation-related methodologies.  From 2010 to 2013, he served on the AICPA's Forensic and Litigation Services ("FLS") Committee. This 11-member committee provides professional guidance to CPA practitioners who perform accounting investigations, economic damage analyses such as lost profits calculations, and a variety of other services. Greg was the Chair of the AICPA's Damages Task Force from 2010 to 2013 and continues to be an active member. Greg received the AICPA's 2012 Award for the FLS Volunteer of the Year.

Greg has testified in federal and state courts as well as in arbitrations regarding these types of forensic analyses. Greg is also an Adjunct Professor at Golden Gate University, where he teaches forensic accounting to graduate students. Greg is a Certified Public Accountant (CPA), a Certified Financial Forensic (CFF), and a Certified Fraud Examiner (CFE). Greg serves as an Officer of the California Society of Certified Public Accountants (CalCPA) statewide Forensic Services Committee.

Greg received his B.S. degree in Accounting from Georgetown University, Washington, D.C., and his Masters in Business Administration with an Emphasis in Finance from the University of San Francisco. When he's not working, he enjoys spending time with his wife and coaching the sports teams of his two boys.

page 1 of 7

**San Francisco Office**
101 Montgomery Street
Suite 1400
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

# HEMMING MORSE, LLP

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

## Greg Regan, CPA/CFF, MBA

### Employment & Education

| | |
|---|---|
| 2012 – Present | **Hemming Morse, LLP** <br> *Certified Public Accountants,* <br> *Forensic and Financial Consultants* <br> Partner |
| 2003 – 2011 | **Hemming Morse, Inc.** <br> Director, 2007-2011 <br> Manager, October 2003-2006 |
| 2009 – Present | **Golden Gate University** <br> Adjunct Professor <br> Introduction to Financial Forensic Accounting, Spring 2009-present <br> An In-Depth Analysis of Economic Damages, Fall 2010 |
| 1999 – 2003 | **SupportSoft, Inc. (Nasdaq: SPRT)** <br> Controller, February 2001-October 2003 <br> Accounting Manager, April 1999-February 2001 |
| 1995 – 1999 | **Ernst & Young, LLP** <br> Senior Auditor, October 1997-April 1999 <br> Staff Auditor, October 1995-September 1997 |
| 2004 – 2007 | **University of San Francisco** <br> Masters in Business Administration with emphasis in Finance <br> Beta Gamma Sigma Honor Society |
| 1995 | **Georgetown University, Washington, D.C.** <br> B.S. Accounting, Minor in Theology |

page 2 of 7

**San Francisco Office**
101 Montgomery Street
Suite 1400
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

**HEMMING MORSE, LLP**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# Greg Regan, CPA/CFF, MBA

## Professional & Service Affiliations

- **Certified Public Accountant, State of California, 1998**
- **Certified Public Accountant, State of New York, 2010**
- **Certified Fraud Examiner**
- **Certified in Financial Forensics, 2008**
- **American Institute of Certified Public Accountants**
  – Forensic & Valuation Services Executive Committee, 2013-present
  – Forensic & Litigation Services Committee, 2010-2013
  – Chair, Damages Task Force
  – National Forensic & Valuation Conference
    - Co-Chair, 2014
    - Planning Committee, 2011-2013
  – CPA Ambassador, January 2006-present
  – Board of Examiners, Uniform CPA Examination Contributor
- **California Society of Certified Public Accountants**
  – Co-chair, San Francisco Chapter Litigation Consulting Services Committee, 2006-2011
  – State Steering Committee, 2007-present Officer, 2012-present
  – Economic Damages Section Member, 2004-present Officer, 2008-2012

- State Accounting Principles and Auditing Standards Committee, Member, 2005-2010
- CalCPA Leadership Institute, Spring 2006
- Leadership Identification and Development Committee, 2007-present
- **California CPA Education Foundation**
  – Accounting & Auditing Curriculum Advisory Committee, 2007-2010
- **Association of Certified Fraud Examiners**
- **Georgetown University,** Alumni Admissions Committee
- **Advisory Board to Golden Gate University Forensic Accounting Program,** August 2008-present
- **American Bar Association**
  – Section of Litigation
  – Section of International Law
  – Section of Antitrust Law
- **Legal Aid of San Mateo County**
  – Board of Directors, Treasurer
- **Board of Regents, Junipero Serra High School**
- **Hillsborough Schools Foundation,** Board of Directors

page 3 of 7

## Publications

- *"How CPAs can benefit from Colin Powell's rule"* AICPA "FVS Insider" Article, August 2013
- *"Options for Consumers in Crisis - An Economic Analysis of the Debt Settlement Industry"* December 31, 2012
- *"Discount Rates, Risk, and Uncertainty in Economic Damage Calculations"* AICPA Practice Aid, 2012

- *"Causation Scenarios for the Damages Expert"* Dunn on Damages, Winter 2011
- *"2010 Federal Rules of Civil Procedure Changes"* AICPA.org, November 2010
- *"Selecting the Right Investigative Resource"* (Co-author) Journal of Accountancy, December 2009

**San Francisco Office**
101 Montgomery Street
Suite 1400
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

# H E M M I N G
# M O R S E, LLP

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

www.hemming.com

## Greg Regan, CPA/CFF, MBA

### Publications continued

- *"Discount Rates and Lost Profits... Where's The Risk?"* (Co-author) CPA Expert, Summer 2009

- *"Discount Rates and Lost Profits: A Review of Case Law"* The Witness Chair, Winter 2009

- *"CFFs: CPAs Looking Behind Closed Doors"* CalCPA Magazine, September 2008

- *"Discount Rates and Lost Profits ... Where's The Risk"* The Witness Chair, Summer 2008

- *"Software Revenue Recognition on the Rise"* (Co-author) Journal of Accountancy, December 2007

- *"FAS 123R: Accounting for Stock Options, Tips for an Increasingly Complex Task"* CalCPA Magazine, March 2007

- *"Forensic Accounting: Is It Right For You?"* CalCPA.org, February 2005

- *"Talk it Over"* CalCPA Magazine, December 2004

### Awards

- AICPA, Forensic & Litigation Services Volunteer of the Year, 2012

- Georgetown University, Dean's Citation, 1995

### Presentations

- *"Experts on Offense, Experts on Defense"* ABA National Securities Fraud Conference, 2014

- *"Attaining Reasonable Certainty in a Damages Calculation"* AICPA National Forensic & Valuation Conference, 2012 Texas Society of CPAs, 2013

- *"Emerging Financial Forensic Accounting"* AICPA National Forensic Accounting Conference September 2011

- *"Review of Notable Recent Cases – Economic Damages"* AICPA National Forensic Accounting Conference September 2011

- *"Forensic Accounting: Bridging the Gap between Theory and Practice"* AAA, National Conference, August 2011

- *"Causation Scenarios and the Damages Expert"* CalCPA Economic Damages and Fraud Committees August 2011

- *"Ethics and the Expert"* AAA, Forensic and Investigative Accounting Section Research Conference, March 2011

- *"Bridging the Gap - The Road to the CFF"* AAA, Forensic and Investigative Accounting Section Research Conference, March 2011

page 4 of 7

**San Francisco Office**
101 Montgomery Street
Suite 1400
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

**HEMMING MORSE, LLP**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# Greg Regan, CPA/CFF, MBA

## Presentations continued

- *"Educating Legally Aware Accountants"*
  AAA, Forensic and Investigative Accounting Section
  Research Conference, March 2011

- *"Revenue Recognition"*
  Licensing Executives Society, October 2009

- *"Accounting for Devices With Embedded Software"*
  Revenue Recognition for MedTech Companies
  June 2009

- *"Recessionary Implications for CPAs"*
  Cal Society of CPAs, Economic Damages Section
  May 2009

- *"Analyzing Earnings Releases"*
  San Jose Mercury News, October 2008, January 2010

- *"The Subprime Debacle & Debate About Fair Value Accounting"*
  San Francisco, Barristers Club, August 2008

- *"IPOs: Promises and Pitfalls"*
  Guest Lecturer, Golden Gate University Law School
  March 2008, March 2009

- *"The Foreign Corrupt Practices Act: An Independent Monitor's Perspective"*
  Cal Society of CPAs, San Francisco Chapter Litigation
  Section, January 2008

- *"Options Backdating: What you need to know"*
  (Panel member) CalCPA Litigation Society
  October 2006

- *"I've Sold Software: How and When Do I Recognize Revenue?"*
  Hemming Morse Training, November 2005

- *"Facts about Fraud"*
  Cal Society of CPAs, CPE Extravaganza
  June 2005, June 2006

- *"Fraud/Corporate Investigations"*
  JHI Members Conference, 2004

page 5 of 7

## AICPA CFF Education, Spring 2010-Present

- Fundamentals of the Legal System & Engagement Administration

- Reporting, Expert Reports, and the Provision of Testimony

- Financial Statement Investigations

**San Francisco Office**
101 Montgomery Street
Suite 1400
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

# Greg Regan, CPA/CFF, MBA

## Testimony continued

*Trial*

- **Patrick S. Ryan v. NextG Networks, Inc., et al. (2014)**
  Superior Court of California, County of Santa Clara
  Case No. 1-12-CV-218713

- **Hinn v. Yellow Cab, et al. (2014)**
  Superior Court of California, City and County of San Francisco, Case No. CGC-12-525420

- **Robin Stearns, et al. v. R&H Investments, et al. (2014)**
  Superior Court of California, County of San Mateo, Southern Branch, Case No. CIV503511

- **Richardson Bay Sanitary District v. City of Mill Valley (2013)**
  Superior Court of California, County of Marin
  Case No. CIV 1103684

- **Boris Kriman, et al. v. Victor Mayorkis, et al. (2012)**
  Superior Court of California, County of San Mateo
  Case No. CIV 491312

- **First National v. Federal Realty Investment Trust (2008) (2009)**
  U.S. District Court, Northern District of California, San Jose Division, Case No. C-03-02013 RMW

*Deposition*

- **Riverbed, et al. v. Scottish Equity Partners LLP (2015)**
  Superior Court of California, City and County of San Francisco, Case No. CGC-12-525496

- **Arata Equipment Company v. Recology, Inc., et al. (2014)**
  Superior Court of California, County of San Mateo
  Case No. CIV 497024

- **Nextdoor.com, Inc. v. Abhyanker (2014)**
  U.S. District Court, Northern District of California
  Case No. 4:2012cv05667

- **William Wardlaw; Feinstein for Senate Committee; and Fund for the Majority Committee v. First California Bank, et al. (2014)**
  Superior Court of California, County of Los Angeles
  Case No. SC114232

- **Patrick S. Ryan v. NextG Networks, Inc., et al. (2014)**
  Superior Court of California, County of Santa Clara
  Case No. 1-12-CV-218713

- **Hinn v. Yellow Cab, et al. (2014)**
  Superior Court of California, City and County of San Francisco, Case No. CGC-12-525420

- **Robin Stearns, et al. v. R&H Investments, et al. (2014)**
  Superior Court of California, County of San Mateo, Southern Branch, Case No. CIV503511

- **In re: Celestica Inc. Securities Litigation (2013)**
  U.S. District Court, Southern District of New York
  Civ A. No. 07-CV-00312-GB

- **AMC Technology, LLC v. Cisco Systems, Inc. (2013)**
  U.S. District Court, Northern District of California
  Case No. 5:11-cv-03403-PSG

- **[Redacted] v. Panoche Energy Center, LLC (2013)***
  *Parties' names and case number have been redacted due to a Stipulated Protective Order Regarding Confidentiality

page 6 of 7

**San Francisco Office**
101 Montgomery Street
Suite 1400
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

**H E M M I N G
M O R S E, L L P**

CERTIFIED PUBLIC ACCOUNTANTS,
FORENSIC AND FINANCIAL CONSULTANTS

CURRICULUM VITAE

www.hemming.com

# Greg Regan, CPA/CFF, MBA

## Testimony continued

### Deposition continued

- **Michael Karas v. George S. Karas (2013)**
  American Arbitration Association
  Case No. 74 115 Y 00144 12 HIIB

- **Boris Kriman, et al. v. Victor Mayorkis, et al. (2011)**
  Superior Court of California, County of San Mateo
  Case No. CIV 491312

- **Underground Solutions, Inc. v. P&F Distributors, et al. (2011)**
  Superior Court of California, County of San Mateo
  Case No. CIV 470876

- **Graco, Inc. v. PMC Global, Inc., et al. (2011)**
  U.S. District Court, District of New Jersey
  Case No. 08-CIV-1304 (FLW) (JJH)

- **Paul A. DiMartini and Britt T. Johnson v. Purcell Tire & Rubber Company, et al. (2010)**
  U.S. District Court, State of Nevada
  Case No. 3:09-cv-00279-HDM (VPC)

- **First National v. Federal Realty Investment Trust (2008)**
  U.S. District Court, Northern District of California, San Jose Division, Case No. C-03-02013 RMW

### Arbitration

- **Lee v. Oakhollow Group, L.P., et al. (2014)**
  JAMS Reference No. 1100076156

- **[Redacted] v. Panoche Energy Center, LLC (2013)***
  *Parties' names and case number have been redacted due to a Stipulated Protective Order Regarding Confidentiality

- **Curriculum Associates, LLC v. Let's Go Learn, Inc. (2011)**
  American Arbitration Association
  No. 74-117-Y-00247-11

- **Craig W. Story, Seller Representative of PHSI v. U.S. Water LLC (2011)**
  JAMS Reference No. 1100063613

## SEC Enforcement - Investigation Interviews

- Re:  Bell MicroProducts, Inc. (March 2009)

- Re:  Connectics, Inc. (August 2007)

**San Francisco Office**
101 Montgomery Street
Suite 1400
San Francisco, CA 94104
Tel: 415.836.4000
Fax: 415.777.2062

**San Mateo Office**
155 Bovet Road
Suite 600
San Mateo, CA 94402
Tel: 415.836.4000
Fax: 415.777.2062

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF
For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
|---|---|
| **Pleadings** | 2013-10-18 Order Granting and Denying Motions to Dismiss FAC - ECF 113.pdf |
| | 2014-02-06-Order Granting in Part and Denying in Part Motions to Dismiss Second Amended Complaint - ECF146.pdf |
| | 2014-05-15-Plaintiff PBP Supplemental Responses to QDI SROG 1.pdf |
| | 2014-05-15-Plaintiff SPA Supplemental Responses to QDI SROG 1.pdf |
| | 2014-09-30-Declaration of Riedel ISO Plaintiffs' Motion to Cancel Quests AEO Designation.pdf |
| | 2014-10-22-Plaintiff RDL's 2nd Suppl Responses & Obj to QDI ROGS Set 1.pdf |
| | 2014-10-28-Plaintiff Hunter Labs 3rd Supplemental Responses & Objections to QDI Set One.pdf |
| | 2014-11-25-Joint Order Regarding Discovery Issues Heard on November 21 2014 - ECF - 209.pdf |
| | Objections to Plandowski Notice.pdf |
| | Objections to Regan Notice.pdf |
| | Quest MSJ Brief -- SEALED.PDF |
| | QUEST_RDL _ Decl ISO MSJ [FINAL] (2).PDF |
| | SEALED Appendix A.PDF |
| | SEALED Exhibits 1-10.pdf |
| | SEALED Exhibits 11-21.pdf |
| | SEALED Exhibits 22-31.pdf |
| | SEALED Final Gary McCabe Declaration for SJ Brief.pdf |
| | SEALED Final Robert Moverley Declaration.pdf |
| | SEALED Final Ruiz Declaration.pdf |
| | SEALED Motion for Summary Judgment.PDF |
| **Depositions & Exhibits** | Armstrong Deposition & Exhibits |
| | Dutt Deposition & Exhibits |
| | Farley Deposition & Exhibits |
| | Funk Deposition & Exhibits |
| | Gentleman Deposition & Exhibits |
| | Halbout Deposition & Exhibits |
| | Hayes Deposition & Exhibits |
| | Kazdan Deposition Exhibits |
| | Miller Deposition & Exhibits |
| | Moverly Deposition and Exhibits |
| | Nichols Deposition & Exhibits |
| | Safran Deposition & Exhibits |
| | Sharpe Deposition & Exhibits |
| | Valentine Deposition & Exhibits |
| | Van De Beek Deposition & Exhibits |
| **Declarations** | Declaration of Amara Balakrishnan.pdf |
| | Declaration of Jaco Fishenfeld.pdf |
| | Declaration of M. Sharif Baori MD.pdf |
| | Declaration of Naomi Fuchs.pdf |
| | Declaration of Roger Newbury.pdf |
| **Plaintiff Provided Docs** | 01_2006_RC_Utilization.csv |
| | 01_2006_RC_Utilization.xlsx |
| | 01_2007_RC_Utilization.csv |
| | 01_2007_RC_Utilization.xlsx |
| | 01_2010_RC_Utilization.csv |
| | 01_2010_RC_Utilization.xlsx |
| | 02_2006_RC_Utilization.csv |
| | 02_2006_RC_Utilization.xlsx |
| | 02_2007_RC_Utilization.csv |
| | 02_2007_RC_Utilization.xlsx |
| | 02_2010_RC_Utilization.csv |
| | 02_2010_RC_Utilization.xlsx |
| | 03_2006_RC_Utilization.csv |
| | 03_2006_RC_Utilization.xlsx |
| | 03_2007_RC_Utilization.csv |
| | 03_2007_RC_Utilization.xlsx |
| | 03_2010_RC_Utilization.csv |
| | 03_2010_RC_Utilization.xlsx |
| | 04_2005_RC_Utilization.csv |
| | 04_2005_RC_Utilization.xlsx |
| | 04_2006_RC_Utilization.csv |
| | 04_2006_RC_Utilization.xlsx |
| | 04_2007_RC_Utilization_YEAR.csv |
| | 04_2007_RC_Utilization_YEAR.xlsx |
| | 04_2009_RC_Utilization.csv |
| | 04_2009_RC_Utilization.xlsx |
| | 04_2012_RC_Utilization_YEAR.csv |
| | 04_2012_RC_Utilization_YEAR.xlsx |
| | 05_2005_RC_Utilization.csv |
| | 05_2005_RC_Utilization.xlsx |
| | 05_2006_RC_Utilization.csv |
| | 05_2006_RC_Utilization.xlsx |
| | 05_2009_RC_Utilization.csv |
| | 05_2009_RC_Utilization.xlsx |
| | 06_2005_RC_Utilization.csv |
| | 06_2005_RC_Utilization.xlsx |
| | 06_2006_RC_Utilization.csv |
| | 06_2006_RC_Utilization.xlsx |
| | 06_2009_RC_Utilization.csv |
| | 06_2009_RC_Utilization.xlsx |
| | 07_2005_RC_Utilization.csv |
| | 07_2005_RC_Utilization.xlsx |

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF
For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
|---|---|
| | 07_2006_RC_Utilization.csv |
| | 07_2006_RC_Utilization.xlsx |
| | 07_2009_RC_Utilization.csv |
| | 07_2009_RC_Utilization.xlsx |
| | 08_2005_RC_Utilization.csv |
| | 08_2005_RC_Utilization.xlsx |
| | 08_2006_RC_Utilization.csv |
| | 08_2006_RC_Utilization.xlsx |
| | 08_2009_RC_Utilization.csv |
| | 08_2009_RC_Utilization.xlsx |
| | 09_2005_RC_Utilization.csv |
| | 09_2005_RC_Utilization.xlsx |
| | 09_2006_RC_Utilization.csv |
| | 09_2006_RC_Utilization.xlsx |
| | 09_2009_RC_Utilization.csv |
| | 09_2009_RC_Utilization.xlsx |
| | 10_2005_RC_Utilization.csv |
| | 10_2005_RC_Utilization.xlsx |
| | 10_2006_RC_Utilization.csv |
| | 10_2006_RC_Utilization.xlsx |
| | 10_2009_RC_Utilization.csv |
| | 10_2009_RC_Utilization.xlsx |
| | 11_2005_RC_Utilization.csv |
| | 11_2005_RC_Utilization.xlsx |
| | 11_2006_RC_Utilization.csv |
| | 11_2006_RC_Utilization.xlsx |
| | 11_2009_RC_Utilization.csv |
| | 11_2009_RC_Utilization.xlsx |
| | 12_2005_RC_Utilization.csv |
| | 12_2005_RC_Utilization.xlsx |
| | 12_2006_RC_Utilization.csv |
| | 12_2006_RC_Utilization.xlsx |
| | 12_2009_RC_Utilization.csv |
| | 12_2009_RC_Utilization.xlsx |
| | 2012 Financial Key Indicators copy.pdf |
| | 2012 fiscal year damages.xls |
| | 2014-09-19-Exhibit C to Depo Subpoena and RFPD to Blue Shield.pdf |
| | 2014-10-21-docs-to-expert.pdf |
| | 2014-10-21-docs-to-expert-2 (Mar-10 Acension Summary).pdf |
| | ACN_APR05.csv |
| | ACN_APR12.csv |
| | ACN_APR12.xlsx |
| | Actual Report by Payor 2012 copy.txt |
| | Actual Report by Payor 2012.txt |
| | Actual Revenue by Payor 2013 copy.txt |
| | Actual Revenue by Payor 2013.txt |
| | Actual Revenue by Payor Report 2010 copy.txt |
| | Actual Revenue by Payor Report 2010.txt |
| | Actual Revenue by Payor Report 2011 copy.txt |
| | Actual Revenue by Payor Report 2011.txt |
| | Appended 2007-2013.xlsx |
| | Appended Balance Sheets (2005-2012) - CA and CV.xlsx |
| | Appended RC Utilization.csv |
| | Balance Sheets.pdf |
| | Balance Sheets.xlsx |
| | BS Summary.xlsx |
| | Capital Equipment 2007.xls |
| | CC2008GROSS.xlsx |
| | CC2008NET.xlsx |
| | CC2009GROSS.xlsx |
| | CC2009NET.xlsx |
| | CC2010GROSS.xlsx |
| | CC2010NET.xlsx |
| | CC2011GROSS.xlsx |
| | CC2011NET.xlsx |
| | CC2012GROSS.xlsx |
| | CC2012NET.xlsx |
| | CC2013GROSS.xlsx |
| | CC2013NET.xlsx |
| | Clinic Damages.pdf |
| | Copy of Hunter Labs Inc income statement 033104 thru 033113.xlsx |
| | CPA Summaries.xlsx |
| | CPA2007.xlsx |
| | CPA2007_AE.xlsx |
| | CPA2007_AE_ALLCL.xlsx |
| | CPA2007_BS.xlsx |
| | CPA2007_BS_ALLCL.xlsx |
| | CPA2007_FULL.xlsx |
| | CPA2008.xlsx |
| | CPA2008_AE.xlsx |
| | CPA2008_AE_ALLCL.xlsx |
| | CPA2008_BS.xlsx |

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF
For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
| --- | --- |
| | CPA2008_BS_ALLCL.xlsx |
| | CPA2008_FULL.xlsx |
| | CPA2009.xlsx |
| | CPA2009_AE.xlsx |
| | CPA2009_AE_ALLCL.xlsx |
| | CPA2009_BS.xlsx |
| | CPA2009_BS_ALLCL.xlsx |
| | CPA2009_FULL.xlsx |
| | CPA2010.xlsx |
| | CPA2010_AE.xlsx |
| | CPA2010_AE_ALLCL.xlsx |
| | CPA2010_BS.xlsx |
| | CPA2010_BS_ALLCL.xlsx |
| | CPA2010_FULL.xlsx |
| | CPA2010_MAY.xlsx |
| | CPA2010_MAY_BS.xlsx |
| | CPA2011.xlsx |
| | CPA2011_AE.xlsx |
| | CPA2011_AE_ALLCL.xlsx |
| | CPA2011_BS.xlsx |
| | CPA2011_BS_ALLCL.xlsx |
| | CPA2011_FULL.xlsx |
| | CPA2012.xlsx |
| | CPA2012_AE.xlsx |
| | CPA2012_AE_ALLCL.xlsx |
| | CPA2012_BS.xlsx |
| | CPA2012_BS_ALLCL.xlsx |
| | CPA2012_FULL.xlsx |
| | CPA2012_SEP.xlsx |
| | CPA2012_SEP_AE.xlsx |
| | CPA2013.xlsx |
| | CPA2013_AE.xlsx |
| | CPA2013_AE_ALLCL.xlsx |
| | CPA2013_BS.xlsx |
| | CPA2013_BS_ALLCL.xlsx |
| | CPA2013_FULL.xlsx |
| | Damage Analysis 10-27-14.xls |
| | Diag lab client signed copy Nov 2012.pdf |
| | doc2014052816135803040.pdl |
| | Financial Key Indicator Report-Dec 2010.ppt |
| | financial statements YE 033109 Hunter Labortories.xls |
| | Haverford Docs re Transaction Multiples in 2013 prior to Bioreference sale.pdf |
| | Hunter CDM 10-10-12.pdf |
| | Hunter Compliance Policy Manual (090612).pdf |
| | Hunter Laboratories Valuation.pdf |
| | Hunter Labs financial statements YE 033108.pdf |
| | Hunter Labs Inc income statement 033104 thru 033113.xls |
| | Hunter LabsN. CA Financial History 7-8-13.xls |
| | Income Statements.xls |
| | IPA Accts Below Cost.xls |
| | Key Financial Indicators - FY 2009 - 2012.xlsx |
| | Key financial indicators Dec 2010.xls |
| | Key Financial Indicators FY 2010-2012.xlsx |
| | Laboratory Income Statements.xls |
| | Lost Account CPA Analysis 12-11-14.xlsx |
| | Monthly Accessions 107 - 210.xlsx |
| | N. CA Rev_By_Cal_year 7 2013v2.pptx |
| | Order Code Revenue 2009.xlsx |
| | Order Code Revenue 2010.xlsx |
| | Order Code Revenue 2011.xlsx |
| | Order Code Revenue 2012.xlsx |
| | Order Code Revenue 2013.xlsx |
| | PayorBreakdown(Sam)(2008-2014)2.xlsx |
| | PLAINTIFF-HUNTER LABS0012215-380 |
| | Purchase Price to Net Revenue Multiples .pdf |
| | Quest - Capitated Contract Tracking Sheet.pdf |
| | Quest - Capitated Contracts Requests.xlsx |
| | Quest 2009 dl signed.pdf |
| | Quest 2012 dl signed.pdf |
| | RDL Lost Account List.pdf |
| | Revenue by Payor - Imp. to Excel by HMLLP 2.xlsx |
| | Revenue by Payor - Imp. to Excel by HMLLP.xlsx |
| | Scan 150040000.pdf |
| | SPA 2012 P&L.pdf |
| | SPA 2012 rev, tests, and CPT.pdf |
| | Top 40 Clients (11.25.2014).xlsx |
| | TOPCPT2007.xlsx |
| | TOPCPT2008.xlsx |
| | TOPCPT2009.xlsx |
| | TOPCPT2010.xlsx |
| | TOPCPT2011.xlsx |
| | TOPCPT2012.xlsx |

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF
For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
| --- | --- |
| | TOPCPT2013.xlsx |
| | Transaction Summary by Payor 2010.xlsx |
| | Transaction Summary by Payor 2011.xlsx |
| | Transaction Summary by Payor 2012.xlsx |
| | Transaction Summary by Payor 2013.xlsx |
| Other Documents | 114_cal_app_4th_309.doc |
| | 219_Cal_App_3d_811.doc |
| | Quest - Full Fee Schedule (05012009).pdf |
| | Quest - Full Fee Schedule (07012008).pdf |
| | Quest Fee Schedule 66 (Native from Sep-14) |
| Damages Research | 12-31-12_Federal Reserve 20 Year.pdf |
| | 2013 Ibbotson C-1 table_Industry Premia.pdf |
| | 2013 Ibbotson Cost of Capital.pdf |
| | 2014.11 Business Reference Guide.pdf |
| | Aggregated Market Data.xlsx |
| | AICPA_Practice_Aid_06_4.pdf |
| | AIQ WACC.xlsx |
| | BRLI WACC.xlsx |
| | BRLI-20140113-10K-20131031-1.pdf |
| | CAP IQ - Individual company growth rates.xlsx |
| | CAP IQ - Industry Growth and key stats.xlsx |
| | CAP IQ - Med Labs.xlsx |
| | CBAI WACC.xlsx |
| | CCEL WACC.xlsx |
| | Copy of Quest 2 ( HEALTHCARE Equip  Services).xlsx |
| | CPI_BLS as of 2014_detailed.pdf |
| | DGX WACC.xlsx |
| | Done Deals - Med Labs.xlsx |
| | Done Deals - Testing Labs.xlsx |
| | Federeal Judiciary - Reference Manual on Scientific Evidence.pdf |
| | FVS PA Discount Rates 1pp.pdf |
| | H.15 Release--Selected Interest Rates--August 19, 2013.pdf |
| | Hunter Acquisition Allocation.xlsx |
| | Hunter Laboratories Inc Consideration Detail.rtf |
| | Hunter Laboratories Inc Transaction Details Merger Acquisition.rtf |
| | LH 20134 AR Final.pdf |
| | LH WACC.xlsx |
| | Litigation Services Handbook, 5th Edition |
| | MEDD WACC.xlsx |
| | Medical Lab Transactions 1995-2015.xlsx |
| | MedicalLab.xlsx |
| | PMD WACC.xlsx |
| | Pratt's Stats - Med Labs.xlsx |
| | Pratt's Stats - Testing Labs.xlsx |
| | Public Stats - Med Labs.xlsx |
| | Public Stats - Testing Labs.xlsx |
| | Quest 2 (All Healthcare Equip).xlsx |
| | Quest Diagnostic 1999-2003.pdf |
| | Quest Diagnostic 2004-2008.pdf |
| | Quest Diagnostic 2009-2013.pdf |
| | Quest Diagnostics Inc NYSE DGX Financials Balance Sheet.xlsx |
| | Quest Diagnostics Inc NYSE DGX Financials Cash Flow.xlsx |
| | Quest Diagnostics Inc NYSE DGX Financials Income Statement.xlsx |
| | Quest Diagnostics Inc NYSE DGX Key Developments.xlsx |
| | Quest2 Transactions (Medical Testing).xlsx |
| | Quest2(HEALTHCARESERVICES).xlsx |
| | RDNT WACC.xlsx |
| | Transaction - Quest Diagnostic Healthcare Equip Only.xlsx |
| | Transactions - Quest Diagnostic Healthcare Equip  Pharma_Biotech  Life Scs.xlsx |
| | Valuation Model Template - Transactions (Equip- Pharma - BioTech - Life Science).xlsx |
| | Valuation Model Template - Transactions (Equip-Only).xlsx |
| | Valuation Model Template - Transactions (Medical Labs).xlsx |
| | Working Cap Ratio Unlinked.xlsx |
| | Working Cap Ratio.xlsx |
| | Working Capital to Sales Ratio Estimation (2005-2012).xlsx |
| SEC Filings | BRLI-20100112-10K-20091031-1.pdf |
| | BRLI-20110114-10K-20101031-1.pdf |
| | BRLI-20120113-10K-20111031-1.pdf |
| | BRLI-20130114-10K-20121031-1.pdf |
| | BRLI-20130829-8K-20130829.pdf |
| | BRLI-20140113-10K-20131031-1.pdf |
| | BRLI-20150113-10K-20141031-1.pdf |
| | DGX-20031031-10Q-20030930-1.pdf |
| | DGX-20040227-10K-20031231-1.pdf |
| | DGX-20040430-10Q-20040331-1.pdf |
| | DGX-20040730-10Q-20040630-1.pdf |
| | DGX-20041029-10Q-20040930-1.pdf |
| | DGX-20050310-10K-20041231-1.pdf |
| | DGX-20050310-10K-20041231-1.xls |
| | DGX-20050429-10Q-20050331-1.pdf |
| | DGX-20050429-10Q-20050331-1.xls |
| | DGX-20050728-10Q-20050630-1.pdf |

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF

For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
|---|---|
| | DGX-20050728-10Q-20050630-1.xls |
| | DGX-20051028-10Q-20050930-1.pdf |
| | DGX-20051028-10Q-20050930-1.xls |
| | DGX-20060228-10K-20051231-1.pdf |
| | DGX-20060228-10K-20051231-1.xls |
| | DGX-20060428-10Q-20060331-1.pdf |
| | DGX-20060428-10Q-20060331-1.xls |
| | DGX-20060731-10Q-20060630-1.pdf |
| | DGX-20060731-10Q-20060630-1.xls |
| | DGX-20061027-10Q-20060930-1.pdf |
| | DGX-20061027-10Q-20060930-1.xls |
| | DGX-20070301-10K-20061231-1.pdf |
| | DGX-20070301-10K-20061231-1.xls |
| | DGX-20070430-10Q-20070331-1.pdf |
| | DGX-20070430-10Q-20070331-1.xls |
| | DGX-20070731-10Q-20070630-1.pdf |
| | DGX-20070731-10Q-20070630-1.xls |
| | DGX-20071025-10Q-20070930-1.pdf |
| | DGX-20071025-10Q-20070930-1.xls |
| | DGX-20080222-10K-20071231-1.pdf |
| | DGX-20080222-10K-20071231-1.xls |
| | DGX-20080414-ARS-20071231-1.pdf |
| | DGX-20080424-10Q-20080331-1.pdf |
| | DGX-20080424-10Q-20080331-1.xls |
| | DGX-20080724-10Q-20080630-1.pdf |
| | DGX-20080724-10Q-20080630-1.xls |
| | DGX-20081023-10Q-20080930-1.pdf |
| | DGX-20081023-10Q-20080930-1.xls |
| | DGX-20090217-10K-20081231-1.pdf |
| | DGX-20090217-10K-20081231-1.xls |
| | DGX-20090424-10Q-20090331-1.pdf |
| | DGX-20090424-10Q-20090331-1.xls |
| | DGX-20090424-ARS-20081231-1.pdf |
| | DGX-20090728-10Q-20090630-1.pdf |
| | DGX-20090728-10Q-20090630-1.xls |
| | DGX-20091027-10Q-20090930-1.pdf |
| | DGX-20091027-10Q-20090930-1.xls |
| | DGX-20100217-10K-20091231-1.pdf |
| | DGX-20100217-10K-20091231-1.xls |
| | DGX-20100405-ARS-20091231-1.pdf |
| | DGX-20100426-10Q-20100331-1.pdf |
| | DGX-20100426-10Q-20100331-1.xls |
| | DGX-20100727-10Q-20100630-1.pdf |
| | DGX-20100727-10Q-20100630-1.xls |
| | DGX-20101026-10Q-20100930-1.pdf |
| | DGX-20101026-10Q-20100930-1.xls |
| | DGX-20110216-10K-20101231-1.pdf |
| | DGX-20110216-10K-20101231-1.xls |
| | DGX-20110407-ARS-20101231-1.pdf |
| | DGX-20110510-10Q-20110331-1.pdf |
| | DGX-20110510-10Q-20110331-1.xls |
| | DGX-20110727-10Q-20110630-1.pdf |
| | DGX-20110727-10Q-20110630-1.xls |
| | DGX-20111103-10Q-20110930-1.pdf |
| | DGX-20111103-10Q-20110930-1.xls |
| | DGX-20120216-10K-20111231-1.pdf |
| | DGX-20120216-10K-20111231-1.xls |
| | DGX-20120406-ARS-20111231-1.pdf |
| | DGX-20120427-10Q-20120331-1.pdf |
| | DGX-20120427-10Q-20120331-1.xls |
| | DGX-20120726-10Q-20120630-1.pdf |
| | DGX-20120726-10Q-20120630-1.xls |
| | DGX-20121024-10Q-20120930-1.pdf |
| | DGX-20121024-10Q-20120930-1.xls |
| | DGX-20130227-10K-20121231.pdf |
| | DGX-20130227-10K-20121231-1.pdf |
| | DGX-20130227-10K-20121231-1.xls |
| | DGX-20130416-ARS-20121231-1.pdf |
| | DGX-20130424-10Q-20130331-1.pdf |
| | DGX-20130424-10Q-20130331-1.xls |
| | DGX-20130725-10Q-20130630-1.pdf |
| | DGX-20130725-10Q-20130630-1.xls |
| | DGX-20131024-10Q-20130930-1.pdf |
| | DGX-20131024-10Q-20130930-1.xls |
| | DGX-20140218-10K-20131231.pdf |
| | DGX-20140218-10K-20131231-1.pdf |
| | DGX-20140218-10K-20131231-1.xls |
| | DGX-20140415-ARS-20131213-1.pdf |
| | DGX-20140501-10Q-20140331-1.pdf |
| | DGX-20140501-10Q-20140331-1.xls |
| | DGX-20140731-10Q-20140630-1.pdf |
| | DGX-20140731-10Q-20140630-1.xls |

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF
For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
|---|---|
| | DGX-20141030-10Q-20140930.pdf |
| | DGX-20141030-10Q-20140930-1.xls |
| | LH-20070227-10K-20061231-1.pdf |
| | LH-20080226-10K-20080226-1.pdf |
| | LH-20090226-10K-20090226-1.pdf |
| | LH-20090324-ARS-20081231-1.pdf |
| | LH-20100224-10K-20091231-1.pdf |
| | LH-20100401-ARS-20091231-1.pdf |
| | LH-20110301-10K-20101231-1.pdf |
| | LH-20110307-10KA-20101231-1.pdf |
| | LH-20110401-ARS-20101231-1.pdf |
| | LH-20120224-10K-20111231-1.pdf |
| | LH-20120322-ARS-20111231-1.pdf |
| | LH-20120802-10KA-20111231-1.pdf |
| | LH-20130226-10K-20121231-1.pdf |
| | LH-20130322-ARS-20121231-1.pdf |
| | LH-20140225-10K-20131231-1.pdf |
| | LH-20140321-ARS-20131231-1.pdf |
| Bates # Docs | 2013 Annual Business Plan Review- QDIRDL0126162-231.pdf |
| | AET-SUBP0000001.pdf |
| | AET-SUBP0000004.pdf |
| | AET-SUBP0000006.pdf |
| | AET-SUBP0000009.pdf |
| | AET-SUBP0000015 (AEO).pdf |
| | AET-SUBP0000016.pdf |
| | AET-SUBP0000017 (AEO).pdf |
| | AET-SUBP0000064 (AEO).pdf |
| | AET-SUBP0000065 (AEO) (fee schedule to Mar-11).pdf |
| | AET-SUBP0000101 (AEO) (fee schedule to Jun-12).pdf |
| | AET-SUBP0000136 (AEO).pdf |
| | AET-SUBP0000171 (AEO).pdf |
| | AET-SUBP0000171 (AEO).xls |
| | AET-SUBP0000171 (AEO)1.pdf |
| | QDIRDL0001414-145.pdf |
| | QDIRDL0001678 (Partnership Health 2010).pdf |
| | QDIRDL0001694 (Partnership Sonoma 2010).pdf |
| | QDIRDL0001699 (Partnership Advantage 2007).pdf |
| | QDIRDL0001730 (Partnership Health 2009).pdf |
| | QDIRDL0001759 (San Jose Medical 2012).pdf |
| | QDIRDL0001762 (San Jose Medical 2011).pdf |
| | QDIRDL0001765 (PMG San Jose 2013).pdf |
| | QDIRDL0004122.pdf |
| | QDIRDL0008671.xls |
| | QDIRDL0009012.xls |
| | QDIRDL0009050.xls |
| | QDIRDL0009078.xls |
| | QDIRDL0009092 (Hill Physicians 2002).pdf |
| | QDIRDL0009126 (Hill Physicians 2007).pdf |
| | QDIRDL0009127 (Hill Physicians 2007).pdf |
| | QDIRDL0009131 (Hill Physicians 2009).pdf |
| | QDIRDL0009142 (PMG Santa Cruz 2003).pdf |
| | QDIRDL0009169 (PMG Santa Cruz 2013).pdf |
| | QDIRDL0009171 (PMG Santa Cruz 2000).pdf |
| | QDIRDL0009175 (PMG Santa Cruz 2010).pdf |
| | QDIRDL0009180 (Memorial).xls |
| | QDIRDL0009184 (Facey).xls |
| | QDIRDL0009187 (Beaver).xls |
| | QDIRDL0009190.xls |
| | QDIRDL0010081.xls |
| | QDIRDL0010082.xls |
| | QDIRDL0032289 (Partnership Sonoma).xls |
| | QDIRDL0032295 (AllCare).xls |
| | QDIRDL0032296 (Healthcare LA).xls |
| | QDIRDL0032299 (Hill Physicians 2010).pdf |
| | QDIRDL0032310 (Phys Assoc PAGSGV 2008).pdf |
| | QDIRDL0032327 (Monarch).xls |
| | QDIRDL0032329 (Monarch).xls |
| | QDIRDL0032332 (St. Vincent, Lakeside Medical).xls |
| | QDIRDL0032341 (Regal).xls |
| | QDIRDL0032349 (Alameda Alliance).xls |
| | QDIRDL0032350 (Partnership Health Plan).xls |
| | QDIRDL0032353 (Facey 2013).pdf |
| | QDIRDL0032357 (Facey).xls |
| | QDIRDL0032360 (Facey).xls |
| | QDIRDL0032379 (Monarch 2010).pdf |
| | QDIRDL0032410 (Monarch 2010).pdf |
| | QDIRDL0032415 (Accountable 2013).pdf |
| | QDIRDL0032417 (Accountable 2013).pdf |
| | QDIRDL0032445 (Accountable 2002).pdf |
| | QDIRDL0032461 (Accountable 2014).pdf |
| | QDIRDL0032462 (Accountable 2005).pdf |
| | QDIRDL0032466 (AllCare 2002).pdf |

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF
For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
|---|---|
| | QDIRDL0032485 (AllCare 2004).pdf |
| | QDIRDL0032490 (AllCare 2007).pdf |
| | QDIRDL0032491 (AllCare 2012).pdf |
| | QDIRDL0032493 (AllCare 2013).pdf |
| | QDIRDL0032495 (Beaver 2006).pdf |
| | QDIRDL0032514 (Beaver 2007).pdf |
| | QDIRDL0032517 (Beaver 2007).pdf |
| | QDIRDL0032535 (Beaver 2010).pdf |
| | QDIRDL0032539 (Beaver 2009).pdf |
| | QDIRDL0032541 (Beaver 2008).pdf |
| | QDIRDL0032543 (Beaver 2008).pdf |
| | QDIRDL0032545 (Beaver 2013).pdf |
| | QDIRDL0032546 (HealthCare LA 2000).pdf |
| | QDIRDL0032554 (HealthCare LA 2010).pdf |
| | QDIRDL0032560 (HealthCare LA 2009).pdf |
| | QDIRDL0032565 (Lakeside 2007).pdf |
| | QDIRDL0032573 (Lakeside 2007).pdf |
| | QDIRDL0032579 (Memorial Care 2013).pdf |
| | QDIRDL0032580 (Memorial Care 2014).pdf |
| | QDIRDL0032584 (Memorial Care 2014).pdf |
| | QDIRDL0032588 (Sante Community 2003).pdf |
| | QDIRDL0032603 (Sante Community 2006).pdf |
| | QDIRDL0032605 (Sante Community 2010).pdf |
| | QDIRDL0032606 (Sante Community 2013).pdf |
| | QDIRDL0032608 (Sante Community 2014).pdf |
| | QDIRDL0032609 (Seaview 2012).pdf |
| | QDIRDL0032613 (Seaview 1997).pdf |
| | QDIRDL0032621 (Seaview 2006).pdf |
| | QDIRDL0032626 (Seaview 2008).pdf |
| | QDIRDL0032628 (Sharp 2006).pdf |
| | QDIRDL0032655 (Sharp 2014).pdf |
| | QDIRDL0032658 (Sharp 2007).pdf |
| | QDIRDL0032663 (Sharp 2010).pdf |
| | QDIRDL0032665 (Sharp 2013).pdf |
| | QDIRDL0032669 (Sharp 2010).pdf |
| | QDIRDL0032671 (Sharp 2013).pdf |
| | QDIRDL0032674 (Sharp 2013).pdf |
| | QDIRDL0032675 (St. Vincent 1999).pdf |
| | QDIRDL0032684 (St. Vincent 2012).pdf |
| | QDIRDL0032689 (St. Vincent 2012).pdf |
| | QDIRDL0032706 (Thipa Torrance 2005).pdf |
| | QDIRDL0032721 (Thipa Torrance 2013).pdf |
| | QDIRDL0032722 (Thipa Torrance 2014).pdf |
| | QDIRDL0047808.xls |
| | QDIRDL0047809.xls |
| | QDIRDL0049718.xls |
| | QDIRDL0049772.xls |
| | QDIRDL0049774 (2006-2008).xls |
| | QDIRDL0049774.xls |
| | QDIRDL0049796.xls |
| | QDIRDL0050211.xls |
| | QDIRDL0050222.xls |
| | QDIRDL0050470.xls |
| | QDIRDL0050473.xls |
| | QDIRDL0050615.xls |
| | QDIRDL0050616.xls |
| | QDIRDL0050626.xls |
| | QDIRDL0050627.xls |
| | QDIRDL0050776.xls |
| | QDIRDL0050778.xls |
| | QDIRDL0050934.xls |
| | QDIRDL0051002.xls |
| | QDIRDL0051028.xls |
| | QDIRDL0051109.xls |
| | QDIRDL0051365.xls |
| | QDIRDL0051584.xls |
| | QDIRDL0052321.xls |
| | QDIRDL0056890.xls |
| | QDIRDL0056907.xls |
| | QDIRDL0059453.xls |
| | QDIRDL0060438.xlsx |
| | QDIRDL0063094.xls |
| | QDIRDL0063348.xls |
| | QDIRDL0094836.xls |
| | QDIRDL0094854.xls |
| | QDIRDL0094886.xls |
| | QDIRDL0094958.xls |
| | QDIRDL0095867-869.pdf |
| | QDIRDL0098424.xls |
| | QDIRDL0098492.xls |
| | QDIRDL0098554.xls |
| | QDIRDL0098617.xls |

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF
For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
|---|---|
| | QDIRDL0098680.xls |
| | QDIRDL0098742.xls |
| | QDIRDL0098895.pdf |
| | QDIRDL0099059.xls |
| | QDIRDL0099239.xls |
| | QDIRDL0099243.xls |
| | QDIRDL0099255.xls |
| | QDIRDL0099485.xls |
| | QDIRDL0099490.xls |
| | QDIRDL0099494-496.pdf |
| | QDIRDL0099789.xls |
| | QDIRDL0101462-463.pdf |
| | QDIRDL0104014.xls |
| | QDIRDL0104211.pdf |
| | QDIRDL0105519.xls |
| | QDIRDL0105596 (Facey 1997).pdf |
| | QDIRDL0105605 (Facey 2006).pdf |
| | QDIRDL0105608 (Facey 2002).pdf |
| | QDIRDL0105612 (Facey 2013).pdf |
| | QDIRDL0105617 (Facey 2006).pdf |
| | QDIRDL0105623 (Facey 1999).pdf |
| | QDIRDL0105626 (Facey 2010).pdf |
| | QDIRDL0105629 (Facey 2009).pdf |
| | QDIRDL0105634 (Greater Newport 2003).pdf |
| | QDIRDL0105638 (Greater Newport 2000).pdf |
| | QDIRDL0105657 (Greater Newport 2003).pdf |
| | QDIRDL0105661 (Greater Newport 2006).pdf |
| | QDIRDL0105671 (Monarch 2005).pdf |
| | QDIRDL0105697 (Monarch 2014).pdf |
| | QDIRDL0105700 (Phys Assoc PAGSGV 2000).pdf |
| | QDIRDL0105716 (Phys Assoc PAGSGV 2004).pdf |
| | QDIRDL0105734 (Phys Assoc PAGSGV 2006).pdf |
| | QDIRDL0105741 (Phys Assoc PAGSGV 2007).pdf |
| | QDIRDL0105749 (Phys Assoc PAGSGV 2008).pdf |
| | QDIRDL0105760 (Phys Assoc PAGSGV 2001).pdf |
| | QDIRDL0105774 (Prime Care 2000).pdf |
| | QDIRDL0105794 (Prime Care 2007).pdf |
| | QDIRDL0105800 (Prime Care 2012).pdf |
| | QDIRDL0105805 (Prime Care 2003).pdf |
| | QDIRDL0105813 (Prime Care 2006).pdf |
| | QDIRDL0105817 (Prime Care 2012).pdf |
| | QDIRDL0105818 (Regal 1998).pdf |
| | QDIRDL0105830 (Regal 2006).pdf |
| | QDIRDL0105833 (Regal 2001).pdf |
| | QDIRDL0105836 (Regal 2010).pdf |
| | QDIRDL0105841 (Regal 2002).pdf |
| | QDIRDL0106272.xls |
| | QDIRDL0106291.xls |
| | QDIRDL0106534 (2010).xls |
| | QDIRDL0106534.xls |
| | QDIRDL0106536.xls |
| | QDIRDL0107104.xls |
| | QDIRDL0109564.xls |
| | QDIRDL0109641.xls |
| | QDIRDL0110617 (Ratio of Tests to Requisition data).xls |
| | QDIRDL0111038 (Both 2011).xls |
| | QDIRDL0111040.xls |
| | QDIRDL0111399.xls |
| | QDIRDL0112358 (2013).xlsx |
| | QDIRDL0112539 (2013).xls |
| | QDIRDL0112633.xls |
| | QDIRDL0113457.xls |
| | QDIRDL0113481 (2009).xls |
| | QDIRDL0113482.xls |
| | QDIRDL0113786.xls |
| | QDIRDL0113788.xls |
| | QDIRDL0113790.xls |
| | QDIRDL0113846.xls |
| | QDIRDL0114127.xls |
| | QDIRDL0114133.xls |
| | QDIRDL0114152.xls |
| | QDIRDL0114234.xls |
| | QDIRDL0116013 (Alamedia Alliance 1999).pdf |
| | QDIRDL0116040 (Alamedia Alliance 2005).pdf |
| | QDIRDL0116042 (Alamedia Alliance 2007).pdf |
| | QDIRDL0116049 (Alamedia Alliance 2002).pdf |
| | QDIRDL0116053 (Alamedia Alliance 2007).pdf |
| | QDIRDL0116075 (Premier Care 2004).pdf |
| | QDIRDL0116076 (Premier Care 2005).pdf |
| | QDIRDL0116077 (Premier Care 2005).pdf |
| | QDIRDL0116078 (Premier Care 2009).pdf |
| | QDIRDL0116080 (Premier Care 2011).pdf |

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF
For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
|---|---|
| | QDIRDL0116081 (Premier Care 2003).pdf |
| | QDIRDL0116099 (St. Joseph 2014).pdf |
| | QDIRDL0116132 (St. Joseph 2007).pdf |
| | QDIRDL0116136 (St. Joseph 2004).pdf |
| | QDIRDL0116176 (St. Jude 1999).pdf |
| | QDIRDL0116197 (St. Jude 2010).pdf |
| | QDIRDL0116200 (St. Jude 2006).pdf |
| | QDIRDL0117606.xls |
| | QDIRDL0117607.xls |
| | QDIRDL0117825.xls |
| | QDIRDL0117826.xls |
| | QDIRDL0117901 (2006-2008).xls |
| | QDIRDL0117901.xls |
| | QDIRDL0118012.xls |
| | QDIRDL0118705.xls |
| | QDIRDL0119001.xls |
| | QDIRDL0119170.xls |
| | QDIRDL0119681.xlsm |
| | QDIRDL0120135.xls |
| | QDIRDL0120289 (2012) no breakdown.xls |
| | QDIRDL0126161-Email from Lisa Gavin to Halbout et al Re Sales Rep Presentation.pdf |
| | QDIRDL0126162 - QDIRDL0126231 Sales Rep Presentation.pdf |
| | QDIRDL0126168-169.pdf |
| | QDIRDL0126170.pdf |
| | QDIRDL0126177.pdf |
| | QDIRDL0126178.pdf |
| | QDIRDL0126184.pdf |
| | QDIRDL0126198.pdf |
| | QDIRDL0126199.pdf |
| | QDIRDL0126201.pdf |
| | QDIRDL0126212.pdf |
| | QDIRDL0126213.pdf |
| | QDIRDL0126215.pdf |
| | QDIRDL0126220.pdf |
| | QDIRDL0126226.pdf |
| | QDIRDL0126795-800.pdf |
| | QDIRDL0179386.xlsx |
| | QDIRDL0179411.xlsx |
| | QDIRDL0181052-054.pdf |
| | QDIRDL0181436-A (Molina 2012).pdf |
| | QDIRDL0181440 (Molina 2001).pdf |
| | QDIRDL0181446 (Molina 2002).pdf |
| | QDIRDL0181449 (Molina 2014).pdf |
| | QDIRDL0181456 (Molina 2000).pdf |
| | QDIRDL0181463 (Molina 2007).pdf |
| | QDIRDL0181467 (Molina 2008).pdf |
| | QDIRDL0181478 (Molina 2000).pdf |
| | QDIRDL0181485 (Molina 1996).pdf |
| | QDIRDL0181509 (Sonoma County Prim 2003).pdf |
| | QDIRDL0181538 (Sonoma County Prim 2003).pdf |
| | QDIRDL0181540 (Talbert 2000).pdf |
| | QDIRDL0181564 (Talbert 2005).pdf |
| | QDIRDL0181566 (Talbert 2005).pdf |
| | QDIRDL0181568 (Talbert 2000).pdf |
| | QDIRDL0183166 (St. Jude).xls |
| | QDIRDL0183168 (Partnership Sonoma Cap).xls |
| | QDIRDL0184365 (Monarch, St. Jude).xls |
| | QDIRDL0184373 (AllCare).xls |
| | QDIRDL0185259.xls |
| | QDIRDL0185331.xls |
| | QDIRDL0185384.xls |
| | QDIRDL0187267 (Molina).xls |
| | QDIRDL0187270 (Molina).xls |
| | QDIRDL0187276 (Molina).xls |
| | QDIRDL0187364 (Molina).xls |
| | QDIRDL0187365 (Molina).xls |
| | QDIRDL0187409 (Healthcare LA).xls |
| | QDIRDL0189285 (St Jude Premier Care)(Attachment Rate of Cap Reqs to FFS Reqs).xls |
| | QDIRDL0189285 (St. Jude, Premier Care).xls |
| | QDIRDL0189286 (St. Jude, Premier Care).xls |
| | QDIRDL0189289 (Lakeside Medical).xls |
| | QDIRDL0189292.xls |
| | QDIRDL0189294 (Hill Physicians).xls |
| | QDIRDL0189296 (Hill Physicians).xls |
| | QDIRDL0192291 (Phys Assoc PAGSV).xls |
| | QDIRDL0197737 (Monarch).xls |
| | QDIRDL0198438.xls |
| | QDIRDL0199165 (2011).xls |
| | QDIRDL0200876 (Monarch).xls |
| | QDIRDL0201496.xls |
| | QDIRDL0201595.xls |
| | QDIRDL0206731.xls |

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF
For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
|---|---|
| | QDIRDL0209304.xls |
| | QDIRDL0209873.xls |
| | QDIRDL0216149-199.pdf |
| | QDIRDL0216871.xls |
| | QDIRDL0217747.xlsx |
| | QDIRDL0222894.xls |
| | QDIRDL0222970.xls |
| | QDIRDL0225593.xlsx |
| | QDIRDL0234132 (Both 2005-07).xls |
| | QDIRDL0239217 (Both 2008).xls |
| | QDIRDL0239219.xls |
| | QDIRDL0241320.pdf |
| | QDIRDL0242021.xls |
| | QDIRDL0242440.xls |
| | QDIRDL0242524.xls |
| | QDIRDL0242525.xls |
| | QDIRDL0242541.xls |
| | QDIRDL0242542.xls |
| | QDIRDL0242924 (NorCal 2007 and 2008).xls |
| | QDIRDL0242924.xls |
| | QDIRDL0243452.xls |
| | QDIRDL0261877.xls |
| | QDIRDL0262162.xls |
| | QDIRDL0263649.xls |
| | QDIRDL0274421.xls |
| | QDIRDL0274422.xls |
| | QDIRDL0274423.xls |
| | QDIRDL0274424.xls |
| | QDIRDL0274425.xls |
| | QDIRDL0274426.xls |
| | QDIRDL0274427.xls |
| | QDIRDL0274428.xls |
| | QDIRDL0274429.xls |
| | QDIRDL0274430.xls |
| | QDIRDL0274431.xls |
| | QDIRDL0274432.xls |
| | QDIRDL0274433.xls |
| | QDIRDL0274434.xls |
| | QDIRDL0274435.xls |
| | QDIRDL0274438.xls |
| | QDIRDL0274441.xls |
| | QDIRDL0279367.xls |
| | QDIRDL0279368.xls |
| | QDIRDL0279369.xls |
| | QDIRDL0279370.xls |
| | QDIRDL0282428.xls |
| | QDIRDL0284189.xls |
| | QDIRDL0284192.xls |
| | QDIRDL0284523.xls |
| | QDIRDL0287502 (2009).xls |
| | QDIRDL0287521 (2009).xls |
| | QDIRDL0287640 (2009).xls |
| | QDIRDL0295138.xls |
| | QDIRDL0307010.xls |
| | QDIRDL0318015.xls |
| | QDIRDL0318628.xls |
| | QDIRDL0318629.xls |
| | QDIRDL0318643.xls |
| | QDIRDL0318644.xls |
| | QDIRDL0329344.xls |
| | QDIRDL0329390.xls |
| | QDIRDL0346699.xls |
| | QDIRDL0346700.xls |
| | QDIRDL0346779.xls |
| | QDIRDL0346780.xls |
| | QDIRDL0346781.xls |
| | QDIRDL0346782.xls |
| | QDIRDL0348269.xls |
| | QDIRDL0348270.xls |
| | QDIRDL0348272.xls |
| | QDIRDL0348273.xls |
| | QDIRDL0348274.xls |
| | QDIRDL0348278.xls |
| | QDIRDL0348279.xls |
| | QDIRDL0348280.xls |
| | QDIRDL0348281.xls |
| | QDIRDL0348282.xls |
| | QDIRDL0349169.xls |
| | QDIRDL0352510.xls |
| | QDIRDL0352517.xls |
| | QDIRDL0352545.xls |
| | QDIRDL0362524.xls |

**Exhibit B to the Expert Report of Greg J. Regan,** CPA/CFF
For purposes of clarity, I have also relied on all of the documents cited in the footnotes and exhibits to my report.

| Category | File Name |
|---|---|
| | QDIRDL0363637.xls |
| | QDIRDL0363638.xls |
| | QDIRDL0363639.xls |
| | QDIRDL0363640.xls |
| | QDIRDL0363641.xls |
| | QDIRDL0363642.xls |
| | QDIRDL0364135.xls |
| | QDIRDL0364208.xls |
| | QDIRDL0364695.xls |
| | QDIRDL0364696.xls |
| | QDIRDL0365563.xls |
| | QDIRDL0365564.xls |
| | QDIRDL0409585.xls |
| | QDIRDL0409609.xls |
| | QDIRDL0438797.xls |
| | QDIRDL0440509.xls |
| | QDIRDL0440510.xls |
| | QDIRDL0465911 (FS 70).xlsx |
| | QDIRDL0465911.xlsx |
| | QDIRDL0467891 (Blue Shield).xlsx |
| | QDIRDL0467892 (Aetna).xlsx |
| | QDIRDL0467936.xlsx |
| | QDIRDL0467937 (Accounts Quest Claims to have taken from Plaintiffs).xlsx |
| | QDIRDL0467937.xlsx |
| | QDIRDL0467938.xlsx |
| | QDIRDL0467939.xlsx |
| | QDIRDL0467940 - E-Account (native as produced).xls |
| | QDIRDL0467940 - E-Account.xls |
| | QDIRDL0467940.xlsx |
| | QDIRDL0467941.xlsx |
| | QDIRDL0467942 (Sharp-07).xls |
| | QDIRDL0467942-QDIRDL0469286 |
| | QDIRDL0468163 (Facey-10).xls |
| | QDIRDL0468164 (Healthcare LA-10).xls |
| | QDIRDL0468165 (Healthcare LA-10).xls |
| | QDIRDL0468496 (Accountable).xls |
| | QDIRDL0469098 (Accountable-11).xls |
| | QDIRDL0469099 (Beaver-10).xls |
| | QDIRDL0469114 (Facey-10).xls |
| | QDIRDL0469115 (Healthcare-10).xls |
| | QDIRDL0469439.xlsx |
| | QDIRDL0469440.xlsx |
| | QDIRDL0469441.xlsx |
| | QDIRDL0469442.xlsx |



**Estimated "But-For" Aetna Revenue**                                             **Exhibit 2.1**

|                                      | 2009 | 2010 | 2011 | 2012 | Average |
|--------------------------------------|------|------|------|------|---------|
| <u>Actual Revenue</u>                |      |      |      |      |         |
| All Aetna Clients (Full Year)        | $ 473,806 | $ 490,962 | $ 451,103 | $ 441,860 |         |
| All Aetna Clients (Oct-Dec Only)     |      |      |      | (89,372) |         |
| Adjusted Aetna Revenue               | $ 473,806 | $ 490,962 | $ 451,103 | $ 352,488 |         |
| Number of Months                     | 12 | 12 | 12 | 9 |         |
| Average Monthly Revenue              | $ 39,484 | $ 40,914 | $ 37,592 | $ 36,822 | $ 38,703 |

|                                                              | 2012 | 2013 |
|--------------------------------------------------------------|------|------|
| <u>Expected Revenue</u>                                      |      |      |
| Number of Months                                             | 3 | 8 |
| Average Monthly Revenue                                      | $ 38,703 | $ 38,703 |
| Estimated Revenue (# of Months * Average Monthly Revenue)    | 116,108 | 309,622 |
| Less: Actual Revenue                                         | (89,372) | (129,838) |
| Lost Revenue                                                 | $ 26,736 | $ 179,784 |
| Total Lost Revenue                                           | **$ 206,520** | |

<u>Data Source Files:</u>
CPA2009_AE_ALLCL
CPA2010_AE_ALLCL
CPA2011_AE_ALLCL
CPA2012_AE_ALLCL
CPA2012_AE_ALLCL_OCT-DEC
CPA2013_AE_ALLCL















**Hunter Lost Business Value Analysis**                                                                                                    **Exhibit 3.1**

| Discounted Cash Flow Approach | Source | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Adjusted 2018 | Terminal Value |
|---|---|---|---|---|---|---|---|---|---|
| *Growth Rate (1)* | Ex. 3.6 & 3.4 | | *5.9%* | *5.9%* | *5.9%* | *5.9%* | *5.9%* | | *4.5%* |
| | | | | | | | | | |
| Lost Revenue | Ex. 2.0 | $  179,784 | | | | | | | |
| | | | $   190,391 | $   201,624 | $   213,520 | $   226,117 | $   239,458 | | |
| | | | | | | | | | |
| Less:  Avoided Variable Cost | | | $     62,829 | $     66,536 | $     70,461 | $     74,619 | $     79,021 | | |
| *Hunter Variable Cost Percentage* | Ex. 2.0 | | *33.0%* | *33.0%* | *33.0%* | *33.0%* | *33.0%* | | |
| | | | $   127,562 | $   135,088 | $   143,058 | $   151,499 | $   160,437 | $   160,437 | |
| Lost Net Income Before Depreciation and Amortization | | | | | | | | | |
| | | | | | | | | | |
| Less: Avoided Depreciation | | | $           - | $           - | $           - | $           - | $           - | $       3,893 | |
| *Long-term Depreciation and Amortization as a Percentage of Revenue* | Ex. 3.2 | | | | | | | *1.6%* | |
| Lost Net Income Before Income Tax | | | $   127,562 | $   135,088 | $   143,058 | $   151,499 | $   160,437 | $   156,544 | |
| | | | | | | | | | |
| Less:  Avoided Tax | | | $     44,647 | $     47,281 | $     50,070 | $     53,025 | $     56,153 | $     54,790 | |
| *Marginal Tax Rate* | Ex. 3.5 | | *35.0%* | *35.0%* | *35.0%* | *35.0%* | *35.0%* | *35.0%* | |
| Lost Net Income After Taxes | | | $     82,915 | $     87,807 | $     92,988 | $     98,474 | $   104,284 | $   101,754 | |
| | | | | | | | | | |
| Plus: | | | | | | | | | |
| Avoided Non-Cash Charges (Depreciation, Amortization, Deferred Tax Assets) | | | $           - | $           - | $           - | $           - | $           - | $       3,893 | |
| *Long-term Depreciation and Amortization as a Percentage of Revenue* | Ex. 3.2 | | | | | | | *1.6%* | |
| Avoided New Debt Principal | | | $           - | $           - | $           - | $           - | $           - | $           - | |
| | | | | | | | | | |
| Less: | | | | | | | | | |
| Avoided Debt Repayment | | | $           - | $           - | $           - | $           - | $           - | $           - | |
| | | | | | | | | | |
| Avoided Incremental Working Capital to Support Growth | | | $     18,495 | $     19,587 | $     20,742 | $     21,966 | $     23,262 | $     23,262 | |
| *Working Capital to Revenue Ratio* | Ex. 3.3 | | *9.7%* | *9.7%* | *9.7%* | *9.7%* | *9.7%* | *9.7%* | |
| Avoided Anticipated Capital Expenditures to Support Growth | | | $           - | $           - | $           - | $           - | $           - | $       3,893 | |
| *Long-term CAPEX as a percentage of Revenue* | Ex. 3.2 | | | | | | | *1.6%* | |
| | | | | | | | | | |
| Lost Net Cash Flow to Equity | | | $     64,420 | $     68,220 | $     72,245 | $     76,508 | $     81,022 | $     78,491 | $   585,883 |
| | | | | | | | | | |
| Discount Rate | Ex. 3.7 | | *18.5%* | | | | | | |
| Discount Factor | | | 0.844 | 0.712 | 0.601 | 0.507 | 0.428 | | 0.428 |
| Present Value of Lost Net Cash Flow to Equity | | | $     54,363 | $   48,582 | $   43,417 | $   38,800 | $   34,675 | | $   250,737 |
| Net Present Value of Lost Net Cash Flow to Equity | | | **$     470,574** | | | | | | |
| | | | 2.6   *x Revenue* | | | | | | |

**Hunter Lost Business Value Analysis**                                                                                                          **Exhibit 3.1**

**Market Value Approach**

|  |  | Quartile 1 | Median | Quartile 3 |
|---|---|---|---|---|
| Lost Revenue |  | $ 179,784 | $ 179,784 | $ 179,784 |
| Price / Revenue Multiple | Ex. 3.8.1 | 0.93 | 1.82 | 3.09 |
| Lost Business Value |  | $ 167,370 | $ 327,206 | $ 554,750 |

**<u>Notes</u>**
(1)  I have used the 10 year CAGR in first 5 years.

**Estimation of Hunter Long-Term Capital Expenditure Requirements**                                                                                                   **Exhibit 3.2**

| Hunter | Source | Full Year 2008 | Full Year 2009 | Full Year 2010 | Full Year 2011 | Full Year 2012 | Full Year 2013 |
|---|---|---|---|---|---|---|---|
| Depreciation | | $ 81,383 | $ 104,992 | $ 136,040 | $ 148,692 | $ 153,481 | $ 159,784 |
| Computer Depreciation | | $ 74,372 | $ 78,089 | $ - | $ - | $ - | $ 24,463 |
| Computer Depreciation | | $ 3,174 | $ 10,881 | $ 20,741 | $ 2,928 | $ 2,928 | $ 977 |
| Equipment | Ex. 2.8 | $ 17,201 | $ 17,235 | $ 17,278 | $ 20,115 | $ 37,724 | $ 36,188 |
| Computer | | $ 49,660 | $ 56,031 | $ 82,433 | $ 113,753 | $ 124,546 | $ 179,603 |
| Depreciation Other | | $ - | $ 7,950 | $ - | $ - | $ - | $ - |
| Vehicles | | $ (136) | $ - | $ - | $ 4,954 | $ 29,470 | $ 20,385 |
| Amort Lease Improv | | $ 11,161 | $ 11,751 | $ 11,748 | $ 19,668 | $ 46,390 | $ 27,284 |
| Depreciation and Amortization Expense (Excluding Amortization of Acquisition Costs) | | $ 236,814 | $ 286,930 | $ 268,240 | $ 310,110 | $ 394,539 | $ 448,685 |
| Revenue | Ex. 2.8 | $ 15,868,709 | $ 20,129,773 | $ 20,568,081 | $ 19,067,445 | $ 22,480,893 | $ 20,857,635 |
| Depreciation and Amortization Expense to Revenue (Excluding Amortization of Acquisition Costs) | | 1.5% | 1.4% | 1.3% | 1.6% | 1.8% | 2.2% |

**2008-2013 average**                                                                                                                                               **1.6%**

**Note:** Estimate is likely conservative (on high-end of spectrum), as the period 2011-2013 saw heavy investment in capacity.

**Estimation of Hunter Working Capital to Revenue Ratio**                                                              **Exhibit 3.3**

*Hunter Laboratories, Inc. Current Assets and Current Liabilities, 2008-2012*

| | Source | March 31, 2008 | March 31, 2009 | March 31, 2010 | March 31, 2011 | March 31, 2012 |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash | | $ 424,291 | $ (418,748) | $ - | $ - | $ 382 |
| Accounts Receivable | | $ 2,437,375 | $ 5,643,553 | $ 4,777,965 | $ 3,585,275 | $ 3,890,751 |
| Other Current Assets | | $ 53,067 | $ 54,317 | | | |
| Inventory | | $ 422,253 | $ 516,004 | $ 713,632 | $ 324,162 | $ 522,971 |
| Deposits & Prepaid | | $ 197,801 | $ 195,269 | $ 451,048 | $ 345,508 | $ 319,803 |
| **Total Current Assets** | | $ 3,534,787 | $ 5,990,396 | $ 5,942,645 | $ 4,254,945 | $ 4,733,907 |
| **Current Liabilities** | | | | | | |
| Cash Overdraft | | | | $ 50,265 | $ 240,574 | $ - |
| Accounts Payable | | $ 884,985 | $ 1,626,203 | $ 1,114,723 | $ 2,628,149 | $ 1,513,426 |
| Accrued Interest | | | | $ 7,198,736 | $ 6,062,354 | $ 5,263,728 |
| Accrued Payroll and Related Liabilities | | $ 298,741 | $ 790,572 | $ 87,195 | $ 404,381 | $ 554,570 |
| Accrued Expenses | | $ 1,846,802 | $ 2,753,095 | | | |
| Notes Payable | | $ 7,326,236 | $ 7,546,521 | | | |
| **Total Current Liabilities** | | $ 10,356,765 | $ 12,716,391 | $ 8,450,919 | $ 9,335,458 | $ 7,331,724 |

**Working Capital to Sales Ratio Estimation**

| | Source | | | | | |
|---|---|---|---|---|---|---|
| **Current Assets** | | $ 3,534,787 | $ 5,990,396 | $ 5,942,645 | $ 4,254,945 | $ 4,733,907 |
| **Less: Non-interest bearing Current Liabilities** | | $ 3,030,529 | $ 5,169,869 | $ 1,201,918 | $ 3,032,530 | $ 2,067,996 |
| **Working Capital** | | $ 504,259 | $ 820,526 | $ 4,740,727 | $ 1,222,415 | $ 2,665,911 |
| **Revenue** | Ex. 2.8 | $ 15,868,709 | $ 20,129,773 | $ 20,568,081 | $ 19,067,445 | $ 22,480,893 |
| **Working Capital to Sales Ratio** | | 3% | 4% | 23% | 6% | 12% |
| **Average Working Capital to Sales Ratio 2008-2012** | | | | | | 9.7% |

Note: as this analysis is to be used for predictive purposes, I have adjusted 2011 Accounts payable down from $5,147,809 to the average of the balances in the same account as of March 31, 2010 and 2012.

**Source:** Hunter Balance Sheets (not bates stamped).

**U.S. Rate of Inflation and Real GDP Growth**                                   **Exhibit 3.4**

| Year | BLS Annual CPI-U (average) | Rate of Inflation | | Year | GDP in billions of chained 2009 dollars |
|---|---|---|---|---|---|
| 1970 | 38.8 | 5.70% | | 1970 | $    4,722.0 |
| 1971 | 40.5 | 4.38% | | 1971 | 4,877.6 |
| 1972 | 41.8 | 3.21% | | 1972 | 5,134.3 |
| 1973 | 44.4 | 6.22% | | 1973 | 5,424.1 |
| 1974 | 49.3 | 11.04% | | 1974 | 5,396.0 |
| 1975 | 53.8 | 9.13% | | 1975 | 5,385.4 |
| 1976 | 56.9 | 5.76% | | 1976 | 5,675.4 |
| 1977 | 60.6 | 6.50% | | 1977 | 5,937.0 |
| 1978 | 65.2 | 7.59% | | 1978 | 6,267.2 |
| 1979 | 72.6 | 11.35% | | 1979 | 6,466.2 |
| 1980 | 82.4 | 13.50% | | 1980 | 6,450.4 |
| 1981 | 90.9 | 10.32% | | 1981 | 6,617.7 |
| 1982 | 96.5 | 6.16% | | 1982 | 6,491.3 |
| 1983 | 99.6 | 3.21% | | 1983 | 6,792.0 |
| 1984 | 103.9 | 4.32% | | 1984 | 7,285.0 |
| 1985 | 107.6 | 3.56% | | 1985 | 7,593.8 |
| 1986 | 109.6 | 1.86% | | 1986 | 7,860.5 |
| 1987 | 113.6 | 3.65% | | 1987 | 8,132.6 |
| 1988 | 118.3 | 4.14% | | 1988 | 8,474.5 |
| 1989 | 124 | 4.82% | | 1989 | 8,786.4 |
| 1990 | 130.7 | 5.40% | | 1990 | 8,955.0 |
| 1991 | 136.2 | 4.21% | | 1991 | 8,948.4 |
| 1992 | 140.3 | 3.01% | | 1992 | 9,266.6 |
| 1993 | 144.5 | 2.99% | | 1993 | 9,521.0 |
| 1994 | 148.2 | 2.56% | | 1994 | 9,905.4 |
| 1995 | 152.4 | 2.83% | | 1995 | 10,174.8 |
| 1996 | 156.9 | 2.95% | | 1996 | 10,561.0 |
| 1997 | 160.5 | 2.29% | | 1997 | 11,034.9 |
| 1998 | 163 | 1.56% | | 1998 | 11,525.9 |
| 1999 | 166.6 | 2.21% | | 1999 | 12,065.9 |
| 2000 | 172.2 | 3.36% | | 2000 | 12,559.7 |
| 2001 | 177.1 | 2.85% | | 2001 | 12,682.2 |
| 2002 | 179.9 | 1.58% | | 2002 | 12,908.8 |
| 2003 | 184 | 2.28% | | 2003 | 13,271.1 |
| 2004 | 188.9 | 2.66% | | 2004 | 13,773.5 |
| 2005 | 195.3 | 3.39% | | 2005 | 14,234.2 |
| 2006 | 201.6 | 3.23% | | 2006 | 14,613.8 |
| 2007 | 207.342 | 2.85% | | 2007 | 14,873.7 |
| 2008 | 215.303 | 3.84% | | 2008 | 14,830.4 |
| 2009 | 214.537 | -0.36% | | 2009 | 14,418.7 |
| 2010 | 218.056 | 1.64% | | 2010 | 14,783.8 |
| 2011 | 224.939 | 3.16% | | 2011 | 15,020.6 |
| 2012 | 229.594 | 2.07% | | 2012 | 15,369.2 |
| 2013 | 232.957 | 1.46% | | 2013 | 15,710.3 |
| 2014 | 236.736 | 1.62% | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Average 2001-2014** | **2.31%** | | **CAGR 2001-2013** | | **1.80%** |
| **Average 1970-2014** | **4.27%** | | **CAGR 1970-2013** | | **2.83%** |

**Source:**
Bureau of Labor Statistics, CPI Detailed Report-December 2014, table 24, p. 75.
U.S. Department of Commerce, Bureau of Economic Analysis (http://www.bea.gov/national/index.htm#gdp)

**Industry Marginal Tax Rate Benchmarks**                                                                                          **Exhibit 3.5**

**Marginal Tax Rate by Sector and Size**
**(Table 9-10)**

| | Largest | | | | | | | | | Smallest |
|---|---|---|---|---|---|---|---|---|---|---|
| **Decile** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** |
| **Healthcare Sector** | 15.66 | 16.45 | 14.22 | 10.2 | 11 | 8.69 | 8.41 | 9.08 | 7.4 | 5.24 |

**Marginal Tax Rate Summary Statistics**
**(Table 9-8)**

| | **# of Companies** | **Median Market Cap ($ Millions)** | **Median Market Cap ($ Millions)** | **Median MTR** | **Average MTR** | **Market-Cap Weighted MTR** |
|---|---|---|---|---|---|---|
| **Healthcare Sector** | 451 | $ 316.35 | $ 3,911.89 | 1.59% | 8.03% | 20.05% |

**Marginal Tax Rate by Average Market Capitalization ($ Millions)**
**(Table 9-9)**

| MTR | **0.0-5.0%** | | **5.0-10.0%** | | **10.0-15.0%** | | **15.0-20.0%** | | **20.0-25.0%** | | **25.0-30.0%** | | **30.0-35.0%** | | **35.0-40.0%** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Average Market Cap ($ Millions)** | **# of Companies** | **Average Market Cap ($ Millions)** | **# of Companies** | **Average Market Cap ($ Millions)** | **# of Companies** | **Average Market Cap ($ Millions)** | **# of Companies** | **Average Market Cap ($ Millions)** | **# of Companies** | **Average Market Cap ($ Millions)** | **# of Companies** | **Average Market Cap ($ Millions)** | **# of Companies** | **Average Market Cap ($ Millions)** | **# of Companies** |
| **Healthcare Sector** | $ 2,240.73 | 351 | $ 491.65 | 9 | $ 559.02 | 1 | $ 640.67 | 1 | $ 491.41 | 2 | $ 975.51 | 8 | $ 12,742.68 | 50 | $ 11,249.03 | 29 |

**Source:** Ibbotson SBBI 2013 Valuation Yearbook, Morningstar

**Hunter and Competitor Growth Rates**                                                                                                                    **Exhibit 3.6**

| Company Name | Exchange:Ticker | Industry Classifications | Geographic Locations | Business Description | Company Type | Revenues [Latest Annual] ($USDmm, Historical rate) | Total Revenues, 1 Yr Growth % [LTM] (%) | Total Revenues, 2 Yr CAGR % [LTM] (%) | Total Revenues, 3 Yr CAGR % [LTM] (%) | Total Revenues, 5 Yr CAGR % [LTM] (%) | Total Revenues, 7 Yr CAGR % [LTM] (%) | Total Revenues, 10 Yr CAGR % [LTM] (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quest Diagnostics Inc. (NYSE:DGX) | NYSE:DGX | Medical Laboratory Services (Primary) | United States of America (Primary) | Quest Diagnostics Incorporated provides diagnostic testing | Public Company | $ 7,146.00 | 2.01% | -0.42% | -0.66% | -0.27% | 1.72% | 3.77% |
| Laboratory Corp. of America Holdings (NYSE:LH) | NYSE:LH | Medical Laboratory Services (Primary) | United States of America (Primary) | Laboratory Corporation of America Holdings operates as an | Public Company | $ 5,808.30 | 2.76% | 2.66% | 2.75% | 5.01% | 5.95% | 6.89% |
| Bio-Reference Laboratories Inc. (NasdaqGS:BRLI) | NasdaqGS:BRLI | Medical Laboratory Services (Primary) | United States of America (Primary) | Bio-Reference Laboratories, Inc. provides clinical laboratory testing | Public Company | $ 832.30 | 16.30% | 16.40% | 16.80% | 18.10% | 18.70% | 19.80% |
| RadNet, Inc. (NasdaqGM:RDNT) | NasdaqGM:RDNT | Medical Laboratory Services (Primary) | United States of America (Primary) | RadNet, Inc. provides outpatient diagnostic imaging | Public Company | $ 637.40 | 3.86% | 5.09% | 7.63% | 7.93% | 4.91% | - |
| Alliance Healthcare Services, Inc. (NasdaqGM:AIQ) | NasdaqGM:AIQ | Medical Laboratory Services (Primary) | United States of America (Primary) | Alliance HealthCare Services, Inc., together with its | Public Company | $ 448.80 | -3.45% | -4.35% | -3.76% | -3.10% | -0.18% | 0.30% |
| Psychemedics Corp. (NasdaqCM:PMD) | NasdaqCM:PMD | Medical Laboratory Services (Primary) | United States of America (Primary) | Psychemedics Corporation provides testing services for the | Public Company | $ 26.90 | 11.10% | 7.33% | 6.93% | 10.60% | 2.42% | 4.70% |
| Cryo-Cell International, Inc. (OTCPK:CCEL) | OTCPK:CCEL | Medical Laboratory Services (Primary) | United States of America (Primary) | Cryo-Cell International, Inc. is engaged in cellular processing | Public Company | $ 19.00 | 3.90% | 6.27% | 3.21% | 2.37% | 1.75% | 5.65% |
| Cord Blood America Inc. (OTCPK:CBAI) | OTCPK:CBAI | Medical Laboratory Services (Primary) | United States of America (Primary) | Cord Blood America, Inc. provides private cord blood and | Public Company | $ 5.98 | -19.00% | -10.00% | -4.08% | 6.40% | -4.46% | 15.90% |
| Medical Imaging Corp. (OTCPK:MEDD) | OTCPK:MEDD | Medical Laboratory Services (Primary) | United States of America (Primary) | Medical Imaging Corp, through its subsidiaries provides medical | Public Company | $ 5.17 | 9.27% | 26.70% | 12.00% | 36.60% | - | - |
| **Average growth weighted by most recent revenue (%)** (excluding, for each period, companies showing no data) | | | | | | | 3.03% | 1.86% | 1.92% | 3.11% | 4.39% | 5.87% |

**Source:**
Capital IQ Company Screening Report for SIC Code 8071

**Hunter Growth Rates**

| Year | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | Ex. 2.8 | $ 4,880,343 | $ 8,209,401 | $ 11,813,530 | $ 15,868,709 | $ 20,129,773 | $ 20,568,081 | $ 19,067,445 | $ 22,480,893 | $ 20,857,635 |
| Year-over-year growth | | | 68.21% | 43.90% | 34.33% | 26.85% | 2.18% | -7.30% | 17.90% | -7.22% |
| CAGR from 2005 | | | 68.21% | 55.58% | 48.15% | 42.51% | 33.34% | 25.50% | 24.38% | 19.91% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CAGR from 2006** | 43.90% | 39.03% | 34.85% | 25.81% | 18.36% | 18.28% | 14.25% |

**Estimation of Hunter's Expected Rate of Return To Equity**                                          Exhibit 3.7

| | | Rate | Notes |
|---|---|---|---|
| Rate of return on risk-free rate security | $R_f$ | 3.5% | (1) |
| General equity risk premium | $RP_m$ | 6.1% | (2) |
| Small-company risk premium | $RP_s$ | 6.0% | (3) |
| Industry risk premium | $RP_i$ | -2.2% | (4) |
| Company-specific risk premium | $RP_u$ | 5% | |
| Expected rate of return to equity | $k_e$ | 18.5% | |

**Source:**

(1) Based on current yield on 20-year U.S. Treasury Bonds (constant maturities) as of August 19, 2013, "Selected Interest Rates, H15," *The Federal Reserve Statistical Release*, www.Federalreserve.gov.

(2) Based on the long-horizon expected equity risk premium (supply side), as calculated in the *Ibbotson SBBI 2013 Valuation Yearbook*, Morningstar, Appendix C, Table C-1.

(3) Based on the size premium for the tenth decile ("10-Smallest"), as calculated in the *Ibbotson SBBI 2013 Valuation Yearbook*, Morningstar, Appendix C, Table C-1.

(4) Based on the arithmetic mean of testing laboratories risk premium over equity risk premium of equity investments, from the *Ibbotson SBBI 2013 Valuation Yearbook,* Morningstar, Table 3-5.

**Specific Company Risks**
- Size Smaller than the smallers size premium group
- Industry risk
- Volatility of returns
- Leverage
- Concentration of customer base
- Key person dependence
- Key supplier dependence
- Abnormal present or pending competition
- Pending regulatory changes
- Pending litigation
- Abnormal volatility of returns
- Strength and weaknesses of company management
- Financial performance factors
    - Ratio analysis
    - Business history and profitability
    - Revenue growth
    - Liquidity / Financial stability
- Lack of diversification of products and/or services
- Geographic concentration or location
- Demographic factors
- Limited access to capital

**Source:** Pratt and Grabowski, pp. 98-99.

Summary of Market Transaction Data, by Quartile

Exhibit 3.8.1

[V = U / H]

| Source | Transaction close date | Target | Recalculated Price to Revenue Multiple (Including Liabilities Assumed) | Quartile |
|--------|------------------------|--------|------------------------------------------------------------------------|----------|
| Public Stats | 5/10/1999 | Unilab Corporation | 0.15 | |
| Public Stats | 11/5/1998 | Meris Laboratories, Inc. | 0.55 | |
| Public Stats | 5/10/1999 | Physicians Clinical Laboratory, Inc. | 0.69 | |
| Done Deals | 5/1/1999 | Kyto Meridien Diagnostics, L.L.C., Kyto Diagnostics, L.P., Meridian Diagnostics Labs, Inc., A. Bruce Shapiro and Ralph M. Richart, M.D. | 0.89 | |
| | | | **0.93** | **Quartile 1** |
| Capital IQ | 12/24/2002 | CombiMatrix Corporation (NasdaqCM:CBMX) | 0.97 | |
| Pratt's Stats | 10/31/1996 | American Professional Services | 1.08 | |
| Done Deals | 9/14/2004 | Boston Biomedica, Inc. (MA) and subsidiaries BBI Diagnostics and BBI Biotech Research Laboratories, Inc. | 1.29 | |
| Pratt's Stats | 8/31/2001 | Osburn Group, The | 1.31 | |
| Capital IQ | 4/16/2007 | Alliance Healthcare Services, Inc. (NasdaqGM:AIQ) | **1.82** | **Median / Quartile 2** |
| Public Stats | 7/25/2002 | Dynacare, Inc. | 1.94 | |
| Public Stats | 1/31/2006 | Specialty Laboratories, Inc. | 2.27 | |
| Public Stats | 3/7/2011 | Genoptix, Inc. | 2.73 | |
| Done Deals | 7/8/2014 | Path Labs, LLC (dba Path Logic) (CA) | 3.00 | |
| | | | **3.09** | **Quartile 3** |
| Pratt's Stats | 7/8/2014 | Path Labs, LLC (dba Path Logic) | 3.17 | |
| Pratt's Stats | 9/15/1997 | Caribbean Medical Testing Center, Inc. | 3.26 | |
| Public Stats | 1/17/2003 | Dianon Systems, Inc. | 4.98 | |
| Capital IQ | 7/8/2014 | Path Logic, Inc. | 5.47 | |

**Source:** Ex. 3.8.2

**SPA Lost Profits**                                                                   **Exhibit 4.0**

|                                 |          | **2010** | **2011** | **2012** | **2013** |
|---------------------------------|----------|----------|----------|----------|----------|
| Partnership Accounts Revenue    | Ex. 4.0.1| $ 109,508| $ 114,651| $ 114,651| $  114,651|
| Contribution Margin Rate        | Ex. 4.1  | 60%      | 60%      | 60%      | 60%      |
| Total Lost Profits              |          | $ 65,705 | $ 68,791 | $ 68,791 | $  68,791|
| Total Lost Profits              |          |          |          |          | $  272,076|
|                                 |          |          |          |          |          |
| Aetna Accounts Revenue          | Ex. 4.0.2|          |          | 2,139    | 14,383   |
| Contribution Margin Rate        | Ex. 4.1  |          |          | 60%      | 60%      |
| Total Lost Profits              |          | $    -   | $    -   | $ 1,283  | $   8,630|
| Total Lost Profits              |          |          |          |          | $   9,913|
|                                 |          |          |          |          |          |
| Blue Shield Accounts Revenue    | Ex. 4.0.3|          | 11,593   | 24,902   | 25,871   |
| Contribution Margin Rate        | Ex. 4.1  |          | 60%      | 60%      | 60%      |
| Total Lost Profits              |          | $    -   | $ 6,956  | $ 14,941 | $  15,523|
| Total Lost Profits              |          |          |          |          | $  37,419|
|                                 |          |          |          |          |          |
| Total Lost Profits              |          |          |          |          | $  319,409|

**Surgical Pathology Associates Contribution Margin**                                                        **Exhibit 4.1**

| | Source | Legend | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | |
| Hunter Lab | Ex. 4.2 | | $ 102,000 | $ 185,279 | $ 220,000 | $ 199,333 | $ 147,000 | $ 111,000 | $ 964,612 |
| | | | | | | | | | |
| SPAMG - Hunter [1] | Ex. 4.2 | | 127,346 | 131,204 | 187,509 | 348,607 | 308,150 | 344,092 | 1,446,907 |
| SPAMG - Other | | | 127,346 | 131,204 | 187,509 | 348,607 | 308,150 | 344,092 | 1,446,907 |
| Subtotal SPAMG | | | $ 254,692 | $ 262,408 | $ 375,018 | $ 697,214 | $ 616,300 | $ 688,184 | $ 2,893,815 |
| **Total fees** | | | $ 356,692 | $ 447,686 | $ 595,018 | $ 896,547 | $ 763,300 | $ 799,184 | $ 3,858,426 |
| | | | | | | | | | |
| **Expenses - Hunter** | | | | | | | | | |
| Billing Service -- SPAMG | Ex. 4.2 | | $ 18,617 | $ 24,363 | $ 24,363 | $ 58,976 | $ 58,976 | $ 46,591 | $ 231,886 |
| Courier | Ex. 4.2 | | 3,607 | 2,381 | 2,875 | 2,895 | 11,425 | 9,437 | 32,621 |
| Other Variable Costs | Ex. 4.2 | | 593 | 510 | 1,405 | 792 | 976 | 976 | 5,252 |
| Subtotal | | | $ 22,817 | $ 27,254 | $ 28,644 | $ 62,662 | $ 71,377 | $ 57,005 | $ 269,758 |
| Technical Component | Ex. 4.2 | | $ 109,329 | $ 112,641 | $ 187,157 | $ 358,822 | $ 244,096 | $ 230,153 | $ 1,242,198 |
| Total Variable Expenses | | | $ 132,146 | $ 139,895 | $ 215,801 | $ 421,484 | $ 315,473 | $ 287,158 | $ 1,511,956 |
| | | | | | | | | | |
| **Contribution Margin** | | | | | | | | | |
| SPAMG - Hunter [2] | | | $ 217,937 | $ 302,855 | $ 393,187 | $ 516,609 | $ 419,461 | $ 426,589 | $ 2,276,640 |
| SPAMG - Other | | | 6,609 | 4,936 | (13,970) | (41,547) | 28,366 | 85,437 | 69,830 |
| Total | | | $ 224,546 | $ 307,791 | $ 379,217 | $ 475,062 | $ 447,827 | $ 512,026 | $ 2,346,470 |
| Contribution Margin Rate | | | 63% | 69% | 64% | 53% | 59% | 64% | 61% |

Notes:

1 - Assumes that Hunter represents 50% of SPA's sales.

2 - I understand the Technical Component related only to non-Hunter testing. Therefore, Hunter-related CM is revenue minus 50% of other variable expense.

Surgical Pathology Associates
Annualized, Allocated and Normalized Financial Data

Exhibit 4.2

| | Annualized, Allocated and Normalized | | | | | | | Nature of Income or Cost |
|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | |
| **Income** | | | | | | | | |
| Hunter Lab | $ 87,361 | $ 102,000 | $ 185,279 | $ 220,000 | $ 199,333 | $ 147,000 | 111,000 | |
| SPAMG | $ 77,034 | $ 254,692 | $ 262,408 | $ 375,018 | $ 697,214 | $ 616,300 | 688,184 | |
| Total fees | $ 164,394 | $ 356,692 | $ 447,686 | $ 595,018 | $ 896,547 | $ 763,300 | 799,184 | |
| | | | | | | | | |
| Interest Income | $ 233 | $ 410 | $ 99 | $ 45 | $ 34 | $ 26 | 18 | Fixed |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Total Bank Fees | $ 214 | $ (68) | $ 488 | $ 888 | $ 985 | $ 1,150 | 1,025 | Fixed |
| Total Billing Service -- SPAMG | $ 5,560 | $ 18,617 | $ 24,363 | $ 24,363 | $ 58,976 | $ 58,976 | 46,591 | Variable |
| Bookkeeping - Danen | $ 975 | $ 975 | $ 975 | $ 1,025 | $ 1,025 | $ 1,025 | 975 | |
| Total Books and Subscriptions | $ 247 | $ 72 | $ 40 | $ 494 | $ 424 | $ 287 | 393 | Fixed |
| Total Courier | $ 2,845 | $ 3,607 | $ 2,381 | $ 2,875 | $ 2,895 | $ 11,425 | 9,437 | Variable |
| Gifts | $ - | $ 18 | $ - | $ 910 | $ 26 | $ 35 | - | Fixed |
| Malpractice Insurance | $ 594 | $ 416 | $ 377 | $ 380 | $ 448 | $ 506 | 506 | Variable |
| Work Comp | $ - | $ - | $ - | $ - | $ - | $ - | - | Variable |
| Medical Insurance | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | 127 | Variable |
| License and Permits (excluding Pacific Pathology) | $ 6 | $ 50 | $ 6 | $ 899 | $ 218 | $ 344 | 344 | Variable |
| Laboratory Expense - Hunter Lab | $ - | $ - | $ 21,526 | $ 32,258 | $ - | $ - | - | Fixed |
| Office Expense - SJPMG | $ 24 | $ 24 | $ 83 | $ 53 | $ 3 | $ 12 | 35 | Fixed |
| Office Supplies General | $ 32 | $ 20 | $ 20 | $ 21 | $ - | $ 35 | 20 | Fixed |
| Patient Refund | | | | | | | | |
| Patient Refund - SPAMG | $ - | $ - | $ - | $ - | $ - | $ - | - | Fixed |
| Patient refund - SPA | $ 76 | $ - | $ 1,315 | $ - | $ - | $ - | - | Fixed |
| Patient refund - SJPMG | $ - | $ - | $ - | $ - | $ 190 | $ - | - | Fixed |
| Total Patient Refund | | | | | | | | |
| Postage and Delivery | $ 39 | $ 28 | $ 22 | $ 16 | $ 28 | $ 31 | 25 | Fixed |
| Professional Fees | | | | | | | | |
| Ellsworth | $ 447,600 | $ 451,800 | $ 469,091 | $ 418,960 | $ 345,700 | $ 362,060 | 270,000 | Ignore, as pass-through |
| Ellsworth - Prior | $ - | $ - | $ - | $ - | $ - | $ - | - | Ignore, as pass-through |
| Freedman | $ 447,600 | $ 451,800 | $ 469,091 | $ 418,960 | $ 345,700 | $ 362,060 | 270,000 | Ignore, as pass-through |
| Narla | $ 447,600 | $ 451,800 | $ 469,091 | $ 418,960 | $ 345,700 | $ 362,060 | 270,000 | Ignore, as pass-through |
| Rao | $ 447,600 | $ 451,800 | $ 469,091 | $ 418,960 | $ 345,700 | $ 362,060 | 270,000 | Ignore, as pass-through |
| Weiss | $ 447,600 | $ 451,800 | $ 469,091 | $ 418,960 | $ 345,700 | $ 362,060 | 270,000 | Ignore, as pass-through |
| Weiss - Pior | $ - | $ - | $ - | $ - | $ - | $ - | - | Ignore, as pass-through |
| Total Professional Fees | $ 2,238,000 | $ 2,259,000 | $ 2,345,455 | $ 2,094,800 | $ 1,728,500 | $ 1,810,300 | 1,350,000 | |
| Professional Salaries -- Managing Partners | | | | | | | | |
| Freedman | $ - | $ - | $ - | $ 30,000 | $ 30,000 | $ 30,000 | 30,000 | Ignore, as pass-through |
| Weiss | $ - | $ - | $ - | $ 90,000 | $ 90,000 | $ 90,000 | 90,000 | Ignore, as pass-through |
| Managing Partners (2) | $ 110,000 | $ 100,000 | $ 90,000 | $ - | $ - | $ - | - | Ignore, as pass-through |
| Hunter | $ 52,387 | $ 56,000 | $ 65,000 | $ 78,000 | $ 26,000 | $ - | - | Ignore, as pass-through |
| Total Professional Salaries -- Managing Partners | $ 162,387 | $ 156,000 | $ 155,000 | $ 198,000 | $ 146,000 | $ 120,000 | 120,000 | |
| Rent | $ - | $ - | $ - | $ - | $ - | $ 718 | 357 | Fixed |
| Social | | | | | | | | |
| Hunter | $ - | $ - | $ 110 | $ - | $ 30 | $ 47 | 33 | |
| SJPMG | $ - | $ - | $ - | $ - | $ - | $ - | 75 | |
| Total Social | $ - | $ - | $ 110 | $ - | $ 30 | $ 47 | 108 | Fixed |
| Total Tax Preparation | $ 571 | $ 631 | $ 658 | $ 669 | $ 701 | $ 733 | 764 | Fixed |
| Corporate Tax | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | 263 | Fixed |
| | | | | | | | | |
| Technical Component [1] | | | | | | | | |
| TC - SPA (Forest) | $ - | $ - | $ - | $ - | $ - | $ - | - | |
| TC - Bay Area Path | $ - | $ - | $ - | $ 187,157 | $ 358,822 | $ 244,096 | 230,153 | |
| Total Technical Component | $ 33,067 | $ 109,329 | $ 112,641 | $ 187,157 | $ 358,822 | $ 244,096 | 230,153 | Variable |

Note
Data was normalized to capture reasonable costs that appear to have been omitted. Normalization adjustments are indicated in bold.
1 - The financial documents that I currently have available do not reflect a "Technical Component for 2008 to 2009." I have included a normalization adjustment for this expense based on the average ratio of this cost to revenue for 2010 to 2013. My analysis of this cost is ongoing, however, and this adjustment may not be necessary if, for example, this cost commenced in 2010 due to a change in SPA's business.

Source
Ex. 4.3

Surgical Pathology Associates
Annualized and Allocated Financial Data

Exhibit 4.3

| | Note | 2006 | 2007 Annualized | 2008 Annualized | 2009 Annualized | 2010 | 2011 | 2012 | 2013 Annualized | | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | | | | |
| Hunter Lab | SPAMG | | 87,361 | 102,000 | 185,279 | 220,000 | 199,333 | 147,000 | 111,000 | | 87,361 | 102,000 | 185,279 | 220,000 | 199,333 | 147,000 | 111,000 |
| SPAMG | SPAMG | 13,132 | 77,034 | 254,692 | 262,408 | 375,018 | 697,214 | 616,300 | 688,184 | | 77,034 | 254,692 | 262,408 | 375,018 | 697,214 | 616,300 | 688,184 |
| **Total fees** | | 13,132 | 164,394 | 356,692 | 447,686 | 595,018 | 896,547 | 763,300 | 799,184 | | 164,394 | 356,692 | 447,686 | 595,018 | 896,547 | 763,300 | 799,184 |
| | | | | | | | | | | | | | | | | | |
| **Interest Income** | Allocate | 237 | 933.84 | 1,638 | 395 | 181 | 135 | 103 | 73 | | 233 | 410 | 99 | 45 | 34 | 26 | 18 |
| | | | | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | | | | |
| **Bank Fees** | | | | | | | | | | | | | | | | | |
| American Express Collection | Allocate | | - | | | 11 | 109 | 109 | 164 | 143 | | - | 3 | 27 | 27 | 41 | 36 |
| Discover Network Settlement | Allocate | | - | - | 154 | 244 | 2 | | - | | - | 39 | 61 | 0 | - | - |
| MerchPartners | Allocate | | - | - | - | 5 | 2 | 4 | 8 | | - | - | 1 | 1 | 1 | 2 |
| RBS Worldpay Monthly Charges | Allocate | | - | - | - | 1,581 | 3,112 | 3,639 | 4,009 | 3,005 | | - | 395 | 778 | 910 | 1,002 | 751 |
| Service Charges | Allocate | 834 | 855.83 | (271) | 204 | 80 | 190 | 421 | 942 | | 214 | (68) | 51 | 20 | 47 | 105 | 236 |
| **Total Bank Fees** | | 834 | 856 | (271) | 1,950 | 3,550 | 3,942 | 4,598 | 3,947 | | 214 | (68) | 488 | 888 | 985 | 1,150 | 1,025 |
| | | | | | | | | | | | | | | | | | |
| **Billing Service -- SPAMG** | | | | | | | | | | | | | | | | | |
| Billing Services -- SPA (Forest) | SPAMG | 1,152 | 5,560 | 18,617 | 24,363 | 613 | | | | | 5,560 | 18,617 | 24,363 | 24,363 | - | - | - |
| Billing Services -- SPMG | SPAMG | | | | | | | 58,976 | 46,591 | | | | | | 58,976 | 58,976 | 46,591 |
| **Total Billing Expense** | | 1,152 | 5,560 | 18,617 | 24,363 | 613 | - | 58,976 | 46,591 | | 5,560 | 18,617 | 24,363 | 24,363 | 58,976 | 58,976 | 46,591 |
| | | | | | | | | | | | | | | | | | |
| **Bookkeeping - Danen** | Allocate | 3,710 | 3,900 | 3,900 | 3,900 | 4,100 | 4,100 | 4,100 | 3,900 | | 975 | 975 | 975 | 1,025 | 1,025 | 1,025 | 975 |
| | | | | | | | | | | | | | | | | | |
| **Books** | Allocate | 986 | 986 | 289 | 159 | 1,378 | 1,696 | 489 | 1,572 | | 247 | 72 | 40 | 344 | 424 | 122 | 393 |
| Books and Subscriptions | Allocate | 852 | | | | 599 | | 659 | - | | - | - | - | 150 | - | 165 | - |
| **Total Books and Subscriptions** | | 1,838 | 986 | 289 | 159 | 1,977 | 1,696 | 1,148 | 1,572 | | 247 | 72 | 40 | 494 | 424 | 287 | 393 |
| | | | | | | | | | | | | | | | | | |
| **Clerical - Forest** | De minimus | 25 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| **Courier -San Jose Pathology** | Allocate | 17,095 | 15,790 | 15,234 | 9,525 | 11,500 | 11,580 | 45,702 | 37,749 | | 3,947 | 3,809 | 2,381 | 2,875 | 2,895 | 11,425 | 9,437 |
| **Courier -San Jose Pathology Reimb** | Allocate | (5,972) | (4,410) | (806) | | | | | | | (1,103) | (202) | - | - | - | - | - |
| **Total Courier** | | 11,123 | 11,380 | 14,428 | 9,525 | 11,500 | 11,580 | 45,702 | 37,749 | | 2,845 | 3,607 | 2,381 | 2,875 | 2,895 | 11,425 | 9,437 |
| | | | | | | | | | | | | | | | | | |
| **Gifts** | Allocate | | - | 73 | - | 3,639 | 103 | 140 | | | - | 18 | - | 910 | 26 | 35 | - |
| **Malpractice Insurance** | Allocate | 2,060 | 2,375 | 1,665 | 1,506 | 1,518 | 1,790 | 2,025 | | | 594 | 416 | 377 | 380 | 448 | 506 | - |
| **Work Comp** | Allocate | 165 | - | - | | | | | | | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | | |
| **Medical Insurance** | Allocate | | - | - | - | 507 | | | 506 | | - | - | 127 | - | - | 127 | |
| | | | | | | | | | | | | | | | | | |
| **License and Permits (excluding Pacific Patho** | Allocate | 225 | 25 | 200 | 25 | 3,596 | 870 | 1,374 | - | | 6 | 50 | 6 | 899 | 218 | 344 | - |
| | | | | | | | | | | | | | | | | | |
| **Laboratory Expense - Hunter Lab** | SPAMG | | - | - | - | 21,526 | 32,258 | | | | - | - | 21,526 | 32,258 | - | - | - |
| | | | | | | | | | | | | | | | | | |
| **Office Expense** | | | | | | | | | | | | | | | | | |
| Office Expense - SJPMG | Allocate | 46 | - | 95 | 332 | 213 | 12 | 48 | 141 | | - | 24 | 83 | 53 | 3 | 12 | 35 |
| **Office Supplies General** | Allocate | 137 | 129 | 80 | 80 | 83 | | 138 | 78 | | 32 | 20 | 20 | 21 | - | 35 | 20 |
| | | | | | | | | | | | | | | | | | |
| **Patient Refund - SPJMG** | SPAMG | | - | - | - | | | | | | - | - | - | - | - | - | - |
| **Patient refund - SPA** | SPAMG | | 76 | - | 1,315 | | | | | | 76 | - | 1,315 | - | - | - | - |
| **Patient refund - SJPMG** | Allocate | | - | - | - | | 759 | | | | - | - | - | 190 | - | - |
| | De minimus | 39 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| **Postage and Delivery** | Allocate | | 155 | 110 | 88 | 65 | 112 | 125 | 98 | | 39 | 28 | 22 | 16 | 28 | 31 | 25 |
| | | | | | | | | | | | | | | | | | |
| **Professional Fees** | | | | | | | | | | | | | | | | | |
| Ellsworth | SPAMG | 414,150 | 447,600 | 451,800 | 469,091 | 418,960 | 345,700 | 362,060 | 270,000 | | 447,600 | 451,800 | 469,091 | 418,960 | 345,700 | 362,060 | 270,000 |
| Ellsworth - Prior | SPAMG | 2,123 | | | | | | | | | | - | - | - | - | - | - |
| Freedman | SPAMG | 414,150 | 447,600 | 451,800 | 469,091 | 418,960 | 345,700 | 362,060 | 270,000 | | 447,600 | 451,800 | 469,091 | 418,960 | 345,700 | 362,060 | 270,000 |
| Narla | SPAMG | 414,150 | 447,600 | 451,800 | 469,091 | 418,960 | 345,700 | 362,060 | 270,000 | | 447,600 | 451,800 | 469,091 | 418,960 | 345,700 | 362,060 | 270,000 |
| Rao | SPAMG | 414,150 | 447,600 | 451,800 | 469,091 | 418,960 | 345,700 | 362,060 | 270,000 | | 447,600 | 451,800 | 469,091 | 418,960 | 345,700 | 362,060 | 270,000 |
| Weiss | SPAMG | 414,150 | 447,600 | 451,800 | 469,091 | 418,960 | 345,700 | 362,060 | 270,000 | | 447,600 | 451,800 | 469,091 | 418,960 | 345,700 | 362,060 | 270,000 |
| Weiss - Pior | SPAMG | 2,123 | | | | | | | | | - | - | - | - | - | - | - |
| Total | | 2,074,996 | 2,238,000 | 2,259,000 | 2,345,455 | 2,094,800 | 1,728,500 | 1,810,300 | 1,350,000 | | 2,238,000 | 2,259,000 | 2,345,455 | 2,094,800 | 1,728,500 | 1,810,300 | 1,350,000 |
| | | | | | | | | | | | | | | | | | |
| **Professional Salaries -- Managing Partners** | | | | | | | | | | | | | | | | | |
| Freedman | SPAMG | | | | | 30,000 | 30,000 | 30,000 | 30,000 | | - | - | - | 30,000 | 30,000 | 30,000 | 30,000 |
| Weiss | SPAMG | | | | | 90,000 | 90,000 | 90,000 | 90,000 | | - | - | - | 90,000 | 90,000 | 90,000 | 90,000 |
| Managing Partners (2) | SPAMG | 120,000 | 110,000 | 100,000 | 90,000 | | | | | | 110,000 | 100,000 | 90,000 | - | - | - | - |
| Hunter | SPAMG | | 52,387 | 56,000 | 65,000 | 78,000 | 26,000 | | | | 52,387 | 56,000 | 65,000 | 78,000 | 26,000 | - | - |
| Total | | 120,000 | 162,387 | 156,000 | 155,000 | 198,000 | 146,000 | 120,000 | 120,000 | | 162,387 | 156,000 | 155,000 | 198,000 | 146,000 | 120,000 | 120,000 |
| | | | | | | | | | | | | | | | | | |
| **Rent** | Allocate | | | | | | | 2,874 | 1,428 | | - | - | - | - | - | 718 | 357 |
| | | | | | | | | | | | | | | | | | |
| **Social** | | | | | | | | | | | | | | | | | |
| Hunter | SPAMG | | - | - | 110 | | 30 | 47 | 33 | | - | - | 110 | - | 30 | 47 | 33 |
| SJPMG | Allocate | 4,271 | - | - | - | | | | 300 | | - | - | - | - | - | - | 75 |
| | | | | | | | | | | | | | | | | | |
| **Tax Preparation** | | | | | | | | | | | | | | | | | |
| SJPMG | Allocate | 525 | 525 | 625 | 650 | 675 | 705 | 730 | 755 | | 131 | 156 | 163 | 169 | 176 | 183 | 189 |
| SPAMG | Allocate | 390 | 440 | 475 | 495 | 500 | 525 | 550 | 575 | | 440 | 475 | 495 | 500 | 525 | 550 | 575 |
| | | | | | | | | | | | | | | | | | |
| **Corporate Tax** | Allocate | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 1,050 | | 200 | 200 | 200 | 200 | 200 | 200 | 263 |
| | | | | | | | | | | | | | | | | | |
| **Technical Component** | | | | | | | | | | | | | | | | | |
| TC - SPA (Forest) | SPAMG | 5,537 | | | | | | | | | - | - | - | - | - | - | - |
| TC - Bay Area Path | SPAMG | | | | | 187,157 | 358,822 | 244,096 | 230,153 | | - | - | - | 187,157 | 358,822 | 244,096 | 230,153 |

**Note**
Data was allocated as indicated in the note column, with 1/4 of costs assigned to SPA.

**Source**
Ex. 4.4

Surgical Pathology Associates
Annualized Financial Data

Exhibit 4.4

| | 2006 | 2007 Annualized | 2008 Annualized | 2009 Annualized | 2010 | 2011 | 2012 | 2013 Annualized |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| Hunter Lab | | $ 87,361 | $ 102,000 | $ 185,279 | $ 220,000 | $ 199,333 | $ 147,000 | 111,000 |
| SPAMG | $ 13,132 | $ 77,034 | $ 254,692 | $ 262,408 | $ 375,018 | $ 697,214 | $ 616,300 | 688,184 |
| **Total fees** | $ 13,132 | $ 164,394 | $ 356,692 | $ 447,686 | $ 595,018 | $ 896,547 | $ 763,300 | 799,184 |
| | | | | | | | | |
| **Interest Income** | $ 237 | $ 933.84 | $ 1,638 | $ 395 | $ 181 | $ 135 | $ 103 | 73 |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| **Total Bank Fees** | $ 834 | $ 856 | $ (271) | $ 1,950 | $ 3,550 | $ 3,942 | $ 4,598 | 3,947 |
| | | | | | | | | |
| **Billing Service -- SPAMG** | | | | | | | | |
| Billing Services -- SPA (Forest) | $ 1,152 | $ 5,560 | $ 18,617 | $ 24,363 | $ 613 | | | |
| Billing Services -- SPMG | | | | | | | $ 58,976 | 46,591 |
| Total | $ 1,152 | $ 5,560 | $ 18,617 | $ 24,363 | $ 613 | $ - | $ 58,976 | 46,591 |
| | | | | | | | | |
| **Bookkeeping - Danen** | $ 3,710 | $ 3,900 | $ 3,900 | $ 3,900 | $ 4,100 | $ 4,100 | $ 4,100 | 3,900 |
| | | | | | | | | |
| **Books** | $ 986 | $ 897 | $ 289 | $ 159 | $ 1,378 | $ 1,696 | $ 489 | 1,572 |
| Books and Subscriptions | $ 852 | | | | $ 599 | | $ 659 | - |
| **Total Books and Subscriptions** | $ 1,838 | $ 897 | $ 289 | $ 159 | $ 1,977 | $ 1,696 | $ 1,148 | 1,572 |
| | | | | | | | | |
| **Clerical - Forest** | $ 25 | | | | | | | |
| | | | | | | | | |
| **Courier -San Jose Pathology** | $ 17,095 | $ 14,354 | $ 15,234 | $ 9,525 | $ 11,500 | $ 11,580 | $ 45,702 | 37,749 |
| Courier -San Jose Pathology Reimb | $ (5,972) | $ (4,410) | $ (806) | | | | | - |
| **Total Courier** | $ 11,123 | $ 9,944 | $ 14,428 | $ 9,525 | $ 11,500 | $ 11,580 | $ 45,702 | 37,749 |
| | | | | | | | | |
| **Gifts** | | $ - | $ 73 | $ - | $ 3,639 | $ 103 | $ 140 | - |
| | | | | | | | | |
| **Malpractice Insurance** | $ 2,060 | $ 2,375 | $ 1,665 | $ 1,506 | $ 1,518 | $ 1,790 | $ 2,025 | - |
| | | | | | | | | |
| **Work Comp** | $ 165 | $ - | $ - | $ - | | | | |
| | | | | | | | | |
| **Medical Insurance** | | $ - | $ - | $ - | $ 507 | | | $ 506 |
| | | | | | | | | |
| **License and Permits (excluding Pacific Pathol** | $ 225 | $ 25 | $ 200 | $ 25 | $ 3,596 | $ 870 | $ 1,374 | - |
| | | | | | | | | |
| **Laboratory Expense - Hunter Lab** | | $ - | $ - | $ 21,526 | $ 32,258 | | $ - | |
| | | | | | | | | |
| **Office Expense** | | | | | | | | |
| Office Expense - SJPMG | $ 46 | $ - | $ 95 | $ 332 | $ 213 | $ 12 | $ 48 | 141 |
| | | | | | | | | |
| **Office Supplies General** | $ 137 | $ 129 | $ 80 | $ 80 | $ 83 | | $ 138 | 78 |
| | | | | | | | | |
| **Patient Refund - SPAMG** | | | | | | | | |
| Patient refund - SPA | | $ 76 | $ - | $ 1,315 | | | | |
| Patient refund - SJPMG | | $ - | $ - | $ - | | $ 759 | | |
| | $ 39 | | | | | | | |
| **Postage and Delivery** | | $ 155 | $ 110 | $ 88 | $ 65 | $ 112 | $ 125 | 98 |
| | | | | | | | | |
| **Professional Fees** | | | | | | | | |
| Ellsworth | $ 414,150 | $ 447,600 | $ 451,800 | $ 469,091 | $ 418,960 | $ 345,700 | $ 362,060 | 270,000 |
| Ellsworth - Prior | $ 2,123 | | | | | | | |
| Freedman | $ 414,150 | $ 447,600 | $ 451,800 | $ 469,091 | $ 418,960 | $ 345,700 | $ 362,060 | 270,000 |
| Narla | $ 414,150 | $ 447,600 | $ 451,800 | $ 469,091 | $ 418,960 | $ 345,700 | $ 362,060 | 270,000 |
| Rao | $ 414,150 | $ 447,600 | $ 451,800 | $ 469,091 | $ 418,960 | $ 345,700 | $ 362,060 | 270,000 |
| Weiss | $ 414,150 | $ 447,600 | $ 451,800 | $ 469,091 | $ 418,960 | $ 345,700 | $ 362,060 | 270,000 |
| Weiss - Pior | $ 2,123 | | | | | | | |
| Total | $ 2,074,996 | $ 2,238,000 | $ 2,259,000 | $ 2,345,455 | $ 2,094,800 | $ 1,728,500 | $ 1,810,300 | 1,350,000 |
| | | | | | | | | |
| **Professional Salaries -- Managing Partners** | | | | | | | | |
| Freedman | | | | | $ 30,000 | $ 30,000 | $ 30,000 | 30,000 |
| Weiss | | | | | $ 90,000 | $ 90,000 | $ 90,000 | 90,000 |
| Managing Partners (2) | $ 120,000 | $ 110,000 | $ 100,000 | $ 90,000 | | | | |
| Hunter | | $ 52,387 | $ 56,000 | $ 65,000 | $ 78,000 | $ 26,000 | | |
| Total | $ 120,000 | $ 162,387 | $ 156,000 | $ 155,000 | $ 198,000 | $ 146,000 | $ 120,000 | 120,000 |
| | | | | | | | | |
| **Rent** | | | | | | | $ 2,874 | 1,428 |
| | | | | | | | | |
| **Social** | | | | | | | | |
| Hunter | | $ - | $ - | $ 110 | | $ 30 | $ 47 | 33 |
| SJPMG | $ 4,271 | $ - | $ - | $ - | | | | $ 300 |
| | | | | | | | | |
| **Tax Preparation** | | | | | | | | |
| SJPMG | $ 525 | $ 525 | $ 625 | $ 650 | $ 675 | $ 705 | $ 730 | 755 |
| SPAMG | $ 390 | $ 440 | $ 475 | $ 495 | $ 500 | $ 525 | $ 550 | 575 |
| | | | | | | | | |
| **Corporate Tax** | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | 1,050 |
| | | | | | | | | |
| **Technical Component** | | | | | | | | |
| TC - SPA (Forest) | $ 5,537 | | | | | | | |
| TC - Bay Area Path | | | | | $ 187,157 | $ 358,822 | $ 244,096 | 230,153 |

<u>Note</u>
Data was annualized where applicable, as indicated in Note column, at the pro-rata of the number of months to year.

Source
Ex. 4.5

Surgical Pathology Associates

Raw Financial Data

Exhibit 4.5

| Source | 2006 | 2007 January through November | 2008 January through October | 2009 January through November | 2010 | 2011 | 2012 | 2013 January through April |
|---|---|---|---|---|---|---|---|---|
| | SPA001456-57 | SPA001497-98 | SPA001535-36 | SPA001592-93 | SPA001634-35 | SPA001673-74 | SPA001709-10 | SPA001726-27 |
| **Fees** | | | | | | | | |
| Hunter Lab | | $ 80,081 | $ 85,000 | $ 169,839 | $ 220,000 | $ 199,333 | $ 147,000 | 37,000 |
| SPAMG | $ 13,132 | $ 70,614 | $ 212,243 | $ 240,540 | $ 375,018 | $ 697,214 | $ 616,300 | 229,395 |
| **Total fees** | $ 13,132 | $ 150,695 | $ 297,243 | $ 410,379 | $ 595,018 | $ 896,547 | $ 763,300 | 266,395 |
| **Interest Income** | $ 237 | $ 856 | $ 1,365 | $ 362 | $ 181 | $ 135 | $ 103 | 24 |
| **Expenses** | | | | | | | | |
| **Total Bank Fees** | $ 834 | $ 785 | $ (226) | $ 1,788 | $ 3,550 | $ 3,942 | $ 4,598 | 1,366 |
| **Billing Service -- SPAMG** | | | | | | | | |
| Billing Services -- SPA (Forest) | $ 1,152 | $ 5,097 | $ 15,514 | $ 22,333 | $ 613 | | | |
| Billing Services -- SPMG | | | | | | | $ 58,976 | 15,530 |
| **Bookkeeping - Danen** | $ 3,710 | $ 3,575 | $ 3,250 | $ 3,575 | $ 4,100 | $ 4,100 | $ 4,100 | 1,300 |
| **Books** | $ 986 | $ 822 | $ 241 | $ 146 | $ 1,378 | $ 1,696 | $ 489 | 524 |
| **Books and Subscriptions** | $ 852 | | | | $ 599 | | $ 659 | |
| **Clerical - Forest** | $ 25 | | | | | | | |
| **Courier -San Jose Pathology** | $ 17,095 | $ 13,158 | $ 12,695 | $ 8,731 | $ 11,500 | $ 11,580 | $ 45,702 | 12,583 |
| **Courier -San Jose Pathology Reimb** | $ (5,972) | $ (4,410) | $ (806) | | | | | |
| **Total Courier** | $ 11,123 | $ 8,748 | $ 11,889 | $ 8,731 | $ 11,500 | $ 11,580 | $ 45,702 | 12,583 |
| **Gifts** | | $ 73 | | | $ 3,639 | $ 103 | $ 140 | |
| **Malpractice Insurance** | $ 2,060 | $ 2,375 | $ 1,665 | $ 1,506 | $ 1,518 | $ 1,790 | $ 2,025 | |
| **Work Comp** | $ 165 | | | | | | | |
| **Medical Insurance** | | | | | $ 507 | | | 506 |
| **License and Permits (excluding Pacific Patho** | $ 225 | $ 25 | $ 200 | $ 25 | $ 3,596 | $ 870 | $ 1,374 | |
| **Laboratory Expense - Hunter Lab** | | | | $ 19,733 | $ 32,258 | | | |
| **Office Expense** | | | | | | | | |
| **Office Expense - SJPMG** | $ 46 | | $ 79 | $ 304 | $ 213 | $ 12 | $ 48 | 47 |
| **Office Supplies General** | $ 137 | $ 129 | | $ 80 | $ 83 | | $ 138 | 78 |
| **Patient Refund - SPAMG** | | | | | | | | |
| **Patient refund - SPA** | | $ 76 | | $ 1,315 | | | | |
| **Patient refund - SJPMG** | | | | | | $ 759 | | |
| | $ 39 | | | | | | | |
| **Postage and Delivery** | | $ 155 | $ 110 | $ 88 | $ 65 | $ 112 | $ 125 | 98 |
| **Professional Fees** | | | | | | | | |
| Ellsworth | $ 414,150 | $ 410,300 | $ 376,500 | $ 430,000 | $ 418,960 | $ 345,700 | $ 362,060 | 90,000 |
| Ellsworth - Prior | $ 2,123 | | | | | | | |
| Freedman | $ 414,150 | $ 410,300 | $ 376,500 | $ 430,000 | $ 418,960 | $ 345,700 | $ 362,060 | 90,000 |
| Narla | $ 414,150 | $ 410,300 | $ 376,500 | $ 430,000 | $ 418,960 | $ 345,700 | $ 362,060 | 90,000 |
| Rao | $ 414,150 | $ 410,300 | $ 376,500 | $ 430,000 | $ 418,960 | $ 345,700 | $ 362,060 | 90,000 |
| Weiss | $ 414,150 | $ 410,300 | $ 376,500 | $ 430,000 | $ 418,960 | $ 345,700 | $ 362,060 | 90,000 |
| Weiss - Pior | $ 2,123 | | | | | | | |
| Total | $ 2,074,996 | $ 2,051,500 | $ 1,882,500 | $ 2,150,000 | $ 2,094,800 | $ 1,728,500 | $ 1,810,300 | 450,000 |
| **Professional Salaries -- Managing Partners** | | | | | | | | |
| Freedman | | | | | $ 30,000 | $ 30,000 | $ 30,000 | 10,000 |
| Weiss | | | | | $ 90,000 | $ 90,000 | $ 90,000 | 30,000 |
| Managing Partners (2) | $ 120,000 | $ 110,000 | $ 100,000 | $ 90,000 | | | | |
| Hunter | | $ 52,387 | $ 56,000 | $ 65,000 | $ 78,000 | $ 26,000 | | |
| Total | $ 120,000 | $ 162,387 | $ 156,000 | $ 155,000 | $ 198,000 | $ 146,000 | $ 120,000 | 40,000 |
| **Rent** | | | | | | | $ 2,874 | 1,428 |
| **Social** | | | | | | | | |
| Hunter | | | | $ 110 | | $ 30 | $ 47 | 33 |
| SJPMG | $ 4,271 | | | | | | | 300 |
| **Tax Preparation** | | | | | | | | |
| SJPMG | $ 525 | $ 525 | $ 625 | $ 650 | $ 675 | $ 705 | $ 730 | 755 |
| SPAMG | $ 390 | $ 440 | $ 475 | $ 495 | $ 500 | $ 525 | $ 550 | 575 |
| **Corporate Tax** | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | 1,050 |
| **Technical Component** | | | | | | | | |
| TC - SPA (Forest) | $ 5,537 | | | | | | | |
| TC - Bay Area Path | | | | | $ 187,157 | $ 358,822 | $ 244,096 | 76,718 |