# EXHIBIT 3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
 5   RHEUMATOLOGY DIAGNOSTICS          )
     LABORATORY, INC., et al.,         )
 6                                     )
             Plaintiffs,               )
 7                                     ) Case No.
       vs.                             ) 3:12-cv-05847-
 8                                     ) WHO
     CALIFORNIA PHYSICIANS' SERVICE    )
 9   d/b/a BLUE SHIELD OF CALIFORNIA,  )
     et al.,                           )
10                                     )
             Defendants.               )
11
12
13
14       The deposition of JOSEPH PLANDOWSKI, taken
15   before Maria S. Winn, CSR, RPR and CRR, pursuant
16   to the Federal Rules of Civil Procedure for the
17   United States District Courts pertaining to the
18   taking of depositions, at Sidley Austin LLP, One
19   South Dearborn Street, Chicago, Illinois,
20   commencing at 9:09 a.m. on May 8, 2015.
21
22
23
24
25
```

```
 1       fixed and variable costs differently for different
 2       clients, or different customers?
 3           A    No.  No, they didn't, as far as I can
 4       tell from the documents, because the work, the
 5       testing was produced in the same facility.
 6                For example, southern California, they
 7       were running it out of this WHC facility.  And
 8       what they did is they took all the costs for WHC
 9       and they just layered it on all the clients.
10       Those were the costs to run the tests.
11           Q    Okay.  Excuse me for just a moment.
12                    (Brief pause)
13       BY MR. RASKIN:
14           Q    Looking back at your report, paragraph 10
15       refers to various Quest internal profitability
16       measures.  Where did you obtain that information?
17           A    That came out of one of the documents in
18       that listing, I believe.
19           Q    Well, I noticed that in paragraph 11,
20       there are references to depositions of Albert
21       Miller and Gary McCabe.
22                Have you seen those depositions?
23           A    If I did, they're not on the listing.
24           Q    Could those be citations that were added
25       by counsel?
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 67

```
 1        A    Could be.
 2        Q    Do you know who Albert Miller is?
 3        A    No.
 4        Q    Do you know who Gary McCabe is?
 5        A    No.
 6        Q    The next sentence in paragraph 12, I see
 7   there is a citation after it to the Regan report
 8   at 13.
 9        Is this the Regan report that you saw
10   yesterday for the first time?
11        A    I have no idea whether what I saw ties to
12   13.  I couldn't even recall, because the Regan
13   report was lengthy, like 40 pages or so, and I was
14   just going through it on the screen.
15        Q    Right.  Well, I notice that in paragraph
16   7, there is a reference also to the Regan report.
17        It says:  "Report of Regan, dated
18   April 22, 2015."
19        Do you see that?
20        A    Yes.
21        Q    And am I correct that at the time that
22   you signed this report, you hadn't seen the Regan
23   report?
24        A    That's correct, yes.
25        Q    So going back to paragraph 12, do you see
```

```
```
Page 68

1   after the second sentence, it says: "ID at 9-10"?
2        A    Yes.
3        Q    Do you know what ID means?
4        A    It is either from the same place or same
5   reference? I have no idea what that is.
6        Q    In paragraph 13, there is a reference at
7   the end of the paragraph to: Regan report,
8   Exhibit C. And then in parentheses it says:
9   "Regan's prior report from February 11th."
10            Have you seen his prior report, February
11  report?
12       A    No.
13       Q    Okay.
14       A    Not as far as I know.
15       Q    Okay. Do you have any opinion as to
16  whether Quest's national contract with Aetna is
17  profitable on a fully-loaded cost or operating
18  margin basis?
19       A    I believe it is.
20       Q    And what do you base that opinion on?
21       A    There was an Aetna fee schedule that I
22  saw, and based on the fees, it looked pretty
23  decent. There were a number of fees that were
24  below costs, but the majority were above cost.
25       Q    So you mentioned looking at their fees.

Page 68

```
 1    after the second sentence, it says:  "ID at 9-10"?
 2         A    Yes.
 3         Q    Do you know what ID means?
 4         A    It is either from the same place or same
 5    reference?  I have no idea what that is.
 6         Q    In paragraph 13, there is a reference at
 7    the end of the paragraph to:  Regan report,
 8    Exhibit C.  And then in parentheses it says:
 9    "Regan's prior report from February 11th."
10              Have you seen his prior report, February
11    report?
12         A    No.
13         Q    Okay.
14         A    Not as far as I know.
15         Q    Okay.  Do you have any opinion as to
16    whether Quest's national contract with Aetna is
17    profitable on a fully-loaded cost or operating
18    margin basis?
19         A    I believe it is.
20         Q    And what do you base that opinion on?
21         A    There was an Aetna fee schedule that I
22    saw, and based on the fees, it looked pretty
23    decent.  There were a number of fees that were
24    below costs, but the majority were above cost.
25         Q    So you mentioned looking at their fees.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 77

1       tests were priced below Quest's fully allocated
2       costs."
3              And then there is a footnote that says:
4       "The same is true as to Partnership Health Plan."
5              Do you see that?
6          A    I do.
7          Q    What is Partnership Health Plan?
8          A    I have no idea.
9          Q    Have you ever heard of it?
10         A    No.
11         Q    Do you know what "the same is true"
12      means?
13         A    Yes.
14         Q    I mean in the context of this particular
15      footnote?
16         A    Yes.
17         Q    What does it mean in the context of that
18      footnote?
19         A    I assume -- I'm not making -- just an
20      assumption, that the Aetna and Partnership Plan
21      are at ■ percent below, whatever it is, of the --
22      ■ percent of the tests are priced below Quest's
23      fully allocated cost.  That's what I assume from
24      that.
25         Q    Did you write that footnote?

```
 1        A    No, I didn't.
 2        Q    Who did?
 3        A    I don't know.  Counsel, I suspect, added
 4   that.
 5        Q    Okay.  So you don't really know whether
 6   that's true or not.  Right?
 7        A    Correct.
 8        Q    Okay.  And again, going back to paragraph
 9   14 -- strike that.
10             MR. BUESCHER:  Richard, is now a good
11        time to take a break?
12             MR. RASKIN:  Sure.
13             THE VIDEOGRAPHER:  We are going off the
14        record.  The time is 11:12 a.m.
15                  (WHEREUPON, a recess was taken,
16                   after which the following
17                   proceedings were held:)
18             THE VIDEOGRAPHER:  We are back on the
19        record, the time is 11:25 a.m.
20             Please proceed.
21   BY MR. RASKIN:
22        Q    Mr. Plandowski, a short while ago you
23   made a reference to relying on a particular
24   Quest document for setting forth fixed and
25   variable costs in southern California and
```

Page 136

1         The last column is a weighted average,
2    dollars per req.  And if I said $▇▇ was
3    breakeven, anything over ▇▇, you're making
4    money.
5         And you go down that list and they're
6    making money on all of them, due to the fee for
7    service.
8         Q    Yes.
9         A    So I also did that for the same question
10   you're asking.
11        Q    I see.
12        A    Not that I knew you were going to ask it,
13   but...
14        Q    I understand.  I understand.
15        A    I wanted to find out, when you roll them
16   together, how profitable was it?  Because if I was
17   at the steering wheel at Quest, that's what I
18   would be looking at.  That's where the money is.
19        Q    But you don't find that figure in the
20   Valentine document itself, do you?
21        A    That weighted average?  No.  No.
22        Q    That's something you generated?
23        A    That's something I generated.
24             There is one -- there is one document
25   that I came across, where somebody did the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 137

1  analysis using cap and fee-for-service revenues,
2  they rolled them all together.  Now that
3  supposedly was not allowed, based on the rules
4  within Quest, but somebody went off the rails on
5  that one.
6       Q    And you didn't use that in your analysis?
7       A    No, no.
8       Q    Okay.  What is the column entitled:
9  "Total Score"?
10      A    I don't know.  And it's interesting you
11 ask, because I tried to figure out what in the
12 world that all means, and I could not.  I have no
13 idea what it means.
14           I thought the higher the score, the more
15 profitable it would be.  That is not true, based
16 on what I looked at.
17      Q    Okay.  So you tried to decode it and
18 figure out what it was scoring?
19      A    Because I thought it might be another way
20 of determining whether the analysis is right or
21 wrong.
22      Q    Do you see any accounts here that fell on
23 a weighted average dollars per requisition basis
24 below the cutoff point of $▮▮▮▮▮?
25      A    No.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 185

1    Q    So you don't know functionally how it's
2    used at Quest?
3    A    No, I do not.
4    Q    Let's look at paragraph 31 of your
5    report.  And the heading there is:  "Quest acted
6    with improper purpose."
7         Did you write that heading?
8    A    I wrote the section.  I don't know if the
9    heading is mine.  I did have headings, but when I
10   did this thing -- I did several drafts of this
11   thing.
12   Q    So you have an opinion that Quest acted
13   with improper purpose?
14   A    Oh, yeah.
15   Q    And what do you base that on?
16   A    I base that on the pricing that I saw.
17   Q    And can you be more specific?  How do you
18   determine purpose based on pricing?
19   A    Well, what I would say is, when I looked
20   at the profitability of the accounts, when I
21   looked at some of the pricing that they were
22   turning out relative to the cost of testing, the
23   thing that struck me is they're going out to clean
24   out the area and be the sole ruler.
25        That's why I said what I said.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 186

1  Q    And what do you base that on, when you
2  say, Clean out the area and be the sole ruler?
3  A    The fact that they had pricing so low,
4  that they had a squeeze on the laboratories that
5  were in the area.  And if you go back and look at
6  the last, probably ten years in California, there
7  used to be a lot of labs in California.  They're
8  all gone.  The pricing is so low that they've just
9  been either acquired or just folded up the tent.
10 Q    So if that were the strategy, would you
11 expect to see prices come up at some point?
12 A    When the bleeding is over with, yes.
13 Q    How long has the bleeding been going on?
14 A    The bleeding has been going on for 15
15 years.
16 Q    When do you think the bleeding will stop?
17 A    Another five.
18 Q    Then what?
19 A    And then there will be two labs in the
20 country.
21 Q    Okay.  And?
22 A    And it won't matter what their fee
23 schedule is, because we're going to be on a
24 national fee schedule of some sort.
25 Q    Dictated by who?