UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEUMATOLOGY DIAGNOSTICS LABORATORY, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA, INC., et al.,<br><br>Defendants. | Case No.  12-cv-05847-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 351 |

Pursuant to request for dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated: September 9, 2015

_____
WILLIAM H. ORRICK
United States District Judge